UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: VIAGRA (SILDENAFIL CITRATE)
PRODUCTS LIABILITY LITIGATION                                              MDL No. 2691

(SEE ATTACHED SCHEDULE)

CONDITIONAL TRANSFER ORDER (CTO –1)

On April 7, 2016, the Panel transferred 9 civil action(s) to the United States District Court for the Northern District of California for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* _F.Supp.3d_ (J.P.M.L. 2016). Since that time, no additional action(s) have been transferred to the Northern District of California. With the consent of that court, all such actions have been assigned to the Honorable Richard Seeborg.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Northern District of California and assigned to Judge Seeborg.

Pursuant to Rule 7.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the action(s) on the attached schedule are transferred under 28 U.S.C. § 1407 to the Northern District of California for the reasons stated in the order of April 7, 2016, and, with the consent of that court, assigned to the Honorable Richard Seeborg.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Northern District of California. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7–day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is pending at this time, the stay is lifted.

Apr 20, 2016

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

IN RE: VIAGRA (SILDENAFIL CITRATE)
PRODUCTS LIABILITY LITIGATION                                MDL No. 2691

### SCHEDULE CTO– 1– TAG–ALONG ACTIONS

| **DIST** | **DIV.** | **C.A.NO.** | **CASE CAPTION** |
|---|---|---|---|
| ALABAMA MIDDLE | | | |
| ALM | 1 | 16–00240 | Coots v. Pfizer Inc. |
| ALABAMA NORTHERN | | | |
| ALN | 6 | 15–01450 | Linley v. Pfizer Inc |
| ILLINOIS NORTHERN | | | |
| ILN | 1 | 16–00247 | Corboy v. Pfizer, Inc. |
| MAINE | | | |
| ME | 1 | 15–00452 | ALLEN v. PFIZER INC |
| NEW YORK SOUTHERN | | | |
| NYS | 1 | 15–05357 | Troy v. PFizer Inc. |
| NYS | 1 | 15–06358 | Tune v. PFizer Inc., |
| NORTH CAROLINA MIDDLE | | | |
| NCM | 1 | 15–00481 | FAIRCLOTH v. PFIZER, INC. |
| OREGON | | | |
| OR | 3 | 16–00333 | Mott v. Pfizer Inc. |
| SOUTH DAKOTA | | | |
| SD | 4 | 15–04187 | Schoenrock v. Pfizer, Inc. |
| TENNESSEE EASTERN | | | |
| TNE | 2 | 15–00154 | Eubanks et al v. Pfizer Inc. (JRG2) |

UTAH

    UT        2        15−00740      Matthews v. Pfizer

WASHINGTON EASTERN

    WAE      2        15−00324      Geier v. Pfizer, Inc.