UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: VIAGRA (SILDENAFIL CITRATE) PRODUCTS LIABILITY LITIGATION | Case No. 16-md-02691-RS<br>MDL. No. 2691<br>**PRETRIAL ORDER #3: REFERRAL FOR DISCOVERY** |
| This Document Relates to:<br>ALL ACTIONS | |

Discovery disputes shall be referred to Magistrate Judge Sallie Kim. All further discovery matters shall be filed pursuant to Judge Kim's procedures.

**IT IS SO ORDERED**.

Dated: June 15, 2016

_____
RICHARD SEEBORG
United States District Judge