UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: VIAGRA (SILDENAFIL CITRATE) PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br>ALL ACTIONS | Case No. 16-md-02691-RS<br>MDL No. 2691<br><br>**PRETRIAL ORDER #4: INITIAL CASE MANAGEMENT CONFERENCE** |

The initial Case Management Conference ("CMC") shall be held on **August 10, 2016, at 9:00 a.m.** in Courtroom 3, 17th Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco, California.  The parties shall file all documents related to topics they wish to discuss at the CMC no later than thirty (30) days from the date of this order.

**IT IS SO ORDERED**.

Dated: June 15, 2016

_____
RICHARD SEEBORG
United States District Judge