**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
(SAN FRANCISCO DIVISION)**

| | |
|---|---|
| In re:<br><br>VIAGRA (SILDENAFIL CITRATE) PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to: ALL CASES | Case No.: 3:16-md-02691-RS<br><br>MDL No. 2691<br><br>**[PROPOSED] AMENDED PRETRIAL ORDER NO. 9: MASTER LONG FORM COMPLAINT FOR DAMAGES AND CORRESPONDING SHORT FORM COMPLAINT** |

On September 9, 2016, Plaintiffs by and through Plaintiffs' Liaison Counsel, filed a Master Long Form Complaint for Damages and a corresponding Master Short Form Complaint.

**The court hereby FINDS and ORDERS:**

1. The Master Long Form Complaint for Damages contains allegations that are suitable for adoption and incorporation by reference in lawsuits filed by individuals consolidated in MDL No. 2691.

2. The Master Short Form Complaint is appropriate for adoption and incorporation by reference of the allegations, causes of action and theories of recovery contained in the Master Long Form Complaint for Damages.

3. All plaintiffs in this MDL with claims solely against Pfizer, Inc. shall use the Master Short Form Complaint and follow the filing guidelines outlined in Pretrial Order No. 5. Any plaintiff who filed a Complaint in MDL 2691 or had a Complaint transferred to this MDL before the date the Master Complaint was filed must file a Short Form Complaint within 60 days of the date Pretrial Order No. 9 was entered, November 3, 2016.

///

4. Plaintiffs filing cases naming a defendant other than Pfizer, Inc. shall not use the Master Short Form Complaint at this time.

Dated: 11/7/16

_____
THE HONORABLE RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE