Ernest Cory *(Admitted Pro Hac Vice)*
Alabama Bar No.: asb-2279-y83e
CORY WATSON, P.C.
2131 Magnolia Avenue
Birmingham, AL 35205
Telephone: (205) 328-2200
Facsimile: (205) 324-7896
Email: ecory@corywatson.com

*Lead Counsel for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**(SAN FRANCISCO DIVISION)**

| | |
|---|---|
| IN RE: VIAGRA (SILDENAFIL CITRATE) PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to: ALL ACTIONS | Master File No.: 3:16-md-02691-RS<br><br>MDL No. 2691<br><br>**DECLARATION OF RACHEL ABRAMS IN SUPPORT OF PLAINTIFFS' [UNOPPOSED] MOTION FOR RELIEF FROM PRO HAC VICE FEE REQUIREMENTS AFTER INITIAL ADMISSION** |

I, Rachel Abrams, declare as follows:

1. I am a partner with the law firm of Levin Simes LLP, Liaison Counsel for Plaintiffs in the above-captioned action. I am familiar with the matters set forth in this declaration based upon my own personal knowledge and my review of the files maintained in this case. If called as a witness, I could and would competently testify to the following facts.

2. Attached hereto as Exhibit 1 is a true and correct copy of the October 14, 2016, Transcript of Proceedings before The Honorable Richard Seeborg.

3. Attached hereto as Exhibit 2 is a true and correct copy of Pretrial Order # 1, United States District Court, Northern District of California, *In Re: TFT-LCD (Flat Panel) Antitrust Litigation,* Case No. M 07-1827 SI.

4. Attached hereto as Exhibit 3 is a true and correct copy of Pretrial Order No. 1, United States District Court, Northern District of California, *In Re: Roundup Products Liability Litigation,* Case No. 16-md-02741-VC.

5. Attached hereto as Exhibit 4 is a true and correct copy of Pretrial Order # 1, United States District Court, Northern District of California, *In Re: Bextra and Celebrex Marketing Sales Practices and Product Liability Litigation,* Case No. C 05-01699 CRB.

6. Attached hereto as Exhibit 5 is a true and correct copy of Case Management Order No. 3, United States District Court, Southern District of New York, *In Re: Fosamax Products Liability Litigation*, Case No. 1:06-MD-1789 (JFK).

7. Attached hereto as Exhibit 6 is a true and correct copy of MDL Order No. 1, United States District Court, District of Massachusetts, *In Re: Zofran (Ondansetron) Products Liability Litigation*, Case No. 1:15-md-2657-FDS.

8. Attached hereto as Exhibit 7 is a true and correct copy of Pretrial Order # 1, United States District Court, Southern District of West Virginia, Charleston Division, *In Re: American Medical Systems, Inc., Pelvic Repair Systems Product Liability Litigation*, Case No. 2:12-md-02325.

9. Attached hereto as Exhibit 8 is a true and correct copy of Pretrial Order No. 1, United States District Court, Northern District of California, *In Re: Volkswagen "Clean Diesel" Marketing, Sales Practices, and Products Liability Litigation*, Case NO.: 3:15-md-02672-CRB.

/ / /

/ / /

/ / /

Pursuant to Title 28 of the United States Code §1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated:  November 21, 2016.	Respectfully submitted,

_____
Rachel Abrams (CA #209316)
**LEVIN SIMES LLP**
44 Montgomery Street, 32nd Floor
San Francisco, CA  94104
Telephone:  (415) 426-3000
Facsimile:  (415) 426-3001
Email: rabrams@levinsimes.com

*Liaison Counsel for Plaintiffs*

# CERTIFICATE OF SERVICE

I, Rachel Abrams, hereby certify that on this 21st day of November, 2016, I electronically filed the foregoing with the Court using the CM/ECF system and thereby delivered by electronic means to all registered participants as identified on the Notice of Electronic Filing.

*/s/ Rachel Abrams*
Rachel Abrams (CA #209316)
**LEVIN SIMES LLP**
44 Montgomery Street, 32nd Floor
San Francisco, CA 94104
Telephone: (415) 426-3000
Facsimile: (415) 426-3001
Email: rabrams@levinsimes.com

*Liaison Counsel for Plaintiffs*

4
DECLARATION OF RACHEL ABRAMS IN SUPPORT OF PLAINTIFFS' MOTION FOR RELIEF FROM PRO HAC VICE REQUIREMENTS AFTER INITIAL ADMISSION
CASE NO. 16-md-02691-RS