**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**(SAN FRANCISCO DIVISION)**

| | |
|---|---|
| IN RE: VIAGRA (SILDENAFIL CITRATE) PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to: ALL ACTIONS | Master File No.: 3:16-md-02691-RS<br><br>MDL No. 2691<br><br>ORDER REGARDING: (1) ENTRY OF APPEARANCES BY PFIZER'S COUNSEL; AND (2) SERVICE OF SHORT FORM COMPLAINTS |

For the convenience of the parties and the Court, and for the sake of administrative efficiency in these MDL proceedings, the Clerk of the Court is hereby ORDERED to do the following:

1. Entry of <u>Appearances by Pfizer's Counsel</u>.  To the extent that counsel for the defendant Pfizer Inc. ("Pfizer") has not already appeared in any case currently pending as of the date of this Order, and in any cases filed on or after the date of this Order, the Clerk of Court and/or Docketing Clerk shall electronically enter an appearance for the Pfizer counsel listed below in each individual case-specific docket.  The administrative entry of appearances for such counsel shall not constitute a waiver of any defense Pfizer may have, including those relating to personal jurisdiction, service, or any other defense, but instead is intended purely for the administrative convenience of the Court and the litigants.

    Williams & Connolly LLP
    Joseph G. Petrosinelli (pro hac vice)
    John E. Joiner (pro hac vice)
    Neelum Jane Wadhwani (pro hac vice)
    725 12th Street, NW
    Washington, DC 20005
    Telephone: (202) 434-5000
    Facsimile: (202) 434-5029 (fax)
    Email: jpetrosinelli@wc.com
    Email: jjoiner@wc.com
    Email: nwadhwani@wc.com

DLA Piper LLP (US)
Loren H. Brown (pro hac vice)
1251 Avenue of the Americas, 45th Floor
New York, NY 10020
Telephone: (212) 335-4500
Email: loren.brown@dlapiper.com

DLA Piper LLP (US)
Matthew A. Holian (Cal. Bar. No. 211728)
Jessica C. Wilson (pro hac vice)
33 Arch Street, 26th Floor
Boston, MA 002110-1447
Telephone: (617) 406-6009
Facsimile: (617) 406-6109
Email: matt.holian@dlapiper.com
Email: jessica.wilson@dlapiper.com

2.  <u>Service of Short Form Complaints</u>.  For Plaintiffs who already filed ordinary complaints and served them on Pfizer and who are filing Short Form Complaints in accordance Amended Pretrial Order No. 9, such Plaintiffs may effectuate service of the Short Form Complaint on Pfizer's counsel by CM/ECF.  Plaintiffs who file cases in this MDL or whose cases are transferred to this MDL on or after the date of this Order, or who filed but have not yet served ordinary complaints on Pfizer, must utilize the Short Form Complaint and effectuate service of process in accordance with Pretrial Order No. 5.

3.  <u>Content and Filing of Short Form Complaints</u>.  Each short form complaint should include a reference to the member case number and be filed in both the MDL and the member case.

**IT IS SO ORDERED.**

Dated: November 28, 2016

*[signature]*
THE HONORABLE RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE