UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
(SAN FRANCISCO DIVISION)

| | |
|---|---|
| IN RE: VIAGRA (SILDENAFIL CITRATE) AND CIALIS (TADALAFIL) PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS | Case No.: 3:16-MD-02691-RS<br><br>MDL No. 2691<br><br>[~~PLAINTIFFS' PROPOSED~~] PRETRIAL ORDER No. 11 : ORDER APPROVING MASTER LONG FORM COMPLAINT FOR DAMAGES (ELI LILLY AND COMPANY) |

In accordance with Second Amended Pretrial Order No. 5 entered March 7, 2017, the Court hereby approves the Master Long Form Complaint for Damages (Eli Lilly and Company) and Jury Demand submitted by Plaintiffs.

The entry of this Order will trigger certain requirements under Second Amended Pretrial Order No. 5 including the requirement that each current Plaintiff who has not yet filed a Short Form Complaint do so by using the Master Short Form Complaint adopting one or both of the Master Complaints by reference within sixty (60) days of the date of this Order.

**IT IS SO ORDERED.**

Dated: 3/8/17

_____
THE HONORABLE RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE