Ernest Cory *(Admitted Pro Hac Vice)*
Alabama Bar No.: asb-2279-y83e
CORY WATSON, P.C.
2131 Magnolia Avenue
Birmingham, AL 35205
Telephone: (205) 328-2200
Facsimile: (205) 324-7896
Email: ecory@corywatson.com

*Lead Counsel for Plaintiffs*

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
(SAN FRANCISCO DIVISION)**

| | |
|---|---|
| **In re:** <br><br> **VIAGRA (SILDENAFIL CITRATE) AND CIALIS (TADALAFIL) PRODUCTS LIABILITY LITIGATION** <br><br><br> This Document Relates to: ALL ACTIONS | Case No. 3:16-MD-2691-RS <br><br> MDL No. 2691 <br><br> **PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL** <br><br> Judge: Honorable Sallie Kim |

    Pursuant to Civil Local Rules 7-11 and 79-5, Plaintiffs respectfully request that this Court allow filing under seal the following documents:

    1.    Defendant Pfizer's Partially Privileged Document Log;

    2.    Defendant Pfizer's Completely Privileged Document Log.

    On July 20, 2017, the undersigned provided the above listed documents to The Honorable Magistrate Judge Sallie Kim in native excel format via e-mail. After receiving the above documents, the Magistrate's Clerk requested that Plaintiffs file this Administrative Motion to File Under Seal. The documents are filed as exhibits to the Joint Letter Brief Regarding Pfizer Documents Withheld as Privileged and Plaintiffs' Request for Random Sampling (ECF Doc. 535).

Plaintiffs are moving to seal these documents as they contain information Defendants designated as confidential pursuant to the Protective Order.

Accordingly, Plaintiffs respectfully request that this Administrative Motion to File Under Seal be granted.

Respectfully submitted,

Dated: July 26, 2017            CORY WATSON, P.C

*/s/ Ernest Cory*
Ernest Cory (*Admitted Pro Hac Vice*)
Alabama Bar No.: asb-2279-y83e
CORY WATSON, P.C.
2131 Magnolia Avenue
Birmingham, AL 35205
Telephone: (205) 328-2200
Facsimile: (205) 324-7896
Email: ecory@corywatson.com

*Lead Counsel for Plaintiffs*