Ernest Cory *(Admitted Pro Hac Vice)*
Alabama Bar No.: asb-2279-y83e
CORY WATSON, P.C.
2131 Magnolia Avenue
Birmingham, AL 35205
Telephone: (205) 328-2200
Facsimile: (205) 324-7896
Email: ecory@corywatson.com

*Lead Counsel for Plaintiffs*

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
(SAN FRANCISCO DIVISION)**

| | |
|---|---|
| **In re:**<br><br>**VIAGRA (SILDENAFIL CITRATE) AND CIALIS (TADALAFIL) PRODUCTS LIABILITY LITIGATION**<br><br>This Document Relates to: ALL ACTIONS | Case No. 3:16-MD-2691-RS<br><br>MDL No. 2691<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL**<br><br>Judge: Honorable Sallie Kim |

Having considered Plaintiffs' Administrative Motion to File Under Seal, the Court grants the Motion:

IT IS HEREBY ORDERED THAT the following documents be filed under seal:

1.   Defendant Pfizer's Partially Privileged Document Log;

2.   Defendant Pfizer's Completely Privileged Document Log.

The documents are filed as (sealed) exhibits to the Joint Letter Brief Regarding Pfizer Documents Withheld as Privileged and Plaintiffs' Request for Random Sampling (ECF Doc. 535).

**IT IS SO ORDERED.**

DATED: _____     _____
                                                                Honorable Sallie Kim
                                                                United States Magistrate Judge

---

1
[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRAVIE MOTION TO FILE UNDER SEAL
CASE NO. 16-md-02691-RS