Ernest Cory *(Admitted Pro Hac Vice)*
Alabama Bar No.: asb-2279-y83e
CORY WATSON, P.C.
2131 Magnolia Avenue
Birmingham, AL 35205
Telephone: (205) 328-2200
Facsimile: (205) 324-7896
Email: ecory@corywatson.com

*Lead Counsel for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**(SAN FRANCISCO DIVISION)**

| | |
|---|---|
| **In re:** <br><br> **VIAGRA (SILDENAFIL CITRATE) AND CIALIS (TADALAFIL) PRODUCTS LIABILITY LITIGATION** <br><br><br> This Document Relates to: ALL ACTIONS | Case No. 3:16-MD-2691-RS <br><br> MDL No. 2691 <br><br> **CERTIFICATE OF SERVICE** |

I certify that I am over the age of 18 years and not a party to the within action; that my business address is 44 Montgomery Street, 32nd Floor, San Francisco, CA 94104; and that on July 26, 2017, I served a true copy of the document(s) entitled:

1. Plaintiffs' Administrative Motion to File Under Seal;

2. Declaration of Ernest Cory in Support of Plaintiffs' Administrative Motion to File Under Seal; and

3. Proposed Order Service was effectuated by forwarding the above-noted document in the following manner:

1  [ X ] By Regular Mail in a sealed envelope, addressed as noted below, with postage fully
2  prepaid and placing it for collection and mailing following the ordinary business
3  practices of LEVIN SIMES, LLP.:

Joseph G. Petrosinelli *(Admitted Pro Hac Vice)*
WILLIAMS AND CONNOLLY LLP
725 12th Street NW
Washington, DC 20005
Telephone: (202) 434-5000
Facsimile: (202) 434-5029
Email: jpetrosinelli@wc.com

*Lead Counsel for Defendant, Pfizer Inc.*

Michael X. Imbroscio (Admitted Pro Hac Vice)
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Avenue, NW
Washington, DC 20001
Telephone: (202) 662-6000
Facsimile: (202) 778-6000
Email: mimbroscio@cov.com

*Lead Counsel for Defendant, Eli Lilly and Company*

[ X ] By Court's CM/ECF System.  Pursuant to the Local Rule, I electronically filed the document(s) with the Clerk of the Court using the CM/ECF system, which shall send notification of such filing to all CM/ECF participants.

I declare under penalty of perjury, under the laws of the United States of America and the State of California, that the foregoing is true and correct.

Executed on Wednesday, July 26, 2017, at San Francisco, California.

*/s/ Rachel Abrams*
Rachel Abrams