Ernest Cory (Admitted *Pro Hac Vice*)
Kristian W. Rasmussen (Admitted *Pro Hac Vice*)
Lauren S. Miller (Admitted *Pro Hac Vice*)
R. Andrew Jones (Admitted *Pro Hac Vice)*
CORY WATSON, P.C.
2131 Magnolia Avenue
Birmingham, AL 35205
Telephone: (205) 328-2200
Facsimile: (205) 324-7896
Email: ecory@corywatson.com
         krasmussen@corywatson.com
         lmiller@corywatson.com
         ajones@corywatson.com

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
(SAN FRANCISCO DIVISION)

| | |
|---|---|
| IN RE: VIAGRA (SILDENAFIL CITRATE) AND CIALIS (TADALAFIL) PRODUCTS LIABILITY LITIGATION | Case No.:  3:16-md-02691-RS<br>MDL No. 2691<br><br>Case No:  3:17-cv-04059-RS |
| THOMAS QUINN,<br><br>             Plaintiff(s)<br><br>v.<br><br>ELI LILLY AND COMPANY,<br><br>             Defendant(s). | **<u>Short Form Complaint</u>** |

Plaintiff(s), Thomas Quinn, incorporates by reference the Plaintiffs' Master Long Form Complaint(s) filed with United States District Court for the Northern District of California in the matter of *In re: Viagra (Sildenafil Citrate) and Cialis (Tadalafil) Products Liability Litigation*. Plaintiff(s) further show the court as follows:

1. Defendant(s) against whom Complaint is made:

     a.   <u>X</u> Eli Lilly and Company

     b.   __ Pfizer Inc.

     c.   __ Other (specify Defendant) _____

1

2. Plaintiff's Full Name:

    a. Thomas Quinn

3. Name of the party or deceased who ingested Viagra/Revatio (sildenafil citrate) (hereinafter "Viagra") and/or Cialis/Adcirca (tadalafil) (hereinafter "Cialis") and suffered injury, if different than Plaintiff:

    a. N/A

4. Name of additional or other Plaintiff, including loss of consortium Plaintiff(s) (i.e. administrator, executor, guardian, conservator):

    a. N/A

5. Plaintiff's current city and state of residence:

    a. Linesville, PA

6. District Court in which venue would be proper absent direct filing:

    a. Western District of Pennsylvania

7. City and state of Plaintiff or Decedent when he/she was diagnosed with melanoma:

    a. Linesville, PA

8. Approximate dates that the Plaintiff or Decedent ingested Viagra (if applicable):

    a. Start date: N/A

    b. Stop date: N/A

9. Approximate dates that the Plaintiff or decedent ingested Cialis (if applicable):

    a. Start date: 6/29/2014

    b. Stop date: 8/23/2016

10. Date(s) that Plaintiff was diagnosed with melanoma which he/she alleges was caused by Viagra and/or Cialis:

    a. 4/11/2016; Metastatic Melanoma

    b. 10/13/2016

11. Date of death of Decedent, if applicable:

    a. N/A

Short Form Complaint
3:17-cv-04059-RS

12. Master Complaint Adopted (check one or both):

    a. _____ Pfizer Master Complaint

    b. __X__ Eli Lilly Master Complaint

13. Counts in the Master Complaint(s) brought by Plaintiff(s):

    a. Count 1 (Negligence): ___X___

    b. Count 2 (Gross Negligence): ___X___

    c. Count 3(Negligence Per Se): ___X___

    d. Count 4 (Unfair and Deceptive Trade Practices: Unfairness) ___X___

    e. Count 5 (Unfair and Deceptive Trade Practices: Fraud) __X__

    f. Count 6 (Unfair and Deceptive Trade Practices: Unlawfulness) __X__

    g. Count 7 (Strict Liability – Defective Design): ___X___

    h. Count 8 (Strict Liability – Failure to Warn): ___X___

    i. Count 9 (Failure to Test): __X__

    j. Count 10 (Breach of Express Warranty): __X__

    k. Count 11 (Breach of Implied Warranty): __X__

    l. Count 12 (Fraudulent Misrepresentation and Concealment): ___X___

    m. Count 13 (Negligent Misrepresentation and Concealment): ___X___

    n. Count 14 (Fraud and Deceit): ___X___

    o. Count 15 (Willful, Wanton, and Malicious Conduct): ___X___

    p. Count 16 (Unjust Enrichment): ___X___

    q. Count 17 (Loss of Consortium): _____

    r. Count 18 (Survival): _____

    s. Count 19 (Wrongful Death): _____

    t. Count 20 (Punitive Damages): ___X___

    u. Other: _____

14. Jury Demand

Short Form Complaint
3:17-cv-04059-RS

a. Pursuant to Federal Rule of Civil Procedure 38(b), Plaintiff(s) hereby demand a trial by jury as to all claims in this action: Yes __X__ No _____

Dated this the 1st day of August, 2017.

Respectfully submitted on behalf of the Plaintiff(s),


*/s/ Ernest Cory*_____
Ernest Cory
Kristian W. Rasmussen
Lauren S. Miller
R. Andrew Jones
CORY WATSON, P.C.
2131 Magnolia Avenue
Birmingham, AL 35205
Telephone: (205) 328-2200
Facsimile: (205) 324-7896
Email: ecory@corywatson.com
        krasmussen@corywatson.com
        lmiller@corywatson.com
        ajones@corywatson.com

4

Short Form Complaint
3:17-cv-04059-RS