UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: VIAGRA (SILDENAFIL CITRATE) AND CIALIS (TADALAFIL) PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS | Case No. 16-md-02691-RS   (SK)<br><br>**ORDER STRIKING MOTION TO SEAL**<br><br>Regarding Docket No. 540 |

On July 26, 2017, in connection with then pending discovery disputes, Plaintiffs filed a motion to seal. (Dkt. 540.) However, on August 1, 2017, the parties informed the Court that they were engaging in further efforts to resolve their pending discovery disputes on their own. The Court thus struck the joint letter briefs without prejudice to refiling if the parties were not able to resolve these matters. (Dkt. 564.) The Court FURTHER STRIKES the related motion to seal. Again, this Order is without prejudice to refiling if the parties later file a joint letter regarding a discovery dispute, and these documents are relevant to such dispute.

**IT IS SO ORDERED**.

Dated: January 29, 2018

_____
SALLIE KIM
United States Magistrate Judge