# EXHIBIT B

Form 2 - AFFIDAVIT OF SERVICE



P851826

**NAPOLI SHKOLNIK - NY**    MELISSA A AGNETTI
UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PLAINTIFFS | Index No. **16-MD-02691-RS; MDL NO. 2691** |
| PLAINTIFF | Date Filed |
| - vs - | Office No. **VIA 58474** |
| PFIZER, INC., ETANO | Court Date. **05/21/2018** |
| DEFENDANT | |

STATE OF **NEW YORK**, COUNTY OF **NEW YORK**    :SS:

**RUDOLPH WRIGHT** being duly sworn, deposes and says; I am over 18 years of age, not a party to this action, and reside in the State of New York. That on the **27TH** day of **APRIL 2018, 12:04PM** at **C/O NYU LANGONE HEALTH 550 FIRST AVENUE (VZ320, SIXTH FLOOR 612) NEW YORK NY 10016**
I served the **SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION**
upon **STACY LOEB, MD, MSC.**
**the WITNESS** therein named by delivering and leaving a true copy or copies of the aforementioned documents with **JENNIFER KITISOONIDIS, EMPLOYEE,** a person of suitable age and discretion.

Deponent describes the person served as aforesaid to the best of deponent's ability at the time and circumstances of the service as follows:
SEX: **FEMALE** COLOR: **WHITE** HAIR: **BLACK**
APP.AGE: **43** APP. HT: **5'6** APP. WT: **135**
OTHER IDENTIFYING FEATURES

On **04/30/2018** I deposited in the United States mail another true copy of the aforementioned documents properly enclosed and sealed in a post-paid wrapper addressed to the said **WITNESS** at the above address. That being
**the place of business of the WITNESS.**

Copy mailed 1st class mail marked personal and confidential not indicating on the outside thereof by return address or otherwise that said notice is from an attorney or concerns an action against the person to be served.

COMMENTS:

That at the time of service, as aforesaid, I asked the **person spoken to** whether the WITNESS was in the military service of the United States Government, or of the State of New York, and received a negative reply. Upon information and belief based upon the conversation and observation as aforesaid I aver that the **WITNESS** is not in the military service, and is not dependent on anyone in the military service of the United States Government or the State of New York, as that term is defined in statutes of the State of New York, or of the Federal Soldiers and Sailors Civilian Relief Act.

Sworn to before me this
30TH day of APRIL, 2018

SELENA INES ADAMES
Notary Public, State of New York
No. 01AD6365042
Qualified in NEW YORK COUNTY
Commission Expires 09/25/2021

RUDOLPH WRIGHT   DCA LIC # 2005320
PM Legal, LLC
75 MAIDEN LANE 11TH FLOOR
NEW YORK, NY 10038
Reference No: 2-NPLNY-851826

2a