# EXHIBIT F

# Melissa A. Agnetti

| | |
|---|---|
| **From:** | Morgan, Scott <smorgan@smorgan-law.com> |
| **Sent:** | Wednesday, May 16, 2018 12:31 PM |
| **To:** | Ullman, Emily |
| **Cc:** | Imbroscio, Michael; Goold, James; Jennifer Liakos; Melissa A. Agnetti; Joe Petrosinelli; Matt Holian |
| **Subject:** | Re: Cialis Subpoenas Call |

Emily - Re Dr. Loeb - we would agree to limit to time she was retained, but not back to May 31, 2016. We don't intend to reissue a subpoena to NYU but will agree that you can notify Dr. Loeb of the change in the subpoena that was issued - that we do not seek info after the date that Lilly hired her. We also do not believe that a change in the response date is necessary under these circumstances. With respect to Inventiv, we believe the subpoena was served on 5/11. Please let me know if you have any questions. Thanks

On Wed, May 16, 2018 at 12:24 PM, Ullman, Emily <eullman@cov.com> wrote:

Thanks, Scott. We appreciate your willingness to withdraw the Sanofi subpoena.

For Loeb, to make this as clean as possible, would you be willing to push the date back to May 31, 2016, which is when counsel for Lilly first entered discussions with her about serving as an expert? Also, I'm not sure if you've spoken with counsel for NYU yet, but we do continue to think that it makes sense for you to reissue the subpoena to them or separately notify them that there has been a change to the subpoena unless you've otherwise been in contact. I'd suggest an extension of the response date to accompany that change since it's taken some time for us to get through these discussions. Would you consider June 15?

With respect to InVentiv, now Syneos Health, my understanding is that they have not received service of the subpoena (nor have we received a copy of your proof of service). Have you served them? I'd like to understand when their response date is so that if we need to move separately we can.

Best,

Emily

**From:** Scott Morgan <smorgan@smorgan-law.com>
**Sent:** Wednesday, May 16, 2018 7:19 AM
**To:** Ullman, Emily <eullman@cov.com>
**Cc:** Imbroscio, Michael <mimbroscio@cov.com>; Goold, James <jgoold@cov.com>; Jennifer Liakos <jliakos@napolilaw.com>; Melissa A. Agnetti <magnetti@napolilaw.com>; Joe Petrosinelli <jpetrosinelli@wc.com>; Matt Holian <matt.holian@dlapiper.com>
**Subject:** Re: Cialis Subpoenas Call

Emily - Please be advised that we are willing to withdraw the subpoena issued to Sanofi based on our conversations.  With respect to the subpoena to Loeb, we are willing to limit it to the time frame before Lilly hired her as a consultant on June 10, 2016.  Please confirm this date or advise us if the date is different.  With respect to the subpoena issued to Inventive, we believe that no changes to the subpoena are necessary.  Please do not hesitate to contact us with any questions or concerns.  Thank you

Sent from my iPhone


On May 15, 2018, at 1:58 PM, Ullman, Emily <eullman@cov.com> wrote:

> We're pretty clear Thursday and Friday, if either of those works for you all.  Thanks.
>
>
> **From:** Morgan, Scott <smorgan@smorgan-law.com>
> **Sent:** Tuesday, May 15, 2018 10:47 AM
> **To:** Ullman, Emily <eullman@cov.com>
> **Cc:** Imbroscio, Michael <mimbroscio@cov.com>; Goold, James <jgoold@cov.com>; Jennifer Liakos <jliakos@napolilaw.com>; Melissa A. Agnetti <magnetti@napolilaw.com>
> **Subject:** Re: Cialis Subpoenas Call
>
>
> Hi Emily - I am talking with Jen and Melissa this afternoon.  How is your schedule this week and next week to talk?  Thanks.
>
>
> On Mon, May 14, 2018 at 9:41 AM, Ullman, Emily <eullman@cov.com> wrote:
>
>> Scott, Jenn, and Melissa,
>>
>>
>> Just wanted to follow up on our prior call.  Are you all willing to revise your third-party subpoena requests as per our discussion and reissue these?  Thanks very much.
>>
>>
>> Best,
>>
>>
>> Emily
>>
>>
>> **From:** Morgan, Scott <smorgan@smorgan-law.com>
>> **Sent:** Tuesday, May 01, 2018 8:39 PM
>> **To:** Ullman, Emily <eullman@cov.com>

2

**Cc:** Imbroscio, Michael <mimbroscio@cov.com>; Goold, James <jgoold@cov.com>; Jennifer Liakos <jliakos@napolilaw.com>; Melissa A. Agnetti <magnetti@napolilaw.com>
**Subject:** Re: Cialis Subpoenas Call

Emily,

Jen and Melissa will join us on the call.  Thanks

On Tue, May 1, 2018 at 6:01 PM, Ullman, Emily <eullman@cov.com> wrote:

Scott, I don't know who from your group should be on this, so feel free to forward as needed.  Thanks.

-- Do not delete or change any of the following text. --

Emily Ullman invites you to attend an audio conference.

Call-in toll-free number:1-866-798-7071  (US/Canada)

Call-in number:1-830-221-9129  (US/Canada)

Conference Code:14241998

OTHER DIAL-IN NUMBERS

Covington Extension 1-8888

USA/Canada +1 866 798 7071

Belgium +32 080 050 606

China +86 400 819 0020 | +86 800 870 2275

Korea +82 080 856 0104

UK +44 800 073 8969

South Africa +27 080 001 4623

UAE +971 800 035 703 152

Germany +49 080 0589 3388

For a complete list of global dial-in numbers, please visit
https://www.tcconline.com/offSite/OffSiteController.jpf?cc=3094470660

--

Scott A. Morgan

Morgan Law Firm, Ltd.
55 W. Wacker Drive, 9th Floor
Chicago, IL 60601
office phone (312) 327-3386

DISCLAIMER: The information transmitted is intended only for the person or entity to which it is addressed and may contain confidential information and/or privileged material. Any review, re-transmission, dissemination or other use of, or taking of any action in reliance upon, this information by persons or entities other than the intended recipient is prohibited. If you receive this in error, please contact the sender and delete the material from any computer. The email and any file attached should be scanned for viruses. No liability is accepted for any loss or damage resulting from a computer virus, or resulting from a defect in transmission of this email or any attached file.

--

Scott A. Morgan

Morgan Law Firm, Ltd.
55 W. Wacker Drive, 9th Floor
Chicago, IL 60601
office phone (312) 327-3386

DISCLAIMER: The information transmitted is intended only for the person or entity to which it is addressed and may contain confidential information and/or privileged material. Any review, re-transmission, dissemination or other use of, or taking of any action in reliance upon, this information by persons or entities other than the intended recipient is prohibited. If you receive this in error, please contact the sender and delete the material from any computer. The email and any file attached should be scanned for viruses. No liability is accepted for any loss or damage

resulting from a computer virus, or resulting from a defect in transmission of this email or any attached file.

--
Scott A. Morgan
Morgan Law Firm, Ltd.
55 W. Wacker Drive, 9th Floor
Chicago, IL 60601
office phone (312) 327-3386

DISCLAIMER: The information transmitted is intended only for the person or entity to which it is addressed and may contain confidential information and/or privileged material. Any review, re-transmission, dissemination or other use of, or taking of any action in reliance upon, this information by persons or entities other than the intended recipient is prohibited. If you receive this in error, please contact the sender and delete the material from any computer. The email and any file attached should be scanned for viruses. No liability is accepted for any loss or damage resulting from a computer virus, or resulting from a defect in transmission of this email or any attached file.