Ernest Cory *(Admitted Pro Hac Vice)*
Alabama Bar No.: asb-2279-y83e
CORY WATSON, P.C.
2131 Magnolia Avenue
Birmingham, AL 35205
Telephone: (205) 328-2200
Facsimile: (205) 324-7896
Email: ecory@corywatson.com

*Lead Counsel for Plaintiffs*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### (SAN FRANCISCO DIVISION)

| | |
|---|---|
| **In re:** <br><br> **VIAGRA (SILDENAFIL CITRATE) AND CIALIS (TADALAFIL) PRODUCTS LIABILITY LITIGATION** <br><br><br> This Document Relates to : ALL ACTIONS | **Master File No.: 3:16-md-02691-RS** <br><br> **PLAINTIFFS' NOTICE OF COMMON BENEFIT ACCOUNTING** |

TO ALL PARTIES AND COUNSEL OF RECORD:

Pursuant to the Court's request at the June 4, 2018 Case Management Conference, Plaintiffs hereby submit, under seal, a Common Benefit Expense Accounting through July 9, 2018. See Exhibit 1 of Declaration of Rachel Abrams, filed herewith under seal.

Dated: July 25, 2018.                    CORY WATSON, P.C

*/s/ Ernest Cory*
Ernest Cory (*Admitted Pro Hac Vice*)
Alabama Bar No.: asb-2279-y83e
CORY WATSON, P.C.
2131 Magnolia Avenue
Birmingham, AL 35205
Telephone: (205) 328-2200
Facsimile: (205) 324-7896
Email: ecory@corywatson.com

*Lead Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was electronically filed through the Court's CM/ECF system on July 25, 2018, which shall send notification of such filing to all CM/ECF participants.

*/s/Rachel Abrams*
Rachel Abrams