Ernest Cory *(Admitted Pro Hac Vice)*
Alabama Bar No.: asb-2279-y83e
CORY WATSON, P.C.
2131 Magnolia Avenue
Birmingham, AL 35205
Telephone: (205) 328-2200
Facsimile: (205) 324-7896
Email: ecory@corywatson.com

*Lead Counsel for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**(SAN FRANCISCO DIVISION)**

| | |
|---|---|
| IN RE: VIAGRA (SILDENAFIL CITRATE) PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to: ALL ACTIONS | **Master File No.: 3:16-md-02691-RS**<br><br>MDL No. 2691<br><br>**DECLARATION OF RACHEL ABRAMS IN SUPPORT OF PLAINTIFFS' NOTICE OF COMMON BENEFIT ACCOUNTING**<br><br>*FILED UNDER SEAL* |

I, Rachel Abrams, declare as follows:

1. I am a partner with the law firm of Levin Simes Abrams LLP, Liaison Counsel for Plaintiffs in the above-captioned action. I am familiar with the matters set forth in this declaration based upon my own personal knowledge and my review of the files maintained in this case. If called as a witness, I could and would competently testify to the following facts.

2. Attached hereto as Exhibit 1 is a true and correct copy of Plaintiffs' Common Benefit Accounting through July 9, 2018.

/ / /

/ / /

Pursuant to Title 28 of the United States Code §1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated:  July 25, 2018.                                          Respectfully submitted,

                                                                               */s/  Rachel Abrams*
                                                                               Rachel Abrams (CA #209316)
                                                                               **LEVIN SIMES ABRAMS LLP**
                                                                               1160 Battery Street East, Suite 100
                                                                               San Francisco, CA  94111
                                                                               Telephone:  (415) 426-3000
                                                                               Facsimile:  (415) 426-3001
                                                                               Email: rabrams@levinsimes.com

                                                                               *Liaison Counsel for Plaintiffs*

DECLARATION OF RACHEL ABRAMS IN SUPPORT OF PLAINTIFFS'
NOTICE OF COMMON BENEFIT ACCOUNTING
CASE NO. 16-md-02691-RS

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was electronically filed through the Court's CM/ECF system on July 25, 2018, which shall send notification of such filing to all CM/ECF participants.

*/s/Rachel Abrams*
Rachel Abrams