UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
(SAN FRANCISCO DIVISION)

| | |
|---|---|
| IN RE: VIAGRA (SILDENAFIL CITRATE) PRODUCT LIABILITY LITIGATION<br><br>Bernard McDermott<br>         Plaintiff(s)<br><br>v.<br><br>*Pfizer Inc.*<br>         Defendant | Case No.: 3:16-md-02691-RS<br>MDL No. 2691<br><br>Case No:<br><br>**Master Short Form Complaint** |

Plaintiff(s), __Bernard McDermott__, incorporates by reference the Plaintiffs' Master Long Form Complaint filed with United States District Court for the Northern District of California in the matter of *In re: Viagra (Sildenafil Citrate) Products Liability Litigation*. Plaintiffs further show the court as follows:

1. Plaintiff's Name:
    a. __Bernard McDermott__

2. Name of the party or deceased who ingested Viagra or Revatio (hereinafter, "Viagra"), and suffered injury, if different than Plaintiff:
    a. __N/A__

3. Name of additional or other Plaintiff, including loss of consortium plaintiffs (i.e. administrator, executor, guardian, conservator):
    a. __N/A__

4. Plaintiff's current city and state of residence:
    a. __Hobe Sound, FL__

5. District Court in which venue would be proper absent direct filing:

   a. Southern District of FL

6. City and state of Plaintiff or decedent when they were diagnosed with melanoma:

   a. Hobe Sound, FL

7. Approximate dates that the Plaintiff or decedent ingested Viagra:

   a. Start date: 2004

   b. Stop date: approx, 2014

8. Date(s) that Plaintiff was diagnosed with melanoma which he alleges was caused by Viagra:

   a. July 30, 2014

9. Date of death of decedent, if applicable:

   a. N/A

10. Defendants against whom Complaint is made:

    a. Pfizer Inc.: X

    b. Other: _____

11. Counts in the Master Complaint brought by Plaintiff(s):

    a. Count 1 (Negligence): X

    b. Count 2 (Gross Negligence): X

    c. Count 3 (Negligence Per Se): X

    d. Count 4 (Unfair and Deceptive Trade Practices: Unfairness) X

    e. Count 5 (Unfair and Deceptive Trade Practices: Fraud) X

    f. Count 6 (Unfair and Deceptive Trade Practices: Unlawfulness) X

    g. Count 7 (Strict Liability – Defective Design): X

    h. Count 8 (Strict Liability – Failure to Warn): X

    i. Count 9 (Failure to Test): X

j.  Count 10 (Breach of Express Warranty): __X__

k.  Count 11 (Breach of Implied Warranty): __X__

l.  Count 12 (Fraudulent Misrepresentation and Concealment): __X__

m. Count 13 (Negligent Misrepresentation and Concealment): __X__

n.  Count 14 (Fraud and Deceit): __X__

o.  Count 15 (Willful, Wanton, and Malicious Conduct): __X__

p.  Count 16 (Unjust Enrichment): __X__

q.  Count 17 (Loss of Consortium): _____

r.  Count 18 (Survival): _____

s.  Count 19 (Wrongful Death): _____

t.  Count 20 (Punitive Damages): __X__

u.  Other: __Discovery Rule and Equitable Tolling/Estoppel__

12. Jury Demand

a.  Pursuant to Federal Rule of Civil Procedure 38(b), Plaintiff(s) hereby demand a trial by jury as to all claims in this action: Yes __X__   No _____

Dated this the __30th__ day of __July__, 20__18__.

Respectfully submitted on behalf of the Plaintiff(s),

s/Amanda M. Williams
**Amanda M. Williams**

**GUSTAFSON GLUEK PLLC**
Amanda M. Williams
Eric S. Taubel
120 South Sixth Street, Suite 2600

3

Minneapolis, MN 55402
Tel: 612-333-8844
Fax: 612-339-6622
E-mail: awilliams@gustafsongluek.com
etaubel@gustafsongluek.com