Ernest Cory (Admitted *Pro Hac Vice*)
Kristian W. Rasmussen (Admitted *Pro Hac Vice*)
Lauren S. Miller (Admitted *Pro Hac Vice*)
R. Andrew Jones (Admitted *Pro Hac Vice*)
CORY WATSON, P.C.
2131 Magnolia Avenue
Birmingham, AL 35205
Telephone: (205) 328-2200
Facsimile: (205) 324-7896
Email: ecory@corywatson.com
       krasmussen@corywatson.com
       lmiller@corywatson.com
       ajones@corywatson.com

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
(SAN FRANCISCO DIVISION)

| | |
|---|---|
| IN RE: VIAGRA (SILDENAFIL CITRATE) AND CIALIS (TADALAFIL) PRODUCTS LIABILITY LITIGATION | Case No.: 3:16-md-02691-RS<br>MDL No. 2691<br><br>Case No: 3:18-cv-06301-RS |
| JEFFERY MARTIN,<br><br>    Plaintiff(s)<br><br>v.<br><br>PFIZER INC. and ELI LILLY AND COMPANY,<br><br>    Defendant(s). | **Short Form Complaint** |

Plaintiff(s), Jeffery Martin, incorporates by reference the Plaintiffs' Master Long Form Complaint(s) filed with United States District Court for the Northern District of California in the matter of *In re: Viagra (Sildenafil Citrate) and Cialis (Tadalafil) Products Liability Litigation*. Plaintiff(s) further show the court as follows:

1. Defendant(s) against whom Complaint is made:

    a. <u>X</u> Eli Lilly and Company

    b. <u>X</u> Pfizer Inc.

  c. ___ Other (specify Defendant) _____

2. Plaintiff's Full Name:

  a. Jeffery Martin

3. Name of the party or deceased who ingested Viagra/Revatio (sildenafil citrate) (hereinafter "Viagra") and/or Cialis/Adcirca (tadalafil) (hereinafter "Cialis") and suffered injury, if different than Plaintiff:

  a. N/A

4. Name of additional or other Plaintiff, including loss of consortium Plaintiff(s) (i.e. administrator, executor, guardian, conservator):

  a. N/A

5. Plaintiff's current city and state of residence:

  a. Hilton Head Island, SC

6. District Court in which venue would be proper absent direct filing:

  a. District Court of South Carolina

7. City and state of Plaintiff or Decedent when he/she was diagnosed with melanoma:

  a. Hilton Head Island, SC

8. Approximate dates that the Plaintiff or Decedent ingested Viagra (if applicable):

  a. Start date: 3/14/2014

  b. Stop date: 10/20/2016

9. Approximate dates that the Plaintiff or decedent ingested Cialis (if applicable):

  a. Start date: 7/23/2012

  b. Stop date: 1/01/2013

10. Date(s) that Plaintiff was diagnosed with melanoma which he/she alleges was caused by Viagra and/or Cialis:

  a. 10/9/2014

  b. 10/13/2016

11. Date of death of Decedent, if applicable:

1     a. N/A

2 12. Master Complaint Adopted (check one or both):

3     a. __X__ Pfizer Master Complaint

4     b. __X__ Eli Lilly Master Complaint

5 13. Counts in the Master Complaint(s) brought by Plaintiff(s):

6     a. Count 1 (Negligence): __X__

7     b. Count 2 (Gross Negligence): __X__

8     c. Count 3 (Negligence Per Se): __X__

9     d. Count 4 (Unfair and Deceptive Trade Practices: Unfairness) __X__

10     e. Count 5 (Unfair and Deceptive Trade Practices: Fraud) __X__

11     f. Count 6 (Unfair and Deceptive Trade Practices: Unlawfulness) __X__

12     g. Count 7 (Strict Liability – Defective Design): __X__

13     h. Count 8 (Strict Liability – Failure to Warn): __X__

14     i. Count 9 (Failure to Test): __X__

15     j. Count 10 (Breach of Express Warranty): __X__

16     k. Count 11 (Breach of Implied Warranty): __X__

17     l. Count 12 (Fraudulent Misrepresentation and Concealment): __X__

18     m. Count 13 (Negligent Misrepresentation and Concealment): __X__

19     n. Count 14 (Fraud and Deceit): __X__

20     o. Count 15 (Willful, Wanton, and Malicious Conduct): __X__

21     p. Count 16 (Unjust Enrichment): __X__

22     q. Count 17 (Loss of Consortium): _____

23     r. Count 18 (Survival): _____

24     s. Count 19 (Wrongful Death): _____

25     t. Count 20 (Punitive Damages): __X__

26     u. Other: _____

27 14. Jury Demand

28

a. Pursuant to Federal Rule of Civil Procedure 38(b), Plaintiff(s) hereby demand a trial by jury as to all claims in this action: Yes __X__ No _____

Dated this the 8th day of November, 2018.

                Respectfully submitted on behalf of the Plaintiff(s),

*/s/ Ernest Cory*
Ernest Cory
Kristian W. Rasmussen
Lauren S. Miller
R. Andrew Jones
CORY WATSON, P.C.
2131 Magnolia Avenue
Birmingham, AL 35205
Telephone: (205) 328-2200
Facsimile: (205) 324-7896
Email: ecory@corywatson.com
       krasmussen@corywatson.com
       lmiller@corywatson.com
       ajones@corywatson.com