UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: VIAGRA (SILDENAFIL CITRATE) AND CIALIS (TADALAFIL) PRODUCTS LIABILITY LITIGATION | Case No. 3:16-md-02691-RS<br><br>MDL No. 2691 |
| This Document Relates to:<br><br>ALL ACTIONS | **[JOINT** ~~PROPOSED~~**] THIRD AMENDED PRETRIAL ORDER No. 6: DISCOVERY AND OTHER PROCEEDINGS RELATING TO GENERAL CAUSATION** |

On September 26, 2016, the Court entered Pretrial Order No. 6 (Discovery and Other Proceedings Relating to General Causation) ("PTO 6") as to Plaintiffs and Defendant Pfizer Inc. Upon incorporating Defendant Eli Lilly and Company ("Lilly") to this MDL, the Court entered Amended Pretrial Order No. 6 on April 3, 2017, and subsequently entered Second Amended Pretrial Order No. 6 on January 29, 2018. The Parties jointly request to further amend the schedule and the Court hereby amends PTO 6 as follows:

**AMENDMENT TO SECTION V (EXPERT DISCOVERY)**

1. Paragraph 24 of PTO 6 and Amended and Second Amended PTO 6 established a schedule for motions relating to general causation. That schedule is further amended as follows: Any *Daubert* or other motion directed to general causation issues must be filed by January 11, 2019. Oppositions to such motions must be filed by February 22, 2019, and any reply briefs must be filed by March 22, 2019.

**IT IS SO ORDERED.**

Dated: 12/11/18

_____
THE HONORABLE RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE