UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
(SAN FRANCISCO DIVISION)

| | |
|---|---|
| IN RE: VIAGRA (SILDENAFIL CITRATE) AND CIALIS (TADALAFIL) PRODUCTS LIABILITY LITIGATION | Case No.: 3:16-md-02691-RS MDL No. 2691 |
| | Judge Richard Seeborg |
| Plaintiff(s) | |
| v. | |
| PFIZER, INC., and ELI LILLY AND COMPANY | |
| Defendant(s) | |

## **PLAINTIFFS' EXPERT DISCLOSURE ON GENERAL CAUSATION**

1.  Sonal Singh M.D., M.P.H., Associate Professor of Medicine, Department of Family Medicine and Community Health and the Meyers Primary Care Institute, University of Massachusetts Medical School, Massachusetts

> <u>Areas of Testimony</u>: Issues of epidemiology and statistics. Whether phosphodiesterase-5 (PDE-5) inhibitors, such as sildenafil, are causally related to the development of melanoma, melanoma epidemiology and risk factors, considerations of study design, methodology, pertinent medical literature. All issues of epidemiological general causation, including medical literature and analyses.

2.  Rizwan Haq, M.D., Ph.D., Assistant Professor, Harvard Medical School, Dana Farber Cancer Institute, Associate Physician Brigham and Women's Hospital

> <u>Areas of Testimony</u>: Biology of Melanoma. The biological mechanism of action underlying the increased risk of melanoma observed in peer-reviewed epidemiological studies where individuals used the PDE5 inhibitor sildenafil. All issues of general causation, including medical literature, mechanism of action, pre-clinical data, biological pathways, medical literature and analyses.

3.  Susana Ortiz-Urda, M.D., Ph.D., Assistant Clinical Professor, Department of Dermatology, University of California, San Francisco

> <u>Areas of Testimony</u>: The biological mechanism exists by which sildenafil causes increased growth and invasiveness of melanoma. All issues of general causation,

Case 3:16-md-02691-RS   Document 823   Filed 04/20/18   Page 2 of 4

including medical literature, mechanism of action and all elements of general clinical and post-marketing data, medical literature and analyses.

4. Feng Lui-Simth, Ph.D., Assistant Professor, Department of Epidemiology, School of Medicine, University of California Irvine.

Areas of Testimony: Issues of epidemiology and biological mechanism of melanoma. The relationship between phosphodiesterase 5 (PDE5) inhibitors ("PDE5i") including sildenafil, vardenafil, avanafil, and tadalafil, and the increased risk of melanoma development and/or increased the risk of growth and invasiveness of melanoma. All issues of general causation, including epidemiology, medical literature and mechanism of action as it relates to general causation.

5. Gary Piazza, Ph.D., Professor of Oncologic Sciences and Pharmacology, Chief of the Drug Discovery Research Center, and Director of Experimental Therapeutics and Chemoprevention, University of South Alabama, Mitchell Cancer Institute

Areas of Testimony: Pharmacologic properties of sildenafil and tadalafil, pharmacologic properties of sildenafil and tadalafil, whether sildenafil and/or tadalafil has clinically relevant anti-cancer activity in melanoma, whether the effect of sildenafil and/or tadalafil on the growth and invasiveness of melanoma is limited to the time the drug is present in the system, whether the effect of sildenafil and/or tadalafil on the growth and invasiveness of melanoma is limited to the time the drug is present in the system. All issues of general biological and mechanistic causation, including medical literature, pre-clinical and experimental data, medical literature and analyses.

6. Anand Krishnan Ganesan, M.D., Ph.D. Associate Professor, Department of Dermatology and Department of Biological Chemistry, University of California, Irvine

Areas of Testimony: Causative link and mechanism of action between use of PDE5-Is, including tadalafil, and the development and growth/invasiveness of melanoma. All issues of general biological mechanistic causation, including medical biological literature, mechanistic biological pathways of melanoma, medical literature and analyses.

7. Rehana L. Ahmed-Saucedo, M.D., PhD. Assistant Professor, Department of Dermatology, University of Minnesota

Areas of Testimony: The biological mechanism exists by which tadalafil causes increased growth and invasiveness of melanoma; the effects of PDE5-I exposure on human and mouse melanoma cells; mechanisms through which use of PDE5-Is could plausibly lead to the development of melanoma, both in vitro (cell culture) and in vivo (animal studies); and whether there is, in human populations, a true association between use of PDE5-Is and risk of subsequent development of melanoma. All issues of general causation, including medical literature, mechanism of action and all elements of general clinical and post-marketing data, medical literature and analyses.

Dated this the 20th day of April, 2017.

Respectfully submitted on behalf of the Plaintiff,

_____

Jennifer Liakos (CA SBN 207487)
Hunter J. Shkolnik (Pro Hac Vice Pending)
Melissa Agnetti (CA SBN 311426)
Napoli Shkolnik PLLC
(310) 331-8224 (Phone)
(646) 843-7603 (Facsimile)
Email: jliakos@NapoliLaw.com
Email: hshkolnik@NapoliLaw.com
Email: magnetti@NapoliLaw.com

PLAINTIFFS' EXPERT DISCLOSURE ON GENERAL CAUSATION
3:16-MD-02691-RS

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was electronically filed through the Court's CM/ECF system on April 20, 2018, which shall send notification of such filing to all CM/ECF participants.

/s/ Veronica Maravilla