WILLIAMS & CONNOLLY LLP
Joseph G. Petrosinelli (*pro hac vice*)
725 12th Street, NW
Washington, DC 20005
Telephone: (202) 434-5000
Email: jpetrosinelli@wc.com

*Lead Counsel for Defendant Pfizer Inc.*

COVINGTON & BURLING LLP
Michael X. Imbroscio (*pro hac vice*)
One City Center
850 Tenth Street, NW
Washington, DC 20001-4956
Telephone: (202) 662-6000
Email: mimbroscio@cov.com

*Lead Counsel for Defendant Eli Lilly and Company*

CORY WATSON, P.C.
Ernest Cory (*pro hac vice*)
2131 Magnolia Avenue
Birmingham, AL 35205
Telephone: (205) 328-2200
Email: ecory@corywatson.com

*Lead Counsel for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: VIAGRA (SILDENAFIL CITRATE) AND CIALIS (TADALFIL) PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br><br><u>ALL ACTIONS</u> | Case No. 3:16-md-02691-RS<br><br>MDL No. 2691<br><br>**JOINT EXHIBIT LIST TO PARTIES' MOTIONS TO EXCLUDE CERTAIN EXPERTS' OPINIONS** |

The parties jointly submit the attached list of exhibits in support of the parties' briefing of their Motions to Exclude Certain Experts' Opinions. True and correct copies of the exhibits listed on the attached are electronically filed with this Court using the CM/ECF system.

Dated: January 11, 2019

Respectfully submitted,

BY: */s/ Joseph G. Petrosinelli*_____

WILLIAMS & CONNOLLY LLP
Joseph G. Petrosinelli (*pro hac vice*)
725 12th Street, NW
Washington, DC 20005
Telephone: (202) 434-5000
Facsimile: (202) 434-5029 (fax)
Email: jpetrosinelli@wc.com

*Attorneys for Defendant Pfizer Inc.*

COVINGTON & BURLING LLP
Michael X. Imbroscio (*pro hac vice*)
One City Center
850 Tenth Street, NW
Washington, DC 20001-4956
Telephone: 202-662-6000
Email: mimbroscio@cov.com

*Attorneys for Defendant Eli Lilly and Company*

CORY WATSON, P.C.
Ernest Cory (*pro hac vice*)
2131 Magnolia Avenue
Birmingham, AL 35205
Telephone:  (205) 328-2200
Email: ecory@corywatson.com

