WILLIAMS & CONNOLLY LLP
Joseph G. Petrosinelli (*pro hac vice*)
725 12th Street, NW
Washington, DC 20005
Telephone: (202) 434-5000
Facsimile: (202) 434-5029 (fax)
Email: jpetrosinelli@wc.com

*Lead Counsel for Defendant Pfizer Inc.*

COVINGTON & BURLING LLP
Michael X. Imbroscio (*pro hac vice*)
One City Center
850 Tenth Street, NW
Washington, DC 20001-4956
202-662-6000
mimbroscio@cov.com

*Lead Counsel for Defendant Eli Lilly and Company*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: VIAGRA (SILDENAFIL CITRATE) AND CIALIS (TADALAFIL) PRODUCTS LIABILITY LITIGATION | Case No. 3:16-md-02691-RS<br><br>MDL No. 2691 |
| This Document Relates to:<br><br>ALL ACTIONS | **DECLARATION OF LOREN H. BROWN IN SUPPORT OF DEFENDANTS PFIZER AND LILLY'S MOTION TO EXCLUDE PLAINTIFFS' EXPERTS' OPINIONS** |

3:16-MD-02691-RS – EXHIBIT LIST TO DEFS.' PFIZER AND LILLY'S MOTION TO EXCLUDE PLAINTIFFS' EXPERTS' OPINIONS

DLA PIPER US LLP

I, Loren H. Brown, make this declaration under penalty of perjury in support of Defendants Pfizer Inc. and Eli Lilly and Company's Motion to Exclude Plaintiffs' Experts' Opinions and submit the following information:

1. I am an attorney at the law firm DLA Piper LLP (US), counsel of record for Defendant Pfizer Inc. in the above-titled action. I am licensed to practice law in the state of New York and admitted *pro hac vice* in this matter. I make this declaration based on my own personal knowledge and, if called as a witness, could and would testify competently to the matters set forth below.

2. I certify that the exhibits included in the attachment hereto are true and correct copies, submitted on behalf of Defendants Pfizer Inc. and Eli Lilly and Company in support of their Motion to Exclude Certain Plaintiffs' Experts' Opinions. True and correct copies of the exhibits listed on the attached are electronically filed with this Court using the CM/ECF system.

Dated: January 11, 2019

Respectfully submitted,

DLA PIPER LLP (US)

BY: */s/ Loren H. Brown*

WILLIAMS & CONNOLLY LLP
Joseph G. Petrosinelli (*pro hac vice*)
John E. Joiner (*pro hac vice*)
Neelum Wadhwani (*pro hac vice*)
725 12th Street, NW
Washington, DC 20005
Telephone: (202) 434-5000
Facsimile: (202) 434-5029 (fax)
Email: jpetrosinelli@wc.com
Email: jjoiner@wc.com

DLA PIPER LLP (US)
Matthew A. Holian (Cal. Bar. No. 211728)
Jessica C. Wilson (*pro hac vice*)
33 Arch Street, 26th Floor
Boston, MA 002110-1447
Telephone: (617) 406-6009
Facsimile: (617) 406-6109
Email: matt.holian@dlapiper.com
Email: jessica.wilson@dlapiper.com

3:16-md-02691-RS – EXHIBIT LIST TO DEFS. PFIZER AND LILLY'S MOTION TO EXCLUDE PLAINTIFFS' EXPERTS' OPINIONS

DLA PIPER US LLP

ARNOLD & PORTER KAYE SCHOLER LLP
Lori B. Leskin (*pro hac vice*)
250 West 55th Street
New York, NY 10019
Telephone: (212) 836-8000
Facsimile: (212) 836-8689
Email: lori.leskin@arnoldporter.com

*Attorneys for Defendant Pfizer Inc.*

COVINGTON & BURLING LLP
Michael X. Imbroscio (*pro hac vice*)
Emily Ullman (*pro hac vice*)
One City Center
850 Tenth Street, NW
Washington, DC 20001-4956
Telephone: 202-662-6000
Email: mimbroscio@cov.com
Email: eullman@cov.com

*Attorneys for Defendant Eli Lilly and Company*

# ATTACHMENT

Case 3:16-md-02691-RS   Document 841   Filed 01/11/19   Page 5 of 8

MDL 2691 - In re Viagra and Cialis Product Liability Litigation
**Exhibit List to Defendants Pfizer and Lilly's Motion to Exlude Plaintiffs' Experts' Opinions**

| Daubert Defense Ex. # | Description | Date | Orig. Ex. # (If Joint Exhibit has been used as Deposition Exhibit) (if any) |
|---|---|---|---|
| 1 | Viagra Label | 12/14/2017 | |
| 2 | Cialis Label | 2/15/2018 | |
| 3 | Burnett et al., AUA Educ. & Research, Inc., Erectile Dysfunction: AUA Guideline, Apr. 2018:1-70. | 04/2018 | |
| 4 | Center for Drug Evaluation and Research, VIAGRA Drug Approval Package (Sections 1-10) (Excerpted) | 3/27/1998 | |
| 5 | Pfizer Response to PRAC Request for Supplementary Information, August 29, 2014 | 8/29/2014 | Witte, Ex. 5 |
| 6 | Sildenafil Toxico-Pharmacological Expert Report, Appendix 4 (Excerpted) | 1/21/2004 | |
| 7 | Goldstein et al., The Serendipitous Story of Sildenafil: An Unexpected Oral Therapy for Erectile Dysfunction, Sex Med Rev. 2018;1-14. | 10/6/2018 | |
| 8 | FDA Approval Letter for Viagra | 3/27/1998 | |
| 9 | FDA Approval Letter for Cialis | 11/21/2003 | |
| 10 | FDA Supplemental Approval Letter for Cialis | 1/7/2008 | |
| 11 | FDA Supplemental Approval Letter for Cialis | 10/6/2011 | |
| 12 | Lilly Safety Topic Report: Prostate, Bladder, and Skin Cancer | 12/2/2014 | |
| 13 | Lilly Safety Topic Report: Melanoma | 12/2/2016 | |
| 14 | FDA Approval Letter for Revatio | 6/3/2005 | |
| 15 | Revatio Label | 2/1/2018 | |
| 16 | FDA Approval Letter for Adcirca | 5/22/2009 | |
| 17 | Adcirca Label | 5/5/2017 | |
| 18 | US Patent No. 5,858,694 titled Method for Identifying Compounds for Inhibition of Cancerous Lesions | 1/12/1999 | Piazza Ex. 34 |
| 19 | Domvri et al., Potential synergistic effect of phosphodiesterase inhibitors with chemotherapy in lung cancer, J Cancer. 2017;8(18):3648-56. | 10/9/2017 | |
| 20 | Booth et al., PDE5 inhibitors enhance the lethality of pemetrexed through inhibition of multiple chaperone proteins and via the actions of cyclic GMP and nitric oxide, Oncotarget. 2017;8(1):1449-68. | 1/3/2017 | |
| 21 | Confino et al., Inhibition of mouse breast adenocarcinoma growth by ablation with intratumoral alpha-irradiation combined with inhibitors of immunosuppression and CpG, Cancer Immunol Immunother. 2016;65(10):1149-58. | 10/2016 | |
| 22 | Tavallai et al., Nexavar/Stivarga and Viagra interact to kill tumor cells, J Cell Physiol. 2015;230(9):2281-98. | 9/2015 | |
| 23 | Black et al., PDE5 inhibitors enhance tumor permeability and efficacy of chemotherapy in a rat brain tumor model, Brain Res. 2008;1230:290-302. | 9/16/2008 | |
| 24 | Sharman et al., Cyclic-GMP-Elevating Agents Suppress Polyposis in ApcMin mice by Targeting the Preneoplastic Epithelium, Cancer Prev Res. 2018;11(2):81-92. | 2/2018 | |
| 25 | Qian et al., Effect of sildenafil citrate on an orthotopic prostate cancer growth and metastasis model, J Urol. 2003;170:994-97. | 9/2003 | |
| 26 | Roberts et al., Curcumin interacts with sildenafil to kill GI tumor cells via endoplasmic reticulum stress and reactive oxygen/ nitrogen species, Oncotarget. 2017;8(59):99451-469. | 8/2/2017 | |
| 27 | Serafini et al., Myeloid-derived suppressor cells promote cross-tolerance in B-cell lymphoma by expanding regulatory T cells, Cancer Res. 2008;68(13):5439-49. | 7/1/2008 | |
| 28 | Greish et al., Sildenafil citrate improves the delivery and anticancer activity of doxorubicin formulations in a mouse model of breast cancer, J Drug Target. 2018;26(7):610-15. | 8/2018 | |
| 29 | Islam et al., Sildenafil Suppresses Inflammation-Driven Colorectal Cancer in Mice, Cancer Prev Res. 2017;10(7):377-388. | 7/2017 | Piazza Ex. 29 |
| 30 | Zenitani et al., C-type natriuretic peptide in combination with sildenafil attenuates proliferation of rhabdomyosarcoma cells, Cancer Med. 2016;5(5):795-805. | 5/2016 | |
| 31 | Mei et al., Sildenafil inhibits the growth of human colorectal cancer in vitro and in vivo, Am J Cancer Res. 2015;5(11):3311-24. | 10/15/2015 | |

Case 3:16-md-02691-RS   Document 841   Filed 01/11/19   Page 6 of 8
MDL 2691 - In re Viagra and Cialis Product Liability Litigation
Exhibit List to Defendants Pfizer and Lilly's Motion to Exlude Plaintiffs' Experts' Opinions

| Daubert Defense Ex. # | Description | Date | Orig. Ex. # (If Joint Exhibit has been used as Deposition Exhibit) (if any) |
|---|---|---|---|
| 32 | Das et al., Sildenafil increases chemotherapeutic efficacy of doxorubicin in prostate cancer and ameliorates cardiac dysfunction, Proc Natl Acad Sci USA. 2010;107(42):18202-07. | 10/19/2010 | |
| 33 | Sponziello et al., PDE5 expression in human thyroid tumors and effects of PDE5 inhibitors on growth and migration of cancer cells, Endocrine. 2015;50(2):434-41. | 11/2015 | |
| 34 | Pendick, Harvard Health Blog | 6/5/2014 | Piazza Ex. 10 |
| 35 | Charles Toutant, *Lawyers Readying Suits Claiimng Viagra Caused Skin Cancer*, N.J. L.J. (LAW.com.) | 11/13/2014 | |
| 36 | *Parker, et al. v. Pfizer, Inc.*, No. 1522-CC00318 (Mo. Cir. Ct. Feb. 9, 2015) | 2/9/2015 | |
| 37 | Boffetta et al., False-positive results in cancer epidemiology: a plea for epistemological modesty, J Natl Cancer Inst. 2008;100(14):988-995. | 7/16/2008 | |
| 38 | Jiang et al., Socioeconomic and lifestyle factors and melanoma: a systematic review, Br J Dermatol. 2015;172:885-915. | 4/2015 | |
| 39 | Drees et al., 3',5'-Cyclic nucleotide phosphodiesterase in tumor cells as potential target for tumor growth inhibition, Cancer Res. 1993;53:3058-3061. | 7/1/1993 | Haq Ex. 6; Ganesan Ex. 20 |
| 40 | Nair and Jacob, A simple practice guide for dose conversion between animals and human, J Basic Clin Pharm. 2016;7(2):27-31. | 3/2016 | |
| 41 | Wang et al., No Causal Link between Phosphodiesterase Type 5 Inhibition and Melanoma, World J Mens Health. 2018;36:e36. | 10/10/2018 | |
| 42 | Pfizer Response to June 03, 2016 FDA Information Request | 7/15/2016 | |
| 43 | Preliminary PRAC Rapporteur Assessment Report on the Signal of Melanoma with Sildenafil | 10/13/2014 | |
| 44 | European Medicines Agency PRAC PSUR Assessment Report Tadalafil | 6/11/2015 | |
| 45 | European Medicines Agency PRAC PSUR Assessment Report Tadalafil | 6/9/2017 | |
| 46 | FDA Division of Epidemiology (DEPI), Review of Published Study Report (FDA00000024) | 3/4/2015 | |
| 47 | FDA Division of Epidemiology (DEPI), Literature Review on the Association Between [PDE5] Inhibitors and Risk of Malignant Melanona (FDA00000040) | 4/27/2016 | |
| 48 | FDA Division of Pharmacovigilance II, Melanoma and PDE5 Inhibitors (FDA00000001) | 8/19/2016 | Ballman Ex. 25 |
| 49 | American Academy of Dermatology, Practice Management Center, Erectile dysfunction drugs and skin cancer. | 4/16/2018 | Ahmed Ex. 6 |
| 50 | Weed et al., Tadalafil Reduces Myeloid-Derived Suppressor Cells and Regulatory T Cells and Promotes Tumor Immunity in Patients with Head and Neck Squamous Cell Carcinoma, Clinical Cancer Res. 2015;21(1):39-48. | 1/1/2015 | Califano Ex. 22 |
| 51 | Califano et al., Tadalafil Augments Tumor Specific Immunity in Patients with Head and Neck Squamos Cell Carcinoma, Clin Cancer Res. 2015:21(1);30-38. | 1/6/2015 | Califano Ex. 7; Ballman Ex. 23 |
| 52 | Pantziarka et al., Repurposing drugs in oncology (ReDo)-selective PDE5 inhibitors as anti-cancer agents, Ecancermedicalscience. 2018;12:824. | 4/11/2018 | |
| 53 | Initial Expert Report of Dr. Singh (*In re: Lipitor (Atorvastatin Calcium) Marketing, Sales Practices and Products Liability Litigation*, MDL No. 2:14-mn-02502) (Redactions In Original As-Filed Version) | 3/4/2015 | |
| 54 | Supplemental Expert Report of Dr. Singh (In re: Lipitor (Atorvastatin Calcium) Marketing, Sales Practices and Products Liability Litigation, MDL No. 2:14-mn-02502) (Filed Under Seal) | 12/7/2015 | |
| 55 | Turner et al., Thiazolidinediones and associated risk of bladder cancer: a systematic review and meta-analysis, Br J Clin Pharmacol 2013:78:2 | | |
| 56 | Deposition Transcript of Dr. Singh, Vol. 1 and Vol. 2 (Excerpted) (*In re: Lipitor (Atorvastatin Calcium) Marketing, Sales Practices and Products Liability Litigation*, MDL No. 2:14-mn-02502) | 4/28/2015 | |
| 57 | Dr. Singh Expert Report in *Lauris v. Novartis AG*, No. 1:16-cv-00393-SHE (E.D. Cal.), Dkt. No. 112-1 | 6/1/2017 | |
| 58 | Dr. Singh Expert Report in *McWilliams v. Novartis AG*, No. 2:17-cv-14302 (S.D. Fla.), Dkt. No. 56-3 | 2/20/2018 | |
| 59 | Garrett, et al., Incidence of and Risk Factors for Skin Cancer in Organ Transplant Recipients in the United States, JAMA Dermatol. 2017;153(3):296-303. | 3/1/2017 | |

Case 3:16-md-02691-RS Document 841 Filed 01/11/19 Page 7 of 8
MDL 2691 - In re Viagra and Cialis Product Liability Litigation
Exhibit List to Defendants Pfizer and Lilly's Motion to Exlude Plaintiffs' Experts' Opinions

| Daubert Defense Ex. # | Description | Date | Orig. Ex. # (If Joint Exhibit has been used as Deposition Exhibit) (if any) |
|---|---|---|---|
| 60 | Whitt, et al. (Piazza), Sulindac sulfide selectively increases sensitivity of ABCC1 expressing tumor cells to doxorubicin and glutathione depletion, J Biomed Res. 2016;30(2):120-133. | 3/2016 | Piazza Ex. 18, 40 |
| 61 | Piazza, Validation of PDE5 as a Chemoprevention Target, Cancer Prev Res. 2017;10(7):373-376. | 7/2017 | Piazza Ex. 19 |
| 62 | U.S. Patent Application No. US 20160143912 A1 and U.S. Patent No. 10,039,764 B2 titled Treatment and Diagnosis of Cancer and Precancerous Conditions Using PDE10A Inhibitors and Methods to Measure PDE10A Expression | 6/18/2018 (application) 8/7/2018 | Piazza Ex. 27 |
| 63 | US Patent No. 9,365,528 B2 titled Derivatives of Sulindac, Use Thereof and Preparation Thereof | 6/14/2016 | Piazza Ex. 28 |
| 64 | El-Sharkawy et al., Design and synthesis of novel annulated thienopyrimidines as phosphodiestrease 5 (PDE5) inhibitors, Arch Pharm. 2018;351(5):e1800018. | 5/2018 | Piazza Ex. 33 |
| 65 | US Patent No. 6,156,528 titled Methods for Using a Phosphodiesterase in Pharmaceutical Screening to Identify Compounds for Treatment of Neoplasia | 12/5/2000 | Piazza Ex. 35 |
| 66 | Tinsley, et al., Inhibition of PDE5 by sulindac sulfide selectively induces apoptosis and attenuates oncogenic Wnt/β-catenin-mediated transcription in human breast tumor cells., Cancer Prev Res (Phila) 2011;4(8):1275-84. | 8/2011 | Piazza Ex. 36 |
| 67 | US Patent No. 9,388,139 B2 titled Derivatives of Celeboxib, Use Thereof and Preparation Thereof | 7/12/2016 | Piazza Ex. 37 |
| 68 | Ahmed, et al. (Piazza), Exploring the PDE5 H-pocket by ensemble docking and structure-based design and synthesis of novel β-carboline derivatives, Eur J Med Chem. 2012;57:329-43. | 9/24/2012 | Piazza Ex. 38 |
| 69 | Gurpinar et al. (Piazza), COX-independent mechanisms of cancer chemoprevention by anti-inflammatory drugs, Front Oncol. 2013; 3;181. | 7/11/2013 | Piazza Ex. 39 |
| 70 | National Cancer Institute, Division of Cancer Predention, Grant R01CA155638, *Phosphodiesterase 5: A Novel Target and Inhibitor for Breast Cancer Chemoprevention,* Gary A. Piazza, University of South Alabama | 7/6/2018 | Piazza Ex. 43 |
| 71 | Letter from Christine P. Nguyen, FDA Office of Drug Evaluation III, to Pfizer Inc. | 6/3/2016 | |

# CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was electronically filed through the Court's CM/ECF system on January 11, 2019, which shall send notification of such filing to all CM/ECF participants.

/s/ *Loren H. Brown*
Loren H. Brown