# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### (SAN FRANCISCO DIVISION)

| | |
|---|---|
| IN RE: VIAGRA (SILDENAFIL CITRATE) AND CIALIS (TADALAFIL) PRODUCTS LIABILITY LITIGATION | Case No. 16-md-02691-RS<br><br>MDL No. 2691 |
| This Document Relates to:<br><br>    ALL ACTIONS | **SECOND AMENDED PRETRIAL ORDER NO. 15: PLAINTIFF FACT SHEET TIMING OF SERVICE** |

By agreement of the parties, this Order modifies PTO No. 15 filed on November 30, 2018 (Document 804) as amended by filing on April 9, 2019 (Document 918) regarding deadlines for the service of Plaintiff Fact Sheet (PFS) as described in Paragraph 5, as follows:

**Amended Deadline(s) for PFSs, Authorizations, and Responsive Documents.**

a. **Northern District of California Resident Cases Currently in MDL Proceedings.** All Plaintiffs who reside within the Northern District of California and whose cases are currently part of these MDL Proceedings, as identified on Exhibit A (attached hereto), must serve Defendants with PFSs, Responsive Documents and Authorizations no later than April 15, 2019.

b. **Remaining Cases Pending in MDL Proceedings**. All Plaintiffs whose cases are part of these MDL Proceedings, and who are not included among the Plaintiffs discussed above in paragraph a, must serve Defendants with PFSs, Responsive Documents and Authorizations as indicated below.

    1. Plaintiffs identified on Exhibit B (attached hereto) must serve Defendants with PFSs, Responsive Documents and Authorizations no later than June 30, 2019.

    2. Plaintiffs identified on Exhibit C (attached hereto) must serve Defendants with PFSs, Responsive Documents and Authorizations no later than August 30, 2019.

3.   Plaintiffs identified on Exhibit D (attached hereto) and any Plaintiffs currently part of these MDL proceedings as of the date of the entry of this Order but who are not identified on Exhibits A-D must serve Defendants with PFSs, Responsive Documents and Authorizations no later than September 30, 2019.

c.   **Cases Later Made Part of MDL Proceedings.**  For any Plaintiff whose case is not currently part of these MDL Proceedings, but whose case is later filed in, transferred to, removed to, or reassigned to this Court and thereby made part of these MDL Proceedings, such Plaintiffs must serve Defendants with a complete and verified PFS, Responsive Documents, and completed Authorizations within the following time limits:  (1) if Plaintiff's case is not identified on any of the attached Exhibit lists (A through D) and is filed directly in the Northern District of California, within one hundred twenty (120) days from the date filed, or September 30, 2019, whichever is later; or (2) if Plaintiff's case is not identified on any of the attached Exhibit lists (A through D) and is filed outside the Northern District of California and later transferred or removed to this Court, within thirty (30) days from the date the short form complaint is filed in this Court, or September 30, 2019, whichever is later. All time limits for cases listed on the attached Exhibits A through D are set forth above.

**SO ORDERED**.

Dated:5/13/19

THE HONORABLE RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE



**EXHIBIT A**

## N.D. Cal. Cases
## PFS Deadline 4.15.2019

| Plaintiff's Name | Case Number |
|---|---|
| Andrews, Dennis | 3:15-cv-04884 |
| Herrara, Amador | 3:15-cv-04888 |
| Toole, Lyle | 3:15-cv-04989 |
| Warren, Lance | 3:15-cv-05206 |
| Nicholas, Edmond | 3:15-cv-05251 |
| Delgado, Joao | 3:16-cv-01464 |
| Cox, Peter | 3:16-cv-01769 |
| Diederich, Barry | 3:16-cv-01804 |
| Fracisco, Robert | 3:16-cv-05663 |
| Kornfeld, Lennard | 3:16-cv-05664 |
| Ellingson, William | 3:16-cv-06847 |
| Peterson, Richard | 3:17-cv-01061 |
| Brown, Laurence | 3:17-cv-01360 |
| Farrington, Maury | 3:17-cv-02258 |
| Winant, William | 3:17-cv-02488 |
| Gomba, William | 3:18-cv-03652 |
| Graham, Kevin | 3:18-cv-03836 |
| Stephens, Kenneth C. | 3:18-cv-06656 |

# EXHIBIT  B

| Plaintiff's Name | Case Number |
|---|---|
| Hayes, Terrence | 3:16-cv-01093 |
| Smith, Michael | 3:16-cv-01183 |
| Giovando, Michael | 3:16-cv-01607 |
| Riggs, Michael | 3:16-cv-01647 |
| Piersol, Michael | 3:16-cv-01653 |
| Barnes, III, Joseph | 3:16-cv-01674 |
| O'Malley, Paul | 3:16-cv-01682 |
| Reinwald, John | 3:16-cv-01685 |
| Maxey, Lyle | 3:16-cv-01716 |
| Grant, Gregory | 3:16-cv-01731 |
| Reeder, James | 3:16-cv-01742 |
| Smith, Jr., John W. | 3:16-cv-01749 |
| Irving, Robert | 3:16-cv-01753 |
| Hedwall, Carl B. | 3:16-cv-01759 |
| Chaney, Mickey | 3:16-cv-01766 |
| Branaman, Harris | 3:16-cv-01771 |
| Brown, Tony | 3:16-cv-01780 |
| Coyle, Lester | 3:16-cv-01783 |
| Wallace, John C. | 3:16-cv-01792 |
| Black, James T. | 3:16-cv-01796 |
| Hendrickson, Eugene | 3:16-cv-01799 |
| Lusch, Roy C. | 3:16-cv-01802 |
| Davenport, James | 3:16-cv-01807 |
| Wood, Jr., John W. | 3:16-cv-01874 |
| LeBlanc, Larry | 3:16-cv-01897 |
| Gardiner, Michael | 3:16-cv-01900 |
| Schmidt, Dorn L. | 3:16-cv-01999 |
| Milligan, Barry | 3:16-cv-02067 |
| Linley, Claude | 3:16-cv-02121 |
| Eubanks, Robert | 3:16-cv-02145 |
| Troy, Harold | 3:16-cv-02214 |
| Calkins, Seamus | 3:16-cv-02316 |
| Cupp, Norman | 3:16-cv-02707 |
| Bryant, Robert | 3:16-cv-02722 |
| Watts, Thomas | 3:16-cv-02836 |
| Winfrey, Scott | 3:16-cv-02857 |
| Ulbinsky, John R. | 3:16-cv-02869 |
| Cumberworth, Steven | 3:16-cv-02886 |
| Grisafi, Vincent J. | 3:16-cv-02904 |
| Helm, John | 3:16-cv-02948 |
| Fyfe, Jody | 3:16-cv-02959 |
| Sage, Gerald | 3:16-cv-03236 |
| Emerson, Robert | 3:16-cv-03488 |
| Lane, Jeremy | 3:16-cv-03600 |
| Suits, Mark R. | 3:16-cv-03653 |
| Seidler, Larry | 3:16-cv-03844 |
| Crothers, III, James W. | 3:16-cv-03978 |

| Plaintiff's Name | Case Number |
|---|---|
| Becker, William | 3:16-cv-04010 |
| Ragan, William | 3:16-cv-04235 |
| Hurtak, Daniel | 3:16-cv-04276 |
| Day, Larry | 3:16-cv-04277 |
| Masiongale, Louis | 3:16-cv-04700 |
| Dorweiler, Paul | 3:16-cv-04840 |
| Dickerson, Ronnie | 3:16-cv-04970 |
| Hartwig, Charles | 3:16-cv-05156 |
| Hefler, Robert Lee | 3:16-cv-05176 |
| Durham, Steve | 3:16-cv-05197 |
| Croxford, Charles A. | 3:16-cv-05276 |
| Fisher, Scott | 3:16-cv-05441 |
| Beck, Ted | 3:16-cv-05467 |
| Nguyen, Thang Thuy | 3:16-cv-05516 |
| Liner, Charles | 3:16-cv-05565 |
| Smith, Jerry | 3:16-cv-05630 |
| Howard, Earl | 3:16-cv-05662 |
| Garfield, Duane Roy | 3:16-cv-05757 |
| Mittler, Arnold | 3:16-cv-05943 |
| James, Michael | 3:16-cv-05979 |
| Munoz, Alonzo | 3:16-cv-06078 |
| Gee, Leonard | 3:16-cv-06188 |
| Theel, Eugene | 3:16-cv-06212 |
| Mason, John | 3:16-cv-06220 |
| Davis, John | 3:16-cv-06402 |
| Tyler, William Randall | 3:16-cv-06507 |
| Nance, Rickey | 3:16-cv-06579 |
| Cook, James | 3:16-cv-06610 |
| Apfelbaum, Herman | 3:16-cv-06683 |
| Raines, Ronald | 3:16-cv-06743 |
| Nicol, Ronald | 3:16-cv-06886 |
| Givens, Terrence | 3:16-cv-06911 |
| Catanio, Anthony | 3:16-cv-06914 |
| Forrester, James | 3:16-cv-07052 |
| Hollibaugh, Jonathan | 3:16-cv-07099 |
| Barnard, William | 3:16-cv-07124 |
| Clifton, Tony | 3:16-cv-07127 |
| Spiers, Ronald | 3:16-cv-07308 |
| Bollhardt, Mark | 3:16-cv-07339 |
| Wilbourn, Charles | 3:16-cv-07362 |
| Willerman, Marvin | 3:16-cv-07367 |
| Labourette, Richard J. | 3:16-md-07442 |
| Pierce, Darrell | 3:17-cv-00131 |
| Bjorge, Dennis | 3:17-cv-00192 |
| Montgomery, Bruce | 3:17-cv-00275 |
| Hart, Orrin | 3:17-cv-00317 |
| Romano, Michael | 3:17-cv-00357 |

| Plaintiff's Name | Case Number |
|---|---|
| Sandlin, Kelly | 3:17-cv-00364 |
| Zordel, Floyd | 3:17-cv-00490 |
| Tart, Dennis B. | 3:17-cv-00581 |
| Davis, Mike T. | 3:17-cv-00633 |
| Smyth, Daniel | 3:17-cv-00708 |
| Chaplain, Larry | 3:17-cv-00963 |
| Jones, Jeffrey | 3:17-cv-00995 |
| Matthews, George | 3:17-cv-01054 |
| Kimbrell, John | 3:17-cv-01072 |
| Turnbough, II, Marvin | 3:17-cv-01238 |
| Turner, Charles | 3:17-cv-01252 |
| Gray, Charles | 3:17-cv-01434 |
| Boyer, Michael | 3:17-cv-01585 |
| Spears, Charles | 3:17-cv-01631 |
| Woodring, David | 3:17-cv-01681 |
| Miller, Franklin | 3:17-cv-01694 |
| Davis, James | 3:17-cv-01701 |
| Price, Larry | 3:17-cv-01726 |
| Kingston, Michael | 3:17-cv-01732 |
| Myers, Frankie | 3:17-cv-01751 |
| Croken, James | 3:17-cv-01757 |
| Kearns, James | 3:17-cv-01764 |
| Irvin, Avery | 3:17-cv-01780 |
| Ogden, Joseph | 3:17-cv-01787 |
| Mohr, John | 3:17-cv-01849 |
| Greditor, Jesse | 3:17-cv-01917 |
| Goerlich, Robert J. | 3:17-cv-01946 |
| Christensen, John M. | 3:17-cv-01950 |
| Dempich, Kenneth | 3:17-cv-01956 |
| Fox, Ronald | 3:17-cv-01983 |
| Choate, James | 3:17-cv-02266 |
| Adams, John | 3:17-cv-02275 |
| Noel, Roland | 3:17-cv-02286 |
| Pack, James | 3:17-cv-02460 |
| McElwee, Robert | 3:17-cv-02462 |
| Ryder, David | 3:17-cv-02467 |
| Corn, Charles | 3:17-cv-02481 |
| Christian, James | 3:17-cv-02482 |
| O'Neal, William | 3:17-cv-02484 |
| Jordan, Calvin | 3:17-cv-02487 |
| McPayne, Matthew | 3:17-cv-02591 |
| Carson, Donald | 3:17-cv-02597 |
| Cosgrove, Stan | 3:17-cv-02693 |
| Reed, Alvin | 3:17-cv-02802 |
| Foster, Coleman | 3:17-cv-02805 |
| Dozier, David | 3:17-cv-02858 |
| Fleming, III, Van Calvin | 3:17-cv-03081 |
| Garbutt, Arnold | 3:17-cv-03108 |
| Horrell, Joel | 3:17-cv-03115 |
| Trostheim, Robert | 3:17-cv-03119 |
| O'Neill, Joseph | 3:17-cv-03171 |
| Jordan, Douglas | 3:17-cv-03242 |
| Hakseth, Michael | 3:17-cv-03305 |
| Daniels, Vernon | 3:17-cv-03426 |

| Plaintiff's Name | Case Number |
|---|---|
| Smith, Morris | 3:17-cv-03523 |
| Sidorowicz, Richard | 3:17-cv-03593 |
| Gillum, John | 3:17-cv-03686 |
| Drew, William | 3:17-cv-03689 |
| Monday, Susan | 3:17-cv-03849 |
| Monday, Kelvin | |
| Murphy, Howard | 3:17-cv-03909 |
| Depalma, Mark | 3:17-cv-04020 |
| Madonna, Joseph | 3:17-cv-04023 |
| Smith, Gregg | 3:17-cv-04026 |
| Dove, William | 3:17-cv-04029 |
| Quinn, Thomas | 3:17-cv-04059 |
| Overman, John Kirby | 3:17-cv-04197 |
| Bellman, Edwin | 3:17-cv-04308 |
| Parker, Kenneth | 3:17-cv-04502 |
| Chriss, Paul | 3:17-cv-04820 |
| Jewell, Richard | 3:17-cv-05056 |
| Campbell, Gale John | 3:17-cv-05059 |
| Ferrara, Paul | 3:17-cv-05062 |
| Vale, Harold David | 3:17-cv-05162 |
| Liggett, Jack | 3:17-cv-05271 |
| Aylward, Stephen | 3:17-cv-05293 |
| Hatcher, John | 3:17-cv-05297 |
| Lennon, Joe | 3:17-cv-05537 |
| Kolb, Howard | 3:17-cv-05832 |
| Sobell, David | 3:17-cv-05835 |
| Watson, James Chase | 3:17-cv-06191 |
| Fairbanks, Earl | 3:17-cv-06381 |
| Adams, Roy | 3:17-cv-06681 |
| Bouton, Robert | 3:17-cv-06723 |
| Craig, David | 3:17-cv-06736 |
| Kannett, Ken | 3:17-cv-06752 |
| Hough, Thomas | 3:17-cv-06809 |
| Navarro, Jose | 3:17-cv-06831 |
| Hoover, Roy G. | 3:17-cv-07069 |
| Church, Thomas | 3:17-cv-07107 |
| Goede, Jeff | 3:17-cv-07193 |
| Kunce, Gregory | 3:17-cv-172801 |
| Tindall, Robert M. | 3:18-cv-00278 |
| Romeo, John | 3:18-cv-00591 |
| Muilenburg, Conrad | 3:18-cv-00594 |
| Knighton, Kim | 3:18-cv-00600 |
| Wilson, Thomas A. | 3:18-cv-00606 |
| Tomlin, Joel | 3:18-cv-00609 |
| Knotts, Michael | 3:18-cv-00614 |
| Wilkerson, Donald | 3:18-cv-00621 |
| Bailor, Thomas A. | 3:18-cv-00872 |
| Kozer, John J. | 3:18-cv-00875 |
| Margraf, Richard | 3:18-cv-01273 |
| Patterson, Rufus | 3:18-cv-01341 |
| Wells, Sr. Michael O. | 3:18-cv-01344 |
| Schieffer, John | 3:18-cv-01352 |
| Merrick, Dwight | 3:18-cv-01509 |

| Plaintiff's Name | Case Number |
|---|---|
| Storey, Michael K. | 3:18-cv-01601 |
| Green, Samuel | 3:18-cv-01751 |
| Ward, Perry | 3:18-cv-01770 |
| Daniels, Benny | 3:18-cv-01774 |
| Forsythe, Robert | 3:18-cv-01794 |
| Reynolds, Steven | 3:18-cv-01798 |
| Sennello, James | 3:18-cv-01840 |
| Brennock, Michael | 3:18-cv-02076 |
| Whiting, Gerald | 3:18-cv-02080 |
| Kahn, Phillip | 3:18-cv-02139 |
| Bensoussan, Paul | 3:18-cv-02388 |
| Wilcox, William | 3:18-cv-02393 |
| Johnsen, Robert Edwin | 3:18-cv-02497 |
| Smith, Steven | 3:18-cv-02821 |
| Campbell, John | 3:18-cv-02845 |
| Dockery, Burtis | 3:18-cv-02893 |
| Evans, Bobby | 3:18-cv-03218 |
| Parson, Charles Leonard | 3:18-cv-03270 |
| Swint, Jack | 3:18-cv-03315 |
| Conrad, Kevin | 3:18-cv-03318 |
| Hall, Scott | 3:18-cv-03341 |
| Lawson, Enos | 3:18-cv-03764 |
| Barnes, Larry | 3:18-cv-03767 |
| Reavis, John | 3:18-cv-03774 |
| Rasmussen, Richard | 3:18-cv-03777 |
| Mandel, Barry | 3:18-cv-03787 |
| Arlow, Michael S. | 3:18-cv-03793 |
| Huffman, Chad | 3:18-cv-03838 |
| O'Day, James | 3:18-cv-03847 |
| Chrabry, Michael | 3:18-cv-03851 |
| Bell, James | 3:18-cv-03857 |
| Goddard, Larry | 3:18-cv-03869 |
| Hamilton, Harold | 3:18-cv-03874 |
| Horton, David Alan | 3:18-cv-03877 |
| Nutt, Bobby | 3:18-cv-03910 |
| Johnson, Robert | 3:18-cv-03913 |
| Johnson, Harry | 3:18-cv-04015 |
| Jacobson, Allen | 3:18-cv-04020 |
| Lunde, Delmer | 3:18-cv-04025 |
| Poag, Joe Louis | 3:18-cv-04030 |
| Shipman, Donald | 3:18-cv-04156 |
| Willix, Charles | 3:18-cv-04160 |
| Duchene, Robert | 3:18-cv-04163 |
| Meader, Darrell | 3:18-cv-04168 |
| Engfer, Charles | 3:18-cv-04172 |
| Lozier, Michael | 3:18-cv-04465 |
| Wisener, Tim | 3:18-cv-04563 |
| McDermott, Bernard | 3:18-cv-04640 |
| Bernsen, Thomas | 3:18-cv-04828 |
| Gillespie, Paul | 3:18-cv-04843 |
| Reid, Drake | 3:18-cv-04872 |
| Sylvester, Robert | 3:18-cv-04877 |
| Wright, Leon | 3:18-cv-04957 |

PFS Deadline 5.30.2019

| Plaintiff's Name | Case Number |
|---|---|
| Simpson, Wayne | 3:18-cv-04962 |
| Burns, Robert | 3:18-cv-04965 |
| Markle,Richard | 3:18-cv-05207 |
| Mann, Christopher | 3:18-cv-05437 |
| Feeley, Joseph | 3:18-cv-05440 |
| Hodgens, Cecil Leon | 3:18-cv-05468 |
| Bagwell, Ted | 3:18-cv-05972 |
| Waterman, Thomas | 3:18-cv-06254 |
| Awtry, Robert | 3:18-cv-06522 |
| Johnston, Randall | 3:18-cv-06618 |
| Althafer, Charles | 3:18-cv-06816 |
| Rafferty, Larry | 3:18-cv-06821 |
| Taylor, Dale | 3:18-cv-07462 |
| Dragon, John | 3:18-cv-07740 |
| Flynn, James Jr. | 3:18-cv-07747 |

# EXHIBIT  C

# PFS Deadline
## July 30, 2019

| Plaintiff's Name | Case Number |
|---|---|
| Brownfield, Thomas | 3:16-cv-01182 |
| Gutherie, James L. | 3:16-cv-01601 |
| Lunato, Robert | 3:16-cv-01646 |
| Wendling, John | 3:16-cv-01652 |
| Crossland, Stephen | 3:16-cv-01673 |
| Willoughby, Ronald | 3:16-cv-01681 |
| Christensen, Charles | 3:16-cv-01684 |
| Jansen, Jr., Kenneth | 3:16-cv-01715 |
| Anderson, David | 3:16-cv-01719 |
| Tucker, Robert | 3:16-cv-01734 |
| Ripps, George | 3:16-cv-01748 |
| Brown, Thomas J. | 3:16-cv-01751 |
| Popovec, Joseph S. | 3:16-cv-01758 |
| Schultz, John J. | 3:16-cv-01761 |
| Callahan, Mark | 3:16-cv-01770 |
| Henry, John | 3:16-cv-01779 |
| Patrick, James | 3:16-cv-01782 |
| Meline, Timothy J. | 3:16-cv-01791 |
| Garber, Bruce | 3:16-cv-01795 |
| Soltesz, John | 3:16-cv-01798 |
| Christensen, Jimmie | 3:16-cv-01801 |
| Riederer, Thomas | 3:16-cv-01806 |
| Jones, Chester | 3:16-cv-01809 |
| Rosenwein, Lloyd | 3:16-cv-01896 |
| Holley, Joe | 3:16-cv-01899 |
| Shultz, Larry | 3:16-cv-01988 |
| Hoffman, Willard | 3:16-cv-02020 |
| Matthews, Robin | 3:16-cv-02119 |
| Stern, Curtis | 3:16-cv-02144 |
| Coots, Kenneth | 3:16-cv-02178 |
| Faircloth, Roy Roger | 3:16-cv-02223 |
| Grey, Gerald F. | 3:16-cv-02564 |
| Bass, Mark | 3:16-cv-02719 |
| Dautreuil, Darren M. | 3:16-cv-02786 |
| McDaniel, Kenneth | 3:16-cv-02856 |
| Kersmarki, Sr., Paul L. | 3:16-cv-02867 |
| Buck, Fredric | 3:16-cv-02884 |
| Toohey, John | 3:16-cv-02889 |
| Sheffield, Hubert | 3:16-cv-02930 |
| Erichsen, Richard | 3:16-cv-02957 |
| Travis, Burr | 3:16-cv-02974 |
| Dickinson, Terry L. | 3:16-cv-03417 |
| Smith, Delbert | 3:16-cv-03500 |
| McCollum, Scott F. | 3:16-cv-03652 |
| Wolf, Sr., Garry Lawrence | 3:16-cv-03779 |
| Gill, Michael | 3:16-cv-03949 |
| Jones, Marion E. | 3:16-cv-04008 |
| Mayer, Martin D. | 3:16-cv-04172 |
| Lewis, Richard | 3:16-cv-04274 |

PFS Deadline
July 30, 2019

| Plaintiff's Name | Case Number |
|---|---|
| Ankney, David | 3:16-cv-04339 |
| Guerrero, Louis | 3:16-cv-04793 |
| Cheek, Orvile | 3:16-cv-04902 |
| Williams, Stephen | 3:16-cv-05112 |
| Vanbremen, Mark | 3:16-cv-05173 |
| Cross, Ernest Mike | 3:16-cv-05196 |
| Clifton, John | 3:16-cv-05261 |
| Peterson, Ronald G. | 3:16-cv-05404 |
| Ahearn, Michael | 3:16-cv-05452 |
| Zorbas, John | 3:16-cv-05515 |
| Trautman, James. E. | 3:16-cv-05545 |
| Reagan, Daniel | 3:16-cv-05623 |
| Barrett, Robert | 3:16-cv-05661 |
| Gerlofs, Jimme Dale | 3:16-cv-05748 |
| Brower, Bing Lee | 3:16-cv-05941 |
| Ricketts, Byron | 3:16-cv-05979 |
| Clark, Raymond | 3:16-cv-05979 |
| Thompson, Brent | 3:16-cv-06183 |
| Day, Lester | 3:16-cv-06211 |
| Hartsell, Billy | 3:16-cv-06218 |
| Anderson, Donald | 3:16-cv-06289 |
| Pelton, Milo | 3:16-cv-06433 |
| Johnston, Peter | 3:16-cv-06571 |
| Carey, Timothy | 3:16-cv-06599 |
| Reardon, David | 3:16-cv-06641 |
| Swayze, Edmund | 3:16-cv-06693 |
| Hall, Hughey | 3:16-cv-06885 |
| Carl, Michael | 3:16-cv-06910 |
| Farwell, Thomas | 3:16-cv-06913 |
| Motes, Ralph | 3:16-cv-07047 |
| Cockfield, Isaac | 3:16-cv-07098 |
| Monaghan, Sr., William M. | 3:16-cv-07116 |
| Thomas, Dean | 3:16-cv-07126 |
| Webb, Patrick | 3:16-cv-07226 |
| Terrell, Ralph | 3:16-cv-07338 |
| Simmons, Clark | 3:16-cv-07348 |
| Darnell, Kenneth | 3:16-cv-07364 |
| Vassar, Richard | 3:16-cv-3928 |
| Weichers, Stephen | 3:17-cv-00052 |
| Teska, Philip | 3:17-cv-00136 |
| Harenberg, Richard | 3:17-cv-00274 |
| Dobra, Michael | 3:17-cv-00316 |
| Shoemaker, Michael | 3:17-cv-00353 |
| Moats, James | 3:17-cv-00360 |
| Tauriainen, James | 3:17-cv-00375 |
| Scott, Richard Lee | 3:17-cv-00580 |
| West, Charles | 3:17-cv-00590 |
| Hagburg, John | 3:17-cv-00705 |
| Essary, Troy | 3:17-cv-00857 |

# PFS Deadline
## July 30, 2019

| Plaintiff's Name | Case Number |
|---|---|
| Seals, Clarence | 3:17-cv-00986 |
| Oates, Jerry | 3:17-cv-01029 |
| Seals, William | 3:17-cv-01071 |
| Jonczyk, Joel | 3:17-cv-01237 |
| Richards, Dan | 3:17-cv-01249 |
| Graham, Richard | 3:17-cv-01421 |
| Decarolis, Kenneth | 3:17-cv-01568 |
| Johns, Charles | 3:17-cv-01620 |
| Chevalier, William | 3:17-cv-01679 |
| Bennett, James | 3:17-cv-01693 |
| Wiyrick, Terry | 3:17-cv-01697 |
| Thelen, Luke | 3:17-cv-01715 |
| Alexander, Christopher | 3:17-cv-01731 |
| Hargraves, William | 3:17-cv-01739 |
| Martin, Robert | 3:17-cv-01753 |
| Hettinger, Thomas | 3:17-cv-01763 |
| Groff, Jay | 3:17-cv-01778 |
| Gimby, Charles | 3:17-cv-01783 |
| Souders, Charles | 3:17-cv-01790 |
| Matens, Jeffrey | 3:17-cv-01883 |
| Atkocaitis, Michael | 3:17-cv-01938 |
| Fisher, Scott | 3:17-cv-01948 |
| Huff, Thomas | 3:17-cv-01952 |
| Smith, Irven Richard | 3:17-cv-01983 |
| Boose, Johnny | 3:17-cv-02240 |
| Phipps, Newburn | 3:17-cv-02273 |
| Hunt, Earl | 3:17-cv-02282 |
| Aquilano, Dominic | 3:17-cv-02460 |
| Clark, Joe | 3:17-cv-02461 |
| Crabtree, Dale | 3:17-cv-02467 |
| Kolm, James | 3:17-cv-02480 |
| Israelson, Melvin | 3:17-cv-02482 |
| Conway, Junius | 3:17-cv-02483 |
| Castaneda, Orlando | 3:17-cv-02487 |
| Davis, Franklin | 3:17-cv-02584 |
| Catoe, Larry | 3:17-cv-02596 |
| Ogden, David | 3:17-cv-02692 |
| Tajerian, Avedis | 3:17-cv-02800 |
| Spagnuolo, Joe | 3:17-cv-02804 |
| Cooper, Michael | 3:17-cv-02815 |
| Palmerino, Joseph | 3:17-cv-02978 |
| Ray, Edgar | 3:17-cv-03085 |
| Hunt, Donald | 3:17-cv-03114 |
| Motzko, Gary | 3:17-cv-03118 |
| Robinson, Glenn | 3:17-cv-03162 |
| Fagre, James | 3:17-cv-03211 |
| Hart, Namon | 3:17-cv-03304 |
| Hannah, Baxter | 3:17-cv-03351 |
| Covert, Brian | 3:17-cv-03521 |

# PFS Deadline
## July 30, 2019

| Plaintiff's Name | Case Number |
|---|---|
| Karp, Allan | 3:17-cv-03551 |
| Rhodes, Jimmie | 3:17-cv-03685 |
| Pitts, Shaun | 3:17-cv-03688 |
| Sierra, Arturo | 3:17-cv-03716 |
| Owens, Stephen | 3:17-cv-03908 |
| Lambert, Eldred | 3:17-cv-04019 |
| Mayer, Randy | 3:17-cv-04022 |
| George, David | 3:17-cv-04025 |
| Olivo, Michael | 3:17-cv-04028 |
| May, Jerry | 3:17-cv-04058 |
| Miller, Ivan | 3:17-cv-04174 |
| Lawless, Kevin | 3:17-cv-04307 |
| Laporte, Ronald | 3:17-cv-04393 |
| Northup, George and Vicki | 3:17-cv-04812 |
| Grossgold, Richard | 3:17-cv-04873 |
| Rincon, Jorge | 3:17-cv-05058 |
| Tole, Jimmy | 3:17-cv-05061 |
| Davis, M. David | 3:17-cv-05102 |
| Gorski, Brad Dean | 3:17-cv-05243 |
| Catlow, Harley | 3:17-cv-05292 |
| Jones, Jerry | 3:17-cv-05296 |
| Gallagher, Timothy | 3:17-cv-05331 |
| Vanness, Stephen | 3:17-cv-05831 |
| Rubash, Harold | 3:17-cv-05834 |
| Chidsey, Gregory | 3:17-cv-05992 |
| Horowitz, Hyman | 3:17-cv-06380 |
| April, Edward | 3:17-cv-06383 |
| Harrison, Daniel | 3:17-cv-06716 |
| Miraglia, Anthony | 3:17-cv-06725 |
| Henry, Richard | 3:17-cv-06746 |
| Watson, John Lee | 3:17-cv-06807 |
| Matthews, William | 3:17-cv-06826 |
| Lauria, Anthony | 3:17-cv-06841 |
| Zeboskey, Stephen | 3:17-cv-07105 |
| Cook, Danny | 3:17-cv-07192 |
| Brannon, Michael Perry | 3:17-cv-07314 |
| Kanovsky, Allen | 3:18-cv-00098 |
| Rutkowski, Eugene | 3:18-cv-00590 |
| Ward, John | 3:18-cv-00593 |
| Smith, Luke | 3:18-cv-00596 |
| King, Timothy | 3:18-cv-00605 |
| Evans, Brian | 3:18-cv-00608 |
| Fudge, Ronald | 3:18-cv-00613 |
| Taylor, Timothy | 3:18-cv-00618 |
| Fine, Edwin Alden | 3:18-cv-00777 |
| Price, Bart | 3:18-cv-00874 |
| Knieriem, William R. | 3:18-cv-01234 |
| Rhodes, Charles | 3:18-cv-01325 |
| Flesher, Donald | 3:18-cv-01343 |

PFS Deadline
July 30, 2019

| Plaintiff's Name | Case Number |
|---|---|
| Worthen, David | 3:18-cv-01349 |
| Cohen, Steven | 3:18-cv-01360 |
| Shelton, David G. | 3:18-cv-01573 |
| O'Leary, Daniel | 3:18-cv-01614 |
| Martin, Jerry | 3:18-cv-01769 |
| Rodman, Terry | 3:18-cv-01773 |
| Cronan, Johnny | 3:18-cv-01793 |
| Piccini, Gerald | 3:18-cv-01797 |
| Harper, Douglas | 3:18-cv-01822 |
| Sharp, Jr. Frank | 3:18-cv-02075 |
| Olberding, Paul | 3:18-cv-02079 |
| Jones, James | 3:18-cv-02082 |
| Mosher, Lawrence | 3:18-cv-02385 |
| Carroll, Victor | 3:18-cv-02392 |
| Silcox, David | 3:18-cv-02398 |
| Biederman, Terry | 3:18-cv-02820 |
| Bogedain, William | 3:18-cv-02844 |
| Westring, Clinton | 3:18-cv-02879 |
| Knight, Danny | 3:18-cv-02932 |
| Lutz, Richard | 3:18-cv-03221 |
| Liberto, Joel | 3:18-cv-03274 |
| Simpson, Timothy | 3:18-cv-03317 |
| Jelosek, Jeff | 3:18-cv-03321 |
| Ferguson, Greg | 3:18-cv-03762 |
| Parker, Paul | 3:18-cv-03766 |
| Edmondson, Daniel | 3:18-cv-03770 |
| Summers, Robbie | 3:18-cv-03776 |
| Scholl, William | 3:18-cv-03780 |
| Sutch, Kingsley | 3:18-cv-03792 |
| Hauge, Grant | 3:18-cv-03837 |
| West, Steven | 3:18-cv-03846 |
| Columbus, Christopher | 3:18-cv-03850 |
| Dixon, Mark | 3:18-cv-03854 |
| Brewer, Gary | 3:18-cv-03860 |
| Goetz, John | 3:18-cv-03871 |
| Hopkins, Terry | 3:18-cv-03875 |
| Crivellari, John | 3:18-cv-03909 |
| Lewis, John | 3:18-cv-03912 |
| Heitman, Glenn | 3:18-cv-03925 |
| Johnson, John Joseph | 3:18-cv-04019 |
| Lineberry, Harold | 3:18-cv-04024 |
| Morton, Lawrence | 3:18-cv-04029 |
| Seabury, Clifton | 3:18-cv-04148 |
| Taylor, William | 3:18-cv-04159 |
| Doan, Alton | 3:18-cv-04162 |
| McDonald, Dennis | 3:18-cv-04167 |
| Coleman, Charles | 3:18-cv-04171 |
| Trull, William | 3:18-cv-04293 |
| Raymick, James Russell | 3:18-cv-04517 |

# PFS Deadline
## July 30, 2019

| Plaintiff's Name | Case Number |
|---|---|
| Powell, Donald | 3:18-cv-04616 |
| Bean, Mark | 3:18-cv-04827 |
| Chastain, Sjoerd | 3:18-cv-04835 |
| Lakich, Michael | 3:18-cv-04846 |
| Stearns, Donnie | 3:18-cv-04874 |
| Wheeler, Ronald W. | 3:18-cv-04880 |
| Spanier, Charles | 3:18-cv-04961 |
| Peisley, Neal | 3:18-cv-04964 |
| Allen, Stephen | 3:18-cv-04967 |
| Norman, William | 3:18-cv-05291 |
| Jones, John | 3:18-cv-05439 |
| Pressley, Roger Dale | 3:18-cv-05467 |
| Doskey, Peter | 3:18-cv-05943 |
| Herd, Bill | 3:18-cv-06253 |
| Allred, Anthony Wayne | 3:18-cv-06439 |
| Burke, Frank | 3:18-cv-06526 |
| Taylor, Daniel | 3:18-cv-06626 |
| Myers, James | 3:18-cv-06820 |
| Thompson, Steven | 3:18-cv-07328 |
| Eckhoff, William | 3:18-cv-07739 |
| Johnson, Jerry L. | 3:18-cv-07746 |

# EXHIBIT D

## PFS Deadline
### August 30, 2019

| Plaintiff's Name | Case Number |
|---|---|
| Brown, Gerald | 3:16-cv-01594 |
| Carter, Richard | 3:16-cv-01645 |
| Ware, Vernon | 3:16-cv-01649 |
| Riley, Paul J. | 3:16-cv-01654 |
| Maddux, Sr., Larry | 3:16-cv-01675 |
| Anderson, Lennart "Lenny" | 3:16-cv-01683 |
| Mulvany, James | 3:16-cv-01713 |
| Switalski, John | 3:16-cv-01718 |
| Kight, Russell | 3:16-cv-01733 |
| Couvillion, Wilbert J. | 3:16-cv-01746 |
| Urbanski, Gregory P. | 3:16-cv-01750 |
| Ryan, Pierce P. | 3:16-cv-01757 |
| Stephens, DelRay | 3:16-cv-01760 |
| Jumper, Randy A. | 3:16-cv-01767 |
| Cohen, David | 3:16-cv-01778 |
| Darr, Dan | 3:16-cv-01781 |
| Rose, Raymond | 3:16-cv-01785 |
| Callaci, Edward | 3:16-cv-01793 |
| DeSalvo, Richard | 3:16-cv-01797 |
| Porter, James | 3:16-cv-01800 |
| Lechtman, Allen | 3:16-cv-01805 |
| Hughes, Francis | 3:16-cv-01808 |
| Griffith, Ronnie B. | 3:16-cv-01879 |
| Cusimano, Charles | 3:16-cv-01898 |
| White, Brian | 3:16-cv-01972 |
| Kelly, Edwin | 3:16-cv-02005 |
| Geier, Henri | 3:16-cv-02074 |
| Phillips, Wilfred | 3:16-cv-02143 |
| Mott, Martin | 3:16-cv-02177 |
| Tune, James A. | 3:16-cv-02220 |
| Pinkard, Michael K. | 3:16-cv-02562 |
| Corboy, Jr., Edward D. | 3:16-cv-02715 |
| Hake, Robert | 3:16-cv-02742 |
| Ayres, Robert | 3:16-cv-02855 |
| Mounts, Ronnie | 3:16-cv-02858 |
| Bothell, Charles | 3:16-cv-02882 |
| Robbins, Michael | 3:16-cv-02888 |
| Battelline, Robert D. | 3:16-cv-02911 |
| Johnson, Robert | 3:16-cv-02955 |
| Udell, Gary | 3:16-cv-02961 |
| Hicks, Raymond G. | 3:16-cv-03413 |
| Watkins, Donald | 3:16-cv-03499 |
| Giliberti, Thomas | 3:16-cv-03642 |
| Scott, Dallas A. | 3:16-cv-03669 |
| Fleming, Stephen L. | 3:16-cv-03692 |
| Jones, Doug | 3:16-cv-03845 |
| Graner, Neil J. | 3:16-cv-04004 |
| DeConcini, David | 3:16-cv-04011 |
| Barney, Ted | 3:16-cv-04272 |

| Plaintiff's Name | Case Number |
|---|---|
| Sprinthall, Jr., Richard | 3:16-cv-04278 |
| Buchanan, Arthur | 3:16-cv-04336 |
| Worthylake, John | 3:16-cv-04456 |
| Ihle, Charles | 3:16-cv-04458 |
| Close, Armon | 3:16-cv-04491 |
| Kelly, William | 3:16-cv-04493 |
| Nuttall, James | 3:16-cv-04570 |
| Ellenthal, Harvey | 3:16-cv-04577 |
| Leonard, Peter | 3:16-cv-04701 |
| Grahan, Morton | 3:16-cv-04843 |
| Brewer, Claude Wayne | 3:16-cv-05059 |
| Penrod, Harry | 3:16-cv-05171 |
| Wyse, Donald Bruce | 3:16-cv-05190 |
| Mulligan, Kevin | 3:16-cv-05257 |
| Armstrong, Cliff | 3:16-cv-05259 |
| Tissair, William | 3:16-cv-05265 |
| Randall, Kenneth | 3:16-cv-05334 |
| Gifford, Steven | 3:16-cv-05442 |
| Campbell, Jr., Paul | 3:16-cv-05494 |
| Bagley, Jr. William | 3:16-cv-05539 |
| Turpen, Stephen | 3:16-cv-05576 |
| Cahill, Robert | 3:16-cv-05638 |
| Clarke, John | 3:16-cv-05666 |
| Farrell, James | 3:16-cv-05770 |
| Parish, Rex | 3:16-cv-05944 |
| Burford, Travis | 3:16-cv-05979 |
| Dancer, Dana | 3:16-cv-06064 |
| Mullen, Lawrence | 3:16-cv-06080 |
| Souliere, Martin | 3:16-cv-06081 |
| Fonner, Gary | 3:16-cv-06082 |
| Wedertz, Bill | 3:16-cv-06202 |
| Hunter, John | 3:16-cv-06214 |
| Olson, Michael | 3:16-cv-06254 |
| Chambliss, Charles | 3:16-cv-06319 |
| Nasci, John | 3:16-cv-06321 |
| Owen, Paul | 3:16-cv-06424 |
| Pitts, Henry | 3:16-cv-06468 |
| Watkins, Donald | 3:16-cv-06514 |
| Jordan, Robert | 3:16-cv-06516 |
| Abbott, Stillman | 3:16-cv-06517 |
| Allen, Jeffrey | 3:16-cv-06597 |
| Sanders, Burl | 3:16-cv-06598 |
| Yackel, Jimmy | 3:16-cv-06639 |
| Bostian, James | 3:16-cv-06687 |
| Michael, Darwin | 3:16-cv-06688 |
| Shumate, Rudy | 3:16-cv-06746 |
| Ciullo, Peter | 3:16-cv-06888 |
| Young, William | 3:16-cv-06912 |
| Hackworth, Jim | 3:16-cv-06915 |

| Plaintiff's Name | Case Number |
|---|---|
| Giampapa, Gary | 3:16-cv-07077 |
| Hinton, Douglas | 3:16-cv-07100 |
| Hall, James | 3:16-cv-07125 |
| Stevens, Edward | 3:16-cv-07128 |
| Boles, Michael | 3:16-cv-07156 |
| Morrow, David | 3:16-cv-07337 |
| Mattingly, Edward | 3:16-cv-07342 |
| Smith, Herman | 3:16-cv-07345 |
| Higgins, Roger | 3:16-cv-07363 |
| Bowman, Gregory | 3:16-cv-07368 |
| Deshotel, Tafford | 3:17-cv- 06988 |
| Snelgrove, Randy | 3:17-cv-00132 |
| Ciandella, Joseph J. | 3:17-cv-00271 |
| Brawner, Clavis | 3:17-cv-00313 |
| Bastow, Joseph | 3:17-cv-00352 |
| Metcalf, John | 3:17-cv-00358 |
| Chandler, Jr., Elmore | 3:17-cv-00365 |
| Hallbert, Bruce | 3:17-cv-00366 |
| Preston, William | 3:17-cv-00567 |
| Wilkins, Robert | 3:17-cv-00588 |
| Barche, Richard Charles | 3:17-cv-00669 |
| Banck, David | 3:17-cv-00757 |
| Baxley, Wade | 3:17-cv-00830 |
| Fleeman, Daniel | 3:17-cv-00893 |
| Rickard, Gary | 3:17-cv-00978 |
| Estep, Jimmy | 3:17-cv-01020 |
| Mentzer, Roy | 3:17-cv-01055 |
| Schoeck, George A. | 3:17-cv-01215 |
| Ayersman, James | 3:17-cv-01248 |
| Ketchen, Dexter | 3:17-cv-01312 |
| George, Kenneth Eugene | 3:17-cv-01536 |
| Johns, Charles | 3:17-cv-01620 |
| Shifflett, Lawrence | 3:17-cv-01630 |
| O'Neill, John | 3:17-cv-01637 |
| Wilson, Ronald | 3:17-cv-01683 |
| Downs, Walter | 3:17-cv-01695 |
| Gaddy, Grady | 3:17-cv-01696 |
| Morley, Richard | 3:17-cv-01703 |
| Haanen, Peter | 3:17-cv-01714 |
| France, Kevin | 3:17-cv-01727 |
| Herndon, Eddie | 3:17-cv-01728 |
| Havlock, Bernard | 3:17-cv-01734 |
| Rayner, Tommy | 3:17-cv-01752 |
| Saunders, Robert | 3:17-cv-01756 |
| Ayers, William | 3:17-cv-01758 |
| Basham, Martin | 3:17-cv-01771 |
| Motes, William | 3:17-cv-01775 |
| Chateau, Arthur | 3:17-cv-01776 |
| McCabe, Michael | 3:17-cv-01782 |

| Plaintiff's Name | Case Number |
|---|---|
| Knoepke, Virgin | 3:17-cv-01789 |
| Marciano, Joseph | 3:17-cv-01854 |
| Blake, Michael | 3:17-cv-01881 |
| Hatfield, James | 3:17-cv-01910 |
| Witt, Frank K. | 3:17-cv-01923 |
| Andersen, Arthur S. | 3:17-cv-01947 |
| Nichols, Walter | 3:17-cv-01952 |
| Jones, Jake | 3:17-cv-01954 |
| Luther, Elbridge | 3:17-cv-01956 |
| Herrick, John | 3:17-cv-01983 |
| Sprinthall, Jr., Richard | 3:17-cv-02064 |
| Miller, Harold | 3:17-cv-02262 |
| Ohlsen, Ron | 3:17-cv-02269 |
| Sparks, Jerry | 3:17-cv-02276 |
| Thompson, Steve | 3:17-cv-02459 |
| Hanson, Scott | 3:17-cv-02461 |
| Lindsey, James | 3:17-cv-02463 |
| Smith, Billy | 3:17-cv-02468 |
| Horn, Jerry | 3:17-cv-02481 |
| Patenaude, Brian | 3:17-cv-02483 |
| Scott, Robert | 3:17-cv-02485 |
| Owens, Charlie | 3:17-cv-02486 |
| Nabors, Larry | 3:17-cv-02488 |
| Atkins, Jackie | 3:17-cv-02595 |
| Faires, Gregory | 3:17-cv-02674 |
| Moreno, Jesus | 3:17-cv-02779 |
| Harper, Terrell | 3:17-cv-02803 |
| Goldsmith, William | 3:17-cv-02806 |
| Evans, Richard | 3:17-cv-02847 |
| Frazelle, Edward L. | 3:17-cv-02848 |
| Brachfeld, James L. | 3:17-cv-02856 |
| Dickenson, Kurt W. | 3:17-cv-02859 |
| Adams, Terry | 3:17-cv-02861 |
| Siedschlag, Mark | 3:17-cv-03084 |
| Ostergard, Paul | 3:17-cv-03107 |
| Wellman, Larry | 3:17-cv-03113 |
| Moore, Karl | 3:17-cv-03117 |
| Case, Gerald | 3:17-cv-03131 |
| Prater, Michael | 3:17-cv-03145 |
| O'Brien, Richard | 3:17-cv-03172 |
| Price, Rick | 3:17-cv-03303 |
| Freeman, Greg | 3:17-cv-03314 |
| Garcia, Ernest J. | 3:17-cv-03316 |
| Newell, Jessie | 3:17-cv-03318 |
| Pegram, James | 3:17-cv-03319 |
| Postiy, William | 3:17-cv-03334 |
| Toussaint, Dane | 3:17-cv-03352 |
| Pickering, Luther | 3:17-cv-03425 |
| Markham, Jr., Billy Joe | 3:17-cv-03490 |

| Plaintiff's Name | Case Number |
| --- | --- |
| Mosses, Johnny | 3:17-cv-03535 |
| Davidson, Russell | 3:17-cv-03550 |
| Granucci, Lawrence | 3:17-cv-03635 |
| Hardin, Daniel | 3:17-cv-03687 |
| Adams, Mark | 3:17-cv-03693 |
| Beeler, James | 3:17-cv-03904 |
| Puritz, Tracy | 3:17-cv-03910 |
| Edwards, Howard | 3:17-cv-04021 |
| Lehman, Peter | 3:17-cv-04024 |
| Philip, Noel | 3:17-cv-04027 |
| Filzen, Ted | 3:17-cv-04057 |
| Joyner, Sammy | 3:17-cv-04153 |
| Guillot, Joseph | 3:17-cv-04240 |
| Winship, Richard | 3:17-cv-04310 |
| Sterling II, Louis | 3:17-cv-04792 |
| Dickson, James | 3:17-cv-04823 |
| Moffatt, Floyd | 3:17-cv-04874 |
| Crupper, Iris | 3:17-cv-04875 |
| Salyer, Delbert | 3:17-cv-04876 |
| Johnson, Carl | 3:17-cv-05057 |
| Maddux, William | 3:17-cv-05060 |
| Nostrant, James | 3:17-cv-05063 |
| Vale, Harold David | 3:17-cv-05162 |
| Carlson, Gary | 3:17-cv-05291 |
| Albert, Arthur | 3:17-cv-05294 |
| Mullan, James | 3:17-cv-05311 |
| Williams, William | 3:17-cv-05315 |
| Blevins, Larry S. | 3:17-cv-05381 |
| Kryger, Brad | 3:17-cv-05830 |
| Willingham, Richard | 3:17-cv-05833 |
| Jordan, Ronald | 3:17-cv-05836 |
| Cassidy, William J. | 3:17-cv-05850 |
| Kops, Robert S. | 3:17-cv-05854 |
| Adkins, Thomas | 3:17-cv-06096 |
| Shelton, Garald | 3:17-cv-06304 |
| Roth, William Louis | 3:17-cv-06378 |
| Smith, III, Bonner | 3:17-cv-06382 |
| Ray, Robert | 3:17-cv-06420 |
| Neeb, Gerald | 3:17-cv-06537 |
| Okerlund, Eugene | 3:17-cv-06683 |
| Smith, Donald | 3:17-cv-06724 |
| Dunigan, C.H. | 3:17-cv-06742 |
| Bradley, David | 3:17-cv-06804 |
| Obadal, Dennis | 3:17-cv-06812 |
| Gibson, Willy M. | 3:17-cv-06832 |
| Zablotney, Frank | 3:17-cv-06837 |
| Velo, Sr., Fabian | 3:17-cv-06840 |
| Monson, Robert | 3:17-cv-07089 |
| LeClair, Michael J. | 3:17-cv-07141 |

| Plaintiff's Name | Case Number |
|---|---|
| Nagler, Jr., James | 3:17-cv-07149 |
| Keough, Thomas | 3:17-cv-07195 |
| Macbeth, John C. | 3:17-cv-07275 |
| Young, Gregory | 3:18-cv-00049 |
| Molina, Oscar | 3:18-cv-00589 |
| Marks, Jeffrey | 3:18-cv-00592 |
| White, Marshall | 3:18-cv-00595 |
| Smith, Leslie | 3:18-cv-00602 |
| Tiller, Gregory | 3:18-cv-00607 |
| Adams, James B. | 3:18-cv-00610 |
| Duncan, Gerald | 3:18-cv-00617 |
| Peterson, John | 3:18-cv-00713 |
| Hamilton, Michael | 3:18-cv-00714 |
| Midas, Patrick | 3:18-cv-00873 |
| Warren, Chester | 3:18-cv-00876 |
| Mitchiner, Jason | 3:18-cv-01324 |
| Henry, John | 3:18-cv-01342 |
| Yex, James | 3:18-cv-01345 |
| Supper, Gary | 3:18-cv-01355 |
| Galante, Gary C. | 3:18-cv-01541 |
| Wagner, David E. | 3:18-cv-01609 |
| Wiley, Randy | 3:18-cv-01754 |
| Weiss, Lee | 3:18-cv-01771 |
| Gillilan, John | 3:18-cv-01775 |
| Thomas, Jerry L. | 3:18-cv-01777 |
| Ledbetter, David | 3:18-cv-01795 |
| Young, George | 3:18-cv-01813 |
| Bilardo, Paul | 3:18-cv-01838 |
| Dodge, Dennis | 3:18-cv-01841 |
| Houck, George | 3:18-cv-02002 |
| Taylor, Jack | 3:18-cv-02078 |
| Trent, Clinton | 3:18-cv-02081 |
| Stouffer, Mark | 3:18-cv-02083 |
| Childers, Robert | 3:18-cv-02085 |
| Sinn, David R. | 3:18-cv-02163 |
| Vigil, Wil | 3:18-cv-02263 |
| McGrail, Hugh | 3:18-cv-02390 |
| Patterson, Farrell | 3:18-cv-02396 |
| Brunkenhoefer, Irvin | 3:18-cv-02817 |
| Michaels, Michael | 3:18-cv-02818 |
| Eisch, Garry | 3:18-cv-02819 |
| Martinez, Sammy L. | 3:18-cv-02828 |
| McCorison, Lyle | 3:18-cv-02846 |
| Carter, David | 3:18-cv-02894 |
| Coffman, Connie | 3:18-cv-03220 |
| Cutler, Kenny | 3:18-cv-03273 |
| Calhoun, Ronald | 3:18-cv-03316 |
| Montalvo, Joe | 3:18-cv-03319 |
| Campbell, James | 3:18-cv-03320 |

| Plaintiff's Name | Case Number |
|---|---|
| McCoy, Arthur | 3:18-cv-03322 |
| Davenport, James | 3:18-cv-03323 |
| Adler, Paul | 3:18-cv-03760 |
| Collins, Robert | 3:18-cv-03761 |
| Gainer, Vernon | 3:18-cv-03763 |
| Lougheed, Hugh | 3:18-cv-03765 |
| DeLong, John | 3:18-cv-03768 |
| Earls, Joseph | 3:18-cv-03769 |
| Piontek, Robert | 3:18-cv-03773 |
| Spears, Jerry | 3:18-cv-03775 |
| Routh, Tobin | 3:18-cv-03778 |
| Rosner, Mark | 3:18-cv-03779 |
| Apel, Greg | 3:18-cv-03781 |
| Tate, Curtis | 3:18-cv-03783 |
| Johnson, Everett | 3:18-cv-03784 |
| Shaker, Joseph | 3:18-cv-03785 |
| Smith, Thomas | 3:18-cv-03786 |
| Robertson, Thomas | 3:18-cv-03789 |
| Lidke, Eugene | 3:18-cv-03797 |
| Jones, Herbert | 3:18-cv-03839 |
| Moore, John | 3:18-cv-03844 |
| Dressler, Randle | 3:18-cv-03848 |
| Derocher, Daniel | 3:18-cv-03853 |
| Evans, Jr., Charles | 3:18-cv-03855 |
| Bower, Thomas | 3:18-cv-03859 |
| Cancelosa, Gerald | 3:18-cv-03868 |
| Gubicza, Steven | 3:18-cv-03873 |
| Hoppe, Sr., Darrell | 3:18-cv-03876 |
| Hudson, Carl | 3:18-cv-03878 |
| Gratto, Scott | 3:18-cv-03911 |
| Bergherr, James | 3:18-cv-03916 |
| Humphries, Raymond M. | 3:18-cv-04017 |
| James, Harry | 3:18-cv-04021 |
| Kirk, Dan | 3:18-cv-04022 |
| Johnson, John | 3:18-cv-04023 |
| McCameron, Jeffrey | 3:18-cv-04026 |
| Ponto, Richard | 3:18-cv-04031 |
| Prince, Norman | 3:18-cv-04147 |
| Smith, Herman | 3:18-cv-04157 |
| Spradley, Stephen | 3:18-cv-04158 |
| Young, James M. | 3:18-cv-04161 |
| Holifield, Garey | 3:18-cv-04165 |
| Williams, Michael | 3:18-cv-04169 |
| Blau, Robert | 3:18-cv-04170 |
| Carney, Jan | 3:18-cv-04289 |
| Fletcher, Clair | 3:18-cv-04476 |
| Pair, Larry J. | 3:18-cv-04520 |
| Sayrs, Brian | 3:18-cv-04605 |
| Barth, Timothy | 3:18-cv-04825 |

| Plaintiff's Name | Case Number |
|---|---|
| Chandler, Art | 3:18-cv-04831 |
| Kinney, Alice | 3:18-cv-04845 |
| Morris, James | 3:18-cv-04871 |
| Sanborn, David | 3:18-cv-04873 |
| Turner, Heinz D. | 3:18-cv-04879 |
| Wells, Mark | 3:18-cv-04898 |
| Springer, Robert E. | 3:18-cv-04959 |
| Schein, Joseph | 3:18-cv-04963 |
| Bourque, Jerry | 3:18-cv-04966 |
| Ofe, Thomas | 3:18-cv-05270 |
| Kessler, Timothy | 3:18-cv-05339 |
| Schwier, Ronald | 3:18-cv-05389 |
| Bennington, Thomas | 3:18-cv-05438 |
| Cauley, Martin | 3:18-cv-05441 |
| Lowder, Larry | 3:18-cv-05941 |
| Taylor, Timothy | 3:18-cv-06222 |
| Martin, Jeffery | 3:18-cv-06301 |
| Moore, Sr., Benjamin | 3:18-cv-06523 |
| Smethers, James | 3:18-cv-06619 |
| Blankenship, Timmy Lee | 3:18-cv-06754 |
| Grinnell, Jr., Robert | 3:18-cv-06755 |
| Saul, Mark | 3:18-cv-06819 |
| Mizioch, Gregory | 3:18-cv-06822 |
| Snider, Mark | 3:18-cv-07322 |
| Mortensen, Arthur M. | 3:18-cv-07420 |
| Quigg, Henry | 3:18-cv-07737 |
| Murphy, Kevin | 3:18-cv-07745 |
| Hastings, Tom | 3:18-cv-07768 |
| Lippert, Jr., Frederick W. | 3:19-cv-00024 |
| Goodwin, James | 3:19-cv-00348 |
| Graessle, Sr., John F. | 3:19-cv-00349 |
| Renfore, Ronnie | 3:19-cv-00350 |
| Piacentile, Joseph | 3:19-cv-00448 |
| Dinkins, James | 3:19-cv-00756 |
| Lamie, David | 3:19-cv-00758 |
| Enlow, Anthony | 3:19-cv-00760 |
| Curtis, Robert | 3:19-cv-00761 |
| Leach, Robert | 3:19-cv-00762 |
| Johnson, Wayne | 3:19-cv-00763 |
| Osborne, Ronnie Lee | 3:19-cv-00804 |
| Webster, William | 3:19-cv-00805 |
| Nelson, Bobby | 3:19-cv-00806 |
| Havens, Michael | 3:19-cv-01108 |
| Krantz, Lewis | 3:19-cv-01109 |
| Smith, Jasper | 3:19-cv-01110 |
| Deverick, Duane | 3:19-cv-01113 |
| Stewart, Ricky Lee | 3:19-cv-01115 |
| Lietch, Gordon | 3:19-cv-01154 |
| Sybrant, Kenneth | 3:19-cv-01215 |

## PFS Deadline
## August 30, 2019

| Plaintiff's Name | Case Number |
|---|---|
| Harvey, Robert | 3:19-cv-01229 |
| Ballinger, Michael | 3:19-cv-01230 |
| Cragg, Lewis | 3:19-cv-01241 |
| Hendrix, John Brian | 3:19-cv-01429 |
| Young, Jarrell | 3:19-cv-01499 |