Ernest Cory *(Admitted Pro Hac Vice)*
Alabama Bar No.: asb-2279-y83e
CORY WATSON, P.C.
2131 Magnolia Avenue
Birmingham, AL 35205
Telephone: (205) 328-2200
Facsimile: (205) 324-7896
Email: ecory@corywatson.com
*Lead Counsel for Plaintiffs*

Joseph G. Petrosinelli *(Admitted Pro Hac Vice)*
District of Columbia Bar No.: 434280
WILLIAMS AND CONNOLLY LLP
725 12th Street NW
Washington, DC 20005
Telephone: (202) 434-5000
Facsimile: (202) 434-5029
Email: jpetrosinelli@wc.com
*Lead Counsel for Defendant, Pfizer Inc.*

Michael X. Imbroscio *(Admitted Pro Hac Vice)*
District of Columbia Bar No.: 445474
COVINGTON & BURLING LLP
One City Center
850 Tenth Street, NW
Washington, DC 20001-4956
Telephone: (202) 662-6000
Facsimile: (202) 778-6000
Email: mimbroscio@cov.com
*Lead Counsel for Defendant, Eli Lilly and Company*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: VIAGRA (SILDENAFIL CITRATE) AND CIALIS (TADALAFIL) PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to All Actions | Case No. 3:16-MD-2691-RS<br><br>MDL No. 2691<br><br>**JOINT STIPULATION AND ORDER ON DAUBERT-CAUSATION EXPERT HEARINGS, AS MODIFIED BY THE COURT** |

As requested by the Court at the Case Management Conference on June 4, 2019, the Parties have conferred and jointly stipulate to the following regarding the structure for the general causation *Daubert* hearing:

1. The hearing schedule, as directed by the Court, will be 9 a.m. to 12 p.m. and 1 p.m. to 4:30 p.m. on Tuesday, October 15, 2019, Wednesday, October 16, 2019, Thursday, October 17, 2019, and Tuesday October 22, 2019.

2. Each side shall present opening statements on October 15, 2019, not to exceed 20 minutes. To the extent possible, the Court will reserve Tuesday, October 22, 2019 for closing statements and oral argument on pending *Daubert* motions.

3. The total time for the presentations of witness testimony shall be 16 hours.

4. Each side shall have 8 hours for examination of expert witnesses, to be allocated in whatever manner each side chooses.

5. Plaintiffs intend to call at the hearing Drs. Singh, Haq, Ahmed, and Ganesan. Defendants intend to call at the hearing Drs. Marais, Schuchter, and Bastian.

6. All witnesses presented shall appear live in person in court for the hearing.

7. For purposes of this hearing, one lawyer for Plaintiffs and one lawyer for Defendants will conduct the examination of a given expert witness, but if an expert for Plaintiffs provides testimony against both Pfizer and Lilly, one lawyer for each Defendant shall be permitted to cross-examine that expert, provided that the examinations are not unnecessarily duplicative and that the total time permitted for Defendants in Paragraph 4 above shall not be affected.

8. On September 27, 2019, two weeks before the first day of the hearing, the Parties shall submit to the Court a "Joint Hearing Brief" not to exceed ten pages outlining in a non-argumentative manner (1) each side's planned schedule for presenting witnesses and (2) a brief summary of the testimony to be provided by each witness to be presented.

9. The exhibits presented at the hearing are limited to those exhibits submitted in support of or opposition to the *Daubert* motions filed in this MDL and materials cited in expert reports/reliance lists. To the extent that either side seeks to present materials cited in expert

reports/reliance lists that are not already exhibits to the *Daubert* motions or additional exhibits related to any new scientific studies or information relevant to the *Daubert* motions, other than demonstrative exhibits, they must disclose those exhibits to the opposing party by September 27, 2019. The Parties shall meet and confer over the introduction of any additional exhibits to be presented at the hearing, and shall bring any unresolved objections to the Court for resolution prior to the hearing. Exhibits to be used solely for impeachment are not required to be disclosed or exchanged.

10. In adopting plaintiffs' proposals with respect to the disputed portions of the parties' proposed order, the Court is implementing its own preference for a lengthier break between the close of testimony and closing arguments than would be available under defendants' proposals. While the entire day of Tuesday, October 22, 2019 is currently reserved for closing statements and oral argument, the parties should anticipate that a shorter time limit may be imposed at the close of testimony.

11. All of the time limitations set out above should be viewed as maximums, not minimums. If in the course of preparation and/or as the testimony unfolds opportunities arise to make any portion of the presentations more succinct, the parties should not hesitate to use less than the full time allotted. Ending any morning or afternoon session early because the scheduled witnesses have been completed and the next witnesses are not available until the following session is acceptable.

Respectfully submitted,

Dated: September 6, 2019  CORY WATSON, P.C

*/s/ Ernest Cory*
Ernest Cory
Alabama Bar No.: asb-2279-y83e
CORY WATSON, P.C.
2131 Magnolia Avenue
Birmingham, AL 35205
Telephone: (205) 328-2200
Facsimile: (205) 324-7896
Email: ecory@corywatson.com

*Lead Counsel for Plaintiffs*

Dated: September 6, 2019     WILLIAMS AND CONNOLLY LLP

*/s/ Joseph G. Petrosinelli*
Joseph G. Petrosinelli
District of Columbia Bar No.: 434280
WILLIAMS AND CONNOLLY LLP
725 12th Street NW
Washington, DC 20005
Telephone: (202) 434-5000
Facsimile: (202) 434-5029
Email: jpetrosinelli@wc.com
*Lead Counsel for Defendant, Pfizer Inc.*

Dated: September 6, 2019     COVINGTON & BURLING LLP

*/s/ Michael X. Imbroscio*
Michael X. Imbroscio
District of Columbia Bar No.: 445474
COVINGTON & BURLING LLP
One City Center
850 Tenth Street, NW
Washington, DC 20001-4956
Telephone: (202) 662-6000
Facsimile: (202) 778-6000
Email: mimbroscio@cov.com
*Lead Counsel for Defendant, Eli Lilly and Company*

**IT IS SO ORDERED**.

Dated:    September 6, 2019

RICHARD SEEBORG
United States District Judge