*Lead Counsel for Plaintiffs*

# ATTACHMENT

**Joint Exhibit List for General Causation Daubert Motions**

| Daubert Joint Ex. # | Description | Date | Orig. Ex. # (If Joint Exhibit has been used as Deposition Exhibit) |
|---|---|---|---|
| 1 | Plaintiffs' Expert Disclosures on General Causation | 4/20/2018 | |
| 2 | Report of Sonal Singh, M.D., MPH, including reliance materials list | 4/19/2018 | Singh Ex. 1; Ahmed Ex. 21 |
| 3 | CV of Dr. Sonal Singh | 4/19/2018 | Singh Ex. 2; Wei Ex. 9 |
| 4 | Dr. Singh Updated Reliance Materials List | 8/6/2018 | Singh Ex. 10 |
| 5 | Report of Gary Piazza, Ph.D., including reliance materials list | 4/20/2018 | Piazza Ex. 1 |
| 6 | Rebuttal Expert Report of Dr. Gary Piazza | 7/13/2018 | Piazza Ex. 2 |
| 7 | CV of Dr. Gary Piazza | 4/20/2018 | Wei Ex. 7 |
| 8 | Dr. Piazza Additional Materials Considered | 9/4/2018 | Piazza Ex. 3 |
| 9 | Report of Rizwan Haq, M.D., Ph.D., including reliance materials list | 4/20/2018 | Haq Ex. 2 |
| 10 | CV of Dr. Rizwan Haq | 4/20/2018 | Haq Ex. 3; Wei Ex. 6 |
| 11 | Haq Additional Materials Considered | 8/17/2018 | Haq Ex. 4 |
| 12 | Haq Updated Additional Materials Considered | 8/20/2018 | Haq Ex. 5 |
| 13 | Report of Rehana Ahmed-Saucedo, M.D., Ph.D. Concerning Sildenafil Use (Viagra), including reliance materials list [Redacted Pursuant to Motion to Seal] | 5/21/2018 | Ahmed Ex. 3 |
| 14 | Report of Rehana Ahmed-Saucedo, M.D., Ph.D. Concerning Tadalafil Use (Cialis), including reliance materials list | 4/20/2018 | Ahmed Ex. 2 |
| 15 | CV of Dr. Rehana Ahmed-Saucedo | 4/20/2018 | Ahmed Ex. 4 |
| 16 | Ahmed Additional Materials Considered | 9/10/2018 | Ahmed Ex. 5 |
| 17 | Report of Anand Ganesan, M.D., Ph.D., including reliance materials list | 4/19/2018 | Ganesan Ex. 5 |
| 18 | CV of Dr. Anand Ganesan | 4/19/2018 | Ganesan Ex. 4 |
| 19 | Ganesan Additional Materials Considered | 8/14/2018 | Ganesan Ex. 1 |
| 20 | Report of Feng Liu-Smith, Ph.D., including reliance materials list | 4/19/2018 | Liu-Smith Ex. 2 |
| 21 | CV of Dr. Feng Liu-Smith | 4/19/2018 | Liu-Smith Ex. 3 |
| 22 | Liu-Smith Additional Materials Considered | 9/7/2018 | Liu-Smith Ex. 4 |
| 23 | Pfizer's Expert Disclosures on General Causation | 6/8/2018 | |
| 24 | Report of Joseph Califano, III, M.D., including reliance materials list | 6/8/2018 | Califano Ex. 1 |
| 25 | CV of Dr. Joseph Califano, III | 6/8/2018 | Califano Ex. 3 |
| 26 | Califano Additional Materials Received | 9/18/2018 | Califano Ex. 2 |
| 27 | Report of Richard Marais, Ph.D., including reliance materials list | 6/8/2018 | Piazza Ex. 20; Ahmed Ex. 11; Marais Ex. 1 |
| 28 | CV of Dr. Richard Marais | 6/8/2018 | Marais Ex. 3 |
| 29 | Marais Additional Materials Received | 10/28/2018 | Marais Ex. 2 |
| 30 | Report of Lynn Schuchter, M.D., including reliance materials list | 6/5/2018 | Schuchter Ex. 1; Wei Ex. 5 |
| 31 | CV of Dr. Lynn Schuchter | 6/5/2018 | Schuchter Ex. 2 |
| 32 | Schuchter Additional Materials Received | 9/25/2018 | Schuchter Ex. 5 |
| 33 | Report of Maria Wei, M.D., Ph.D., including reliance materials list | 6/8/2018 | Wei Ex. 1 |
| 34 | CV of Dr. Maria Wei | 6/8/2018 | Wei Ex. 2 |
| 35 | Wei Additional Materials Received | 11/13/2018 | Wei Ex. 3 |
| 36 | Report of John Witte, Ph.D., including reliance materials list | 6/8/2018 | Witte Ex. 1 |

**Joint Exhibit List for General Causation Daubert Motions**

| Daubert Joint Ex. # | Description | Date | Orig. Ex. # (If Joint Exhibit has been used as Deposition Exhibit) |
|---|---|---|---|
| 37 | CV of Dr. John Witte | 6/8/2018 | |
| 38 | Witte Additional Materials Received | 11/12/2018 | |
| 39 | In Re: Viagra (Sildenafil Citrate) and Cialis (Tadalafil) Products Liability Litigation, MDL No. 2691 Materials Received by Pfizer Inc.'s Experts | 6/8/2018 | Schuchter Ex. 3; Wei Ex. 4 |
| 40 | Lilly's Expert Disclosure on General Causation | 6/8/2018 | |
| 41 | Report of Karla Ballman, Ph.D., including reliance materials list | 6/8/2018 | Liu-Smith Ex. 22; Witte Ex. 6; Ballman Ex. 2 & Ex. 31 |
| 42 | CV of Dr. Karla Ballman | 6/8/2018 | Ballman Ex. 4 |
| 43 | Ballman Supplemental Materials Considered | 10/25/2018 | Ballman Ex. 32 |
| 44 | Report of Boris Bastian, M.D., Ph.D., including reliance materials list | 6/8/2018 | Bastian Ex. 1 & Ex. 3 |
| 45 | CV of Dr. Boris Bastian | 6/8/2018 | Bastian Ex. 2 |
| 46 | Bastian Supplemental Materials Considered | 10/3/2018 | Bastian Ex. 4 |
| 47 | Report of Marcus Bosenberg, M.D., Ph.D., including reliance materials list | 6/8/2018 | Piazza Ex. 21; Bosenberg Ex. 2 & Ex. 3 |
| 48 | CV of Dr. Marcus Bosenberg | 6/8/2018 | Bosenberg Ex. 5 |
| 49 | Bosenberg Supplemental Materials Considered | | Bosenberg Ex. 4 |
| 50 | Report of Samuel Cohen, M.D., Ph.D., including reliance materials list | 6/8/2018 | Cohen Ex. 4 & Ex. 8 |
| 51 | CV of Dr. Samuel Cohen | 6/8/2018 | Cohen Ex. 2 |
| 52 | Cohen Supplemental Materials Considered | 9/14/2018 | Cohen Ex. 9 |
| 53 | Cohen Updated Supplemental Materials Considered | 11/2/2018 | Cohen Ex. 10 |
| 54 | Deposition Transcript of Dr. Sonal Singh | 8/9/2018 | Liu-Smith Ex. 6 |
| 55 | Singh Deposition Errata | Pending | |
| 56 | Deposition Transcript of Dr. Anand Ganesan | 8/17/2018 | |
| 57 | Ganesan Deposition Errata | 9/29/2018 | |
| 58 | Deposition Transcript of Dr. Rizwan Haq | 8/22/2018 | |
| 59 | Haq Deposition Errata | 9/26/2018 | |
| 60 | Deposition Transcript of Dr. Gary Piazza September 6, 2018 | 9/6/2018 | |
| 61 | Deposition Transcript of Dr. Gary Piazza September 7, 2018 | 9/7/2018 | |
| 62 | Piazza Deposition Errata | 10/10/2018 | |
| 63 | Deposition Transcript of Dr. Feng Liu-Smith | 9/11/2018 | |
| 64 | Liu-Smith Deposition Errata | 11/14/2018 | |
| 65 | Deposition Transcript of Dr. Rehana Ahmed-Saucedo | 9/13/2018 | |
| 66 | Ahmed Deposition Errata | 10/19/2018 | |
| 67 | Deposition Transcript of Dr. Joseph Califano | 9/21/2018 | |
| 68 | Califano Deposition Errata | 10/31/2018 | |
| 69 | Deposition Transcript of Dr. Lynn Schuchter | 9/28/2018 | |
| 70 | Schuchter Deposition Errata | 11/14/2018 | |
| 71 | Deposition Transcript of Dr. Richard Marais | 10/31/2018 | |
| 72 | Marais Deposition Errata | 12/21/2018 | |

| Daubert Joint Ex. # | Description | Date | Orig. Ex. # (If Joint Exhibit has been used as Deposition Exhibit) |
|---|---|---|---|
| 73 | Deposition Transcript of Dr. John Witte | 11/15/2018 | |
| 74 | Witte Deposition Errata | 12/18/2018 | |
| 75 | Deposition Transcript of Dr. Maria Wei | 11/16/2018 | |
| 76 | Wei Deposition Errata | 12/18/2018 | |
| 77 | Deposition Transcript of Dr. Boris Bastian | 10/3/2018 | |
| 78 | Bastian Deposition Errata | 12/6/2018 | |
| 79 | Deposition Transcript of Dr. Marcus Bosenberg | 11/2/2018 | |
| 80 | Bosenberg Deposition Errata | 1/9/2019 | |
| 81 | Deposition Transcript of Dr. Karla Ballman | 11/15/2018 | |
| 82 | Ballman Deposition Errata | 1/10/2019 | |
| 83 | Deposition Transcript of Dr. Samuel Cohen | 11/7/2018 | |
| 84 | Cohen Deposition Errata | 1/4/2019 | |
| 85 | Arozarena et al., Oncogenic BRAF induces melanoma cell invasion by downregulating the cGMP-specific phosphodiesterase PDE5A, Cancer Cell. 2011 Jan 18;19(1):45-57. [with supplement] | 1/6/2011 | Haq Ex. 8; Ganesan Ex. 3; Piazza Ex. 4; Ahmed Ex. 8; Marais Ex. 4; Bastian Ex. 5 & Ex. 6; Bosenberg Ex. 6 & 7 |
| 86 | Deng et al., Association between phosphodiesterase type 5 inhibitors use and risk of melanoma: a meta-analysis. Neoplasma. 2018;65(2):216-221. | 3/13/2018 | Liu-Smith Ex. 19; Ballman Ex. 21 |
| 87 | Dhayade et al., Sildenafil Potentiates a cGMP-Dependent Pathway to Promote Melanoma Growth, Cell Rep. 2016 Mar 22;14(11):2599-610. [with supplement] | 3/22/2016 | Singh Ex. 4; Haq Ex. 9; Ganesan Ex. 6; Piazza Ex. 5; Ahmed Ex. 9; Marais Ex. 5; Bastian Ex. 7; Bosenberg Ex. 8 |
| 88 | Feng et al., Are phosphodiesterase type 5 inhibitors associated with increased risk of melanoma? A systematic review and meta-analysis, Medicine (Baltimore). 2018 Jan;97(3):e9601. | 1/19/2018 | Liu-Smith Ex. 18; Califano Ex. 18; Ballman Ex. 26 |
| 89 | Han et al., Use of phosphodiesterase type 5 inhibitors and risk of melanoma: a metaanalysis of observational studies, Onco Targets Ther. 2018 Feb 5;11:711-20. | 2/16/2018 | Liu-Smith Ex. 17 |
| 90 | Li et al., Sildenafil use and increased risk of incident melanoma in US men: a prospective cohort study, JAMA Intern Med. 2014 Jun;174(6):964-70. | 4/7/2014 | Singh Ex. 5; Liu-Smith Ex. 8; Ahmed Ex. 15; Califano Ex. 9; Marais Ex. 6 |
| 91 | Lian et al., Phosphodiesterase Type 5 Inhibitors and the Risk of Melanoma Skin Cancer, Eur Urol. 2016 Nov;70(5):808-15. | 5/10/2016 | Singh Ex. 9; Ganesan Ex. 8; Liu-Smith Ex. 11; Ahmed Ex. 18; Califano Ex. 11; Witte Ex. 3; Ballman Ex. 17 |
| 92 | Loeb et al., Meta-Analysis of the Association Between Phosphodiesterase Inhibitors (PDE5Is) and Risk of Melanoma, J Natl Cancer Inst. 2017 May 19;109(8) [with Corrigendum Aug. 3, 2017] [with supplement] | 5/19/2017 | Liu-Smith Ex. 15; Califano Ex. 16 and Ex. 17; Schuchter Ex. 9 and Ex. 10 |

**Joint Exhibit List for General Causation Daubert Motions**

| Daubert Joint Ex. # | Description | Date | Orig. Ex. # (If Joint Exhibit has been used as Deposition Exhibit) |
|---|---|---|---|
| 93 | Loeb et al., Use of Phosphodiesterase Type 5 Inhibitors for Erectile Dysfunction and Risk of Malignant Melanoma, JAMA. 2015 Jun 23-30;313(24):2449-55. [with supplement] | 6/23/2015 | Singh Ex. 7; Liu-Smith Ex. 9; Ahmed Ex. 14; Califano Ex. 10; Schuchter Ex. 7; Marais Ex. 7; Witte Ex. 2 |
| 94 | Matthews et al., Phosphodiesterase Type 5 Inhibitors and Risk of Malignant Melanoma: Matched Cohort Study Using Primary Care Data from the UK Clinical Practice Research Datalink, PLoS Med. 2016 Jun 14;13(6):e1002037. [with supplement] | 6/14/2016 | Singh Ex. 8; Liu-Smith Ex. 10; Ahmed Ex. 17; Califano Ex. 13 |
| 95 | Pottegård et al., Comment on the misleading conclusion reached by Wang et al. regarding use of phosphodiesterase 5 inhibitors and risk of melanoma. PubMed Commons. 2017 Aug 22 07:45 a.m. | 8/22/2017 | |
| 96 | Pottegård et al., Use of sildenafil or other phosphodiesterase inhibitors and risk of melanoma, Br J Cancer. 2016 Sep 27; 115(7):895-900. [including online supplement] | 8/16/2016 | Singh Ex. 6; Ganesan Ex. 9; Liu-Smith 12; Ahmed Ex. 16; Califano Ex. 14 and Ex. 15; Ballman Ex. 27 |
| 97 | Shkolyar et al., Risk of melanoma with phosphodiesterase type 5 inhibitor use among patients with erectile dysfunction, pulmonary hypertension, and lower urinary tract symptoms. J Sex Med. 2018 Jul;15(7):982-989. | 07/2018 | Ganesan Ex. 10; Liu-Smith Ex. 13; Ahmed Ex. 19 |
| 98 | Tang et al., Phosphodiesterase type 5 inhibitors and risk of melanoma: A meta-analysis, J Am Acad Dermatol. 2017 Sep;77(3):480-8. [with supplement] | 7/18/2017 | Liu-Smith Ex. 16; Ballman Ex. 20 |
| 99 | Wang, et al., Relation of Phosphodiesterase Type 5 Inhibitors and Malignant Melanoma: A Meta-Analysis and Systematic Review. Oncotarget. 2017 Jul 11;8(28):46461-7. | 4/29/2017 | Liu-Smith Ex. 14; |
| 100 | Bischoff, E., Potency, selectivity, and consequences of nonselectivity of PDE inhibition, Int. J. of Impotence Res. 2004;16:S11-S14. | 06/2004 | Piazza Ex. 14 |
| 101 | Boor et al., Melanoma in Men Treated with PDE5A Inhibitors: A Report from the RADAR Project, J Am Acad Dermatol 2016 May:Abstr. No. 3174. | 5/1/2016 | |
| 102 | Bradford Hill, The Environment and Disease: Association or Causation? Proc R Soc Med 1965 May;58(5):295-300. | 5/1965 | Ballman Ex. 22 |
| 103 | Fane et al., BRN2, a POUerful driver of melanoma phenotype switching and metastasis, Pigment Cell Melanoma Res 2018;1-16. | 5/21/2018 | Ganesan Ex. 2 |
| 104 | Feil, Viagra releases the brakes on melanoma growth, Mol Cell Oncol. 2017;4(5):e1188874. | 5/31/2017 | Witte Ex. 7 |
| 105 | Hassel et al., Tadalafil has biologic activity in human melanoma. Results of a pilot trial with Tadalafil in patients with metastatic Melanoma (TaMe), Oncoimmunology. 2017 May 16;6(9):e1326440. | 5/16/2017 | Ganesan Ex. 12; Piazza Ex. 17; Bastian Ex. 10 |
| 106 | Houslay, M., Hard Times for Oncogenic BRAF-Expressing Melanoma Cells, Cancer Cell 2011 Jan 18;19:3-5. | 1/18/2011 | Piazza Ex. 11 |
| 107 | Houslay, M., Melanoma, Viagra, and PDE5 Inhibitors: Proliferation and Metastasis, Trends Cancer 2016 Apr;2(4):163-165. | 04/2016 | Liu-Smith Ex. 7 |
| 108 | Lambert et al., How sildenafil (Viagra) may cause melanoma: A histopathologic study providing a potential physiological/etiopathological mechanism. J Eur Acad Dermatol Venereol. 2018 May;32(5):e202-e204. | 5/2018 | Piazza Ex. 8; Ahmed Ex. 7 |

**Joint Exhibit List for General Causation Daubert Motions**

| Daubert Joint Ex. # | Description | Date | Orig. Ex. # (If Joint Exhibit has been used as Deposition Exhibit) |
|---|---|---|---|
| 109 | Ma et al., Sildenafil Use and Risk of Malignant Melanoma: A Population Based Case-Control Study, J Am Acad Dermatol 2017 Jun:Abstr. No. 4238. | 06/2017 | Ballman Ex. 18 |
| 110 | Meyer et al., Chronic inflammation promotes myeloid-derived suppressor cell activation blocking antitumor immunity in transgenic mouse melanoma model, Proc Natl Acad Sci U S A. 2011 Oct 11;108(41):17111-6. | 10/11/2011 | Piazza Ex. 16; Bastian Ex. 9 |
| 111 | Morales, et al., Clinical safety of oral sildenafil citrate (VIAGRA) in the treatment of erectile dysfunction. Int J Impotence Res. 1998;10:69-74. | 7/1998 | Piazza Ex. 10 |
| 112 | Murata et al., Expression and role of phosphodiesterase 5 in human malignant melanoma cell line. Anticancer Res. 2010 Feb;30(2):355-8. | 2/1/2010 | Haq Ex. 7; Ganesan Ex. 19; Piazza Ex. 9; Bastian Ex. 8 |
| 113 | Nardone et al., Skin cancer associated with commonly prescribed drugs: tumor necrosis factor alpha inhibitors (TNF-αIs), angiotensin-receptor blockers (ARBs), phosphodiesterase type 5 inhibitors (PDE5Is) and statins -weighing the evidence, Expert Opin Drug Saf. 2018 Feb;17(2):139-147. | 7/2/2018 | Ahmed Ex. 20 |
| 114 | Noonan et al., Melanoma induction by ultraviolet A but not ultraviolet B radiation requires melanin pigment, Nat Commun. 2012 Jun 6;3:884. | 6/6/2012 | Piazza Ex. 7 |
| 115 | Packer et al., Identification of direct transcriptional targets of (V600E)BRAF/MEK signalling in melanoma, 2009 Dec;22(6):785-98. | 12/2009 | Ahmed Ex. 10 |
| 116 | Serafini et al., Phosphodiesterase-5 inhibition augments endogenous antitumor immunity by reducing myeloid-derived suppressor cell function, JEM 2006 Nov 27;203:2691-2702. | 11/27/2006 | Haq Ex. 11; Piazza Ex. 15 |
| 117 | Vesely et al., Four Cardiac Hormones Cause Cell Death of Melanoma Cells and Inhibit Their DNA Synthesis, Am J Med Sci. 2007 Nov;334(5):342-9. | 11/2007 | Ganesan Ex. 16 |
| 118 | Zhang et al., PDE5 inhibitor promotes melanin synthesis through the PKG pathway in B16 melanoma cells, J Cell Biochem. 2012 Aug;113(8):2738-43. | 8/2012 | Piazza Ex. 6; Ahmed Ex. 12 |
| 119 | Zhu, B. et al., Phosphodiesterase 10A is overexpressed in lung tumor cells and inhibitors selectively suppress growth by blocking β-catenin and MAPK signaling, Oncotarget 2017;8(41):69264-19280. | 9/19/2017 | Piazza Ex. 24 |

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was electronically filed through the Court's CM/ECF system on January 11, 2019, which shall send notification of such filing to all CM/ECF participants.

/s/ *Loren H. Brown*
Loren H. Brown