# Rehana Leila Ahmed-Saucedo

Permanent Address:                                   Phone:  (612) 387-4627
2732 Irving Avenue South                             e-mail: Rehana@lakesderm.com
Minneapolis, Minnesota 55408                         www.lakesderm.com

## CURRENT POSITION

**Assistant Professor:** Dermatology, the University of Minnesota, Mpls, MN    2011-
**Dermatologist and President**: Lakes Dermatology, PA, Burnsville & Minnetonka, MN   2015-

## COMPLETED POSITIONS

**Dermatologist:** Skin Care Doctors, PA, Burnsville, Edina & Sartell MN    2013-2015
**Dermatologist:** Uptown Dermatology, Minneapolis, MN    2011-2012

## EDUCATION

**Residency:** The University of Minnesota, Dept of Dermatology    2008-2011

**Medicine Internship:** The University of Minnesota, Dept of Medicine    2007-2008

**Doctor of Medicine**, MSTP program, The University of Minnesota    2007

**Doctor of Philosophy, Epidemiology,** The University of Minnesota, GPA: 3.76    2006
  Dissertation: *Epidemiological Associations of Metabolic Factors with Cancer Risk and Cancer Late Effects*

**Bachelor of Arts, Behavioral Biology,** The Johns Hopkins University, GPA: 3.73    1998

## LICENSURE

USMLE Step I – 233    06/2001
USMLE Step II CK /CS – 203/pass    02/2007
USMLE Step III – 233    11/2008
Minnesota Medical License, active    2009 -
Diplomate, American Board of Dermatology    07/2011-
BLS, re-certified    01/2014

## AWARDS AND HONORS
2013 AAD Leadership Forum Participant    2013

## RESIDENCY AND GRADUATE LEVEL FELLOWSHIPS, RESEARCH AWARDS, HONORS

NIH Medical Science Training Grant: T32 GM 08244-15    1999-2001
                                                       2005-2007

NIH Cancer Epidemiology Training Grant: T32 CA09607-15    2001-2003

Thomas Shevlin Predoctoral Fellowship (U of MN Graduate School)    2003-2004
  Competitive fellowship stipend of $19,500 awarded to one graduate student annually

Division of Epidemiology Research Grant Recipient    2002
  Competitive research grant of $3500 for a proposal to study the effects
  of an exercise intervention on levels of insulin-like growth factor
  binding protein-2

1

| | |
|---|---|
| Community of Scholars travel award, U of MN<br>    Award of $300 toward travel to a national research meeting | 2003 |
| Scholars in Training Award, American Association of Cancer Research (AACR) Annual Meeting<br>    Award of $1000 for meeting abstract submission to travel/present at the annual meeting | 2003 |
| National PEO Foundation Scholarship recipient<br>    Nominated by UMN graduate school; competitive national award of $10,000 for application toward educational expenses | 2004-2005 |
| Minnesota Medical Foundation Rosa Steer Breast Cancer Research Award<br>    Nominated by Douglas Yee, MD; award of $1000 for publication on weight training and lymphedema in breast cancer survivors, WTBS | 2006 |
| Alpha Omega Alpha, U of MN Medical School | 2006 |
| Honors in medical school:<br>    Year 2 Physiology, Medicine I externship, Medicine II externship, Obstetrics and Gynecology externship, Psychiatry externship; Surgical Pathology elective, Advanced Dermatology elective, Clinical Allergy elective | 1999-2007 |
| Accepted for the 2008 ASCDAS Accredited Dermatology Resident/Fellow Educational Scholarship Program to attend the annual conference, Las Vegas NV | 2008 |
| Selected for Participation in the Society of Investigative Dermatology Resident Retreat, annual SID conference, Montreal, Quebec, CA | 2009 |
| Women's Dermatologic Society Mentorship Grant<br>    Project: Rotation in Pediatric Dermatology at NYU June 1-30, 2010<br>    Mentor: Dr. Julie Schaffer, NYU Dermatology | 2010 |
| Univ of MN Dept of Dermatology Research Day, 1st place award<br>    Project: Physical Activity and Lymphedema Trial | 2010 |
| Nominated for AAD Young Investigators Award | 2010 |

**UNDERGRADUATE LEVEL AWARDS AND HONORS**

| | |
|---|---|
| Deans List: five semesters | 1996-1998 |
| Golden Key National Honor Society | 1997 |
| Psi Chi, National Psychology Honor Society | 1997 |
| Johns Hopkins University Undergraduate Provost Research<br>Award of $3500 to work in Denmark, summer 1997 | 1997 |
| Phi Beta Kappa, Johns Hopkins University | 1998 |
| Curt P. Richter Award for Research in Behavioral Biology | 1998 |
| Departmental and University Honors at graduation | 1998 |

2

**FACULTY RESEARCH MENTOR FOR THE FOLLOWING STUDENTS:**
Kaya Peterson, BS – Kaya worked in our lab on the CK2 and melanoma project, 2017-2018.
Megan Megan Wood, MS3– worked with this student to develop an outreach intervention to provide sunblock at the U of MN TCF stadium, 2014.
Erin Dodd MS3 – recipient of MMF research award for work with me during the summer of 2013.
Maarya Pasha MS4 – worked with this student on a patient case report, 2013-4.
Phil Lee MS4 – worked with this student on a patient case report, 2013-4.


**PROFESSIONAL MEMBERSHIP:**
Minnesota Dermatologic Society
American Academy of Dermatology
American Dermato-Epidemiology Network
Society for Investigative Dermatology
American Society of Dermatologic Surgery
American Society of Mohs Surgeons
Women's Dermatologic Society
    Grant Review Committee 2015-2016
Skin of Color Society
International Transplant Skin Cancer Collaborative


**PUBLICATIONS**

**Journal Articles:**
1. **Ahmed RL**, Davis AT, Ahmed K: "Interference in Protein Assays of Biological Specimens by Vanadyl Compounds," *Analytical Biochemistry*, 237, 76-79 (1996)

2. Kusk M, **Ahmed RL**, Thomsen B, Bendixen C, Issinger O-G, Boldyreff B: "Interactions of Protein Kinase CK2β Subunit Within the Holoenzyme and with Other Proteins." *Molecular and Cellular Biochemistry*, 191:51-58 (1999)

3. Schmitz KH, **Ahmed RL**, Yee D: "Effects of a Nine-Month Strength Training Intervention on Insulin, IGF-I, IGFBP-1, and IGFBP-3 in 30-50 Year Old Women" *Cancer Epidemiology Biomarkers and Prevention*, 11: 1597-1604 (2002)

4. **Ahmed R**, Bowen J, O'Donnel W: "Cultural Competence and Language Interpreter Services in Minnesota: Results of a Needs Assessment Survey Administered to Physician Members of the Minnesota Medical Association." *Minnesota Medicine*.87:40-43 (2004)

5. Schmitz KH, **Ahmed RL**, Hannan PJ, Yee D: "Safety and Efficacy of Weight Training in Recent Breast Cancer Survivors to Alter Body Composition, Insulin, and Insulin-Like Growth Factor Axis Proteins." *Cancer Epidemiology Biomarkers and Prevention*, 14(7): 1672-80 (2005)

6. Ohira T, Schmitz KH, **Ahmed RL**, Yee D: "Effects of Weight Training on Quality of Life in Recent Breast Cancer Survivors. The Weight Training for Breast Cancer Survivors (WTBS) Study." *Cancer* 106:2076-2083 (2006). *Reuter's Associated Press* article, 4/06.

7. **Ahmed RL**, Thomas W, Yee D, Schmitz KH "Randomized Controlled Trial of Weight Training and Lymphedema in Breast Cancer Survivors." *Journal of Clinical Oncology*. 24(18):2765-2772 (2006). Reuter's Associated Press article 03/18/06; featured in a *NY Times* article, 05/18/2006

8. **Ahmed RL**, Schmitz KH, Anderson KE, Rosamond WD, Folsom AR: "The Metabolic Syndrome and Risk of Incident Colorectal Cancer." *Cancer*, 107(1):28-36 (2006)

9. **Ahmed RL**, Thomas W, Schmitz KH: "Interactions Between Insulin, Body Fat, and Insulin-Like Growth Factor Axis Proteins." *Cancer Epidemiol. Biomarkers and Prevention*, 16(3):593-7 (2007)

10. Warshaw EW, **Ahmed RL**, Belsito DV, DeLeo VA, Fowler JF Jr, Maibach HI, Marks JG Jr, Mathias CGT, Pratt MD, Rietschel RL, Sasseville D, Storrs FJ, Taylor JS, Zug KA: "Contact Dermatitis of the Hand: Cross-Sectional Analyses of North American Contact Dermatitis Group Data, 1994-2004." *Journal of the American Academy of Dermatology*, 57(2):301-14 (2007)

11. Hormes JM, Lytle LA, Gross C, **Ahmed RL**, Troxel AB, Schmitz KH. "The Body Image and Relationship Scale: Development and Validation of a Scale to Measure Body Image in Female Breast Cancer Survivors." *Journal of Clinical Oncology,* 26:1269-1274 (2008)

12. **Ahmed RL**, Prizment A, Lazovich D, Schmitz KH, Folsom AR: "Lymphedema and Quality of Life in Breast Cancer Survivors, the Iowa Women's Health Study." *Journal of Clinical Oncology,* 26:5689-569 (2008)
    *Editorial*: Paskett E. Breast Cancer-Related Lymphedema: Attention to a Significant Problem Resulting From Cancer Diagnosis. *Journal of Clinical Oncology,* 26:5666-5667 (2008).
    Featured in a *Reuter's Associated Press* article released on 12/30/2008

13. Schmitz KH, Troxel AB, Cheville A, Grant LL, Bryan C, Gross C, Lytle LA, **Ahmed RL**. "Physical Activity and Lymphedema (The PAL Trial):  Assessing the Safety of Progressive Strength Training in Breast Cancer Survivors." *Contemporary Clinical Trials.*30:233-24 (2009)

14. Schmitz KH, **Ahmed RL**, Troxel A, Cheville A, Smith R, Lewis-Grant L, Bryan CJ, Williams-Smith CT, Greene QP. "Weight Lifting in Women with Breast-Cancer-Related Lymphedema: A Randomized Controlled Trial." *New England Journal of Medicine.* 361:664-73 (2009).

    *Editorial*: Demark-Wahnefried W. A Weighty Matter – Lifting after Breast Cancer.
    *New England Journal of Medicine* 361:710-11 (2009)
    Featured in Reuter's Associated Press article 8/12/2009. Feature article in NY Times (8/18/09).

15. Speck B, Gross C, Hormes JM, **Ahmed RL**, Lytle LA, Schmitz KH. "Changes in the Body Image and Relationship Scale (BIRS) Following a One Year Strength Training Trial for Breast Cancer Survivors With or at Risk for Lymphedema" *Breast Cancer Research and Treatment.* 121(2):421-30 (2010)

16. Hormes JM, Bryan C, Lytle LA, Gross C, **Ahmed RL**, Troxel AB, Schmitz KH. "Impact of Lymphedema and Arm Symptoms on Quality of Life in Breast Cancer Survivors." *Lymphology*. 43(1): 1-13 (2010)

17. Schmitz KH, **Ahmed RL**, Troxel AB, Cheville A, Lewis-Grant L, Smith R, Bryan CJ, Williams-Smith CT, Chittams J. "Weight Lifting for Women at Risk for Breast Cancer-Related Lymphedema."  *JAMA,* 22;304(24):2699-705, (2010) Epub Dec 8, 2010.

18. Prizment AE, Alonso A, Folsom AR, **Ahmed RL**, Virnig BA, Warshaw EM, Anderson KE. "Association Between Psoriasis and Incident Cancer: The Iowa Women's Health Study." *Cancer Causes and Control,* 22(7):1003-10, (2011) Epub May 7, 2011

19. **Ahmed RL**, Schmitz KH, Prizment A, Folsom AR: "Risk Factors for Lymphedema in Breast Cancer Survivors, the Iowa Women's Health Study." *Breast Cancer Research and Treatment,* 130(3):981-91, (2011) Epub July 15, 2011

20. Endrizzi BT, **Ahmed RL**, Ray T, Dudek A, Lee PK. "Capecitabine as Chemoprevention for Squamous Cell Carcinoma in Solid Organ Transplant Recipients." *Dermatologic Surgery,* 39:634-645, (2013)

21. Isacksson Vogel R, **Ahmed RL**, Nelson H, Berwick M, Weinstock M, Lazovich D. Association Between Indoor Tanning and Melanoma in the Absence of Burns. *Jnl Natl Can Inst,* 2014: 106(7). *JNCI Editorial* and featured in a *Reuter's Associated Press Release*.

22. Lazovich D, Isackson Vogel R, Weinstock MA, **Ahmed RL**, Nelson H, Berwick M. "Diverging trends in melanoma among young men and women due to indoor tanning use. Accepted pending revision JAMA Dermatology.

23. Lazovich D, Isaksson Vogel R, Weinstock MA, Nelson HH, **Ahmed RL**, Berwick M. Association Between Indoor Tanning and Melanoma in Younger Men and Women. JAMA Dermatol. 2016 Mar; 152(3):268-75. PMID: 26818409

24. Vogel RI, Strayer LG, **Ahmed RL**, Blaes A, Lazovich D. A Qualitative Study of Quality of Life Concerns Following a Melanoma Diagnosis. J Skin Cancer. 2017 Epub 2017 May 28. PMID: 28634549

25. Garrett GL, Blanc PD, Boscardin J, Lloyd AA, **Ahmed RL**, Anthony T, et al. "Incidence of and Risk Factors for Skin Cancer in Organ Transplant Recipients in the United States." JAMA Dermatol. 2017 Mar 1;153(3):296-303. PMID: 28097368

26. **Ahmed RL**, Shaughnessy DP, Knutson TP, Vogel RI, Ahmed K, Kren BT, Trembley JH. "CDK11 "Loss Induces Cell Cycle Dysfunction and Death of BRAF and NRAS Melanoma Cells." Pharmaceuticals (Basel). 2019 Apr 2; 12(2). PMID: 30987032

27. Crow LD, Jambusaria-Pahlajani A, Chung CL, Baran DA, Lowenstein SE, Abdelmalek M, **Ahmed RL,** et al. "Initial Skin Cancer Screening for Solid Organ Transplant Recipients in the United States: Delphi Method Development of Expert Consensus Guidelines." Transplant International. In press, 2019 doi: 10.1111/tri.13520


**Book Chapters**:

1. **Ahmed RL**. Pruritus With Minimal or No Skin Findings. In *Clinical Dermatology (Lange Medical Books), C Soutor and M Hordinsky, eds.* McGraw Hill Education, 2013


**Abstracts:**

1. <u>Hakimi JM</u>, Rondinelli RH, Schoenberg MP, **Ahmed RL**, May SA, Bova GS, Isaacs WB, Barrack ER: "Frequency of Androgen Receptor Gene Mutations in Prostate Cancer," meeting abstract and poster presentation, *Proc. of the American Assoc for Cancer Research,* March, 1997

2. <u>Hakimi JM</u>, **Ahmed RL**, Isaacs WB, Bova GS, Barrack ER: "Mutational Analysis of the Androgen Receptor Gene in Hormone Refractory Metastases of Prostate Cancer," meeting abstract and poster presentation, *Proc. of the American Assoc. for Cancer Research,* March 1998

3. **Ahmed RL**, Schmitz MKH, Yee D: "Strength Training Induced Changes in Body Composition, Fasting Insulin, and Insulin-Like Growth Factor-I," meeting abstract and poster presentation by <u>RL Ahmed</u>, *Proc. of the American Association for Cancer Research*, p.1148-9, March 2002

4. **Ahmed RL**, Schmitz MKH, Yee D: "Effects of Strength Training on Body Composition, Fasting Insulin, and Insulin-Like Growth Factor-I," meeting abstract and poster presentation by RL Ahmed, *Medicine and Science in Sports and Exercise*, June 2002

5. **Ahmed RL**, Schmitz KH, Yee D: "Strength Training and Lymphedema Symptoms in Recent Breast Cancer Survivors" Meeting abstract and poster presentation by RL Ahmed, *Medicine and Science in Sports and Exercise*, June 2003

6. Schmitz KH, **Ahmed RL**, Yee D: "Effects of Weight Training on Body Composition in Breast Cancer Survivors" Meeting abstract and poster presentation by RL Ahmed. *Medicine and Science in Sports and Exercise*, June 2003

7. **Ahmed RL**, Schmitz KH, Yee D: "Effect of Resistance Training on Lymphedema Symptoms in Recent Breast Cancer Survivors" Meeting abstract and poster presentation by RL Ahmed, *Proc. American Association Cancer Research,* July 2003

8. Schmitz KH, **Ahmed RL**, Yee D: "Effects of Strength Training on Body Composition of Breast Cancer Survivors" Meeting abstract and poster presentation, *Proc. American Association for Cancer Research*, July 2003

9. Schmitz KH, **Ahmed RL**, Yee D: "Effect of Strength Training on Insulin and Insulin-like Growth Factors in Breast Cancer Survivors." Meeting abstract and poster presentation *Med. Sci. Sports and Exercise*, June 2004

10. Warshaw EW, **Ahmed RL**, Belsito DV, DeLeo VA, Fowler JF Jr, Maibach HI, Marks JG Jr, Mathias CGT, Pratt MD, Rietschel RL, Sasseville D, Storrs FJ, Taylor JS, Zug KA: "Contact Dermatitis of the Hand: Cross-Sectional Analyses of North American Contact Dermatitis Group Data, 1994-2004." Oral and poster presentation by RL Ahmed at the American Contact Dermatitis Society annual meeting, 2/1/07, Washington D.C.

11. **Ahmed RL**, Prizment A, Lazovich D, Schmitz KH, Folsom AR: "Lymphedema and Quality of Life in Breast Cancer Survivors, the Iowa Women's Health Study." Poster session presentations by A Prizment at the Powell Women's Health Conference, University of Minnesota 9/22/08 and by R Ahmed at the Minnesota Dermatology Society conference at the VAMC 12/5/08

12. Prizment A, Folsom A, **Ahmed R**, Virnig B, Warshaw E, Anderson K: "Psoriasis in Relation to Lifestyle Behaviors and Comorbidities, the Iowa Women's Health Study (IWHS)." Oral and poster presentation by A Prizment at the Society for Epidemiologic Research 6/25/2009.

13. Ray TL, **Ahmed RL**, Lee PK: "Retroauricular Chondrocutaneous Interpolation Flap for Reconstruction of Full Thickness Helical Defects." *Oral and poster presentation* given by RL Ahmed at the American College of Mohs Surgeons annual meeting, April, 2010

14. **Ahmed RL**, Schmitz KH, Prizment A, Folsom AR: Risk Factors for Lymphedema: the Iowa Women's Health Study. Jnl Investig Dermatol. 130:S61, 2010. *Oral and poster presentations* given by RL Ahmed at the Society for Investigative Dermatology annual meeting, May 2010.

15. Prizment A, Alonso A, Folsom A, Warshaw E, **Ahmed R**, Virnig B, Anderson K. Psoriasis and risk of cancer: the Iowa Women's Health Study (IWHS)." Poster and oral presentation by A Prizment at the Society of Epidemiologic Research annual meeting, June 2010

16. **Ahmed RL**, Lee PK: "Laser Treatment for Port Wine Stain." *Poster presentation* by RL Ahmed at the American Society of Dermatologic Surgery annual meeting, October 2010

6

17. Foman N, Lamb A, **Ahmed RL**, Brocato J, Bornzstein B, Hordinsky M. Resident to Resident Teaching of Dermatology Procedures: an Interdisciplinary Educational Innovation. *Accepted for oral and poster presentation by A Lamb* at the Accreditation Counsel of Graduate Medical Education annual 2012 education conference, "Encouraging Excellence," February 17, 2012

18. **Ahmed RL**, Isakkson Vogel R, Lazovich D. "Obesity and Risk of Melanoma: The Skin Health Study." *Poster presentation by RL Ahmed at* the Society of Investigative Dermatology annual meeting, May 2012

19. Lazovich D, Isakkson Vogel R, **Ahmed RL**. "Indoor Tanning at a Young Age and Melanoma Risk." *Presented* at the Melanoma Scientific Symposium, March, 2012

20. Dodd E, Trembley T, **Ahmed RL**. "Small molecule inhibitors of protein kinase CK2 reduce proliferation and viability of melanoma cells *in vitro.*" Presented by Erin Dodd, MS3, at the Society of Investigative Dermatology conference, Atlanta, GA, May 2015 and at UMN Dept of Dermatology Research Day, April 2015

21. Wood M, Hordinsky M, **Ahmed RL**. "Sunscreen Use Among Minnesota State Fair Visitors and the Potential Impact of Free Public Sunscreen Dispensers." Presented by RL Ahmed at the World Congress of Dermatology Conference, Vancouver, CA, June 2015


**Oral presentations at national meetings:**
1. American Contact Dermatitis Society Annual Meeting, February 2007

    Warshaw EW, **Ahmed RL**, Belsito DV, DeLeo VA, Fowler JF Jr, Maibach HI, Marks JG Jr, Mathias CGT, Pratt MD, Rietschel RL, Sasseville D, Storrs FJ, Taylor JS, Zug KA: "Contact Dermatitis of the Hand: Cross-Sectional Analyses of North American Contact Dermatitis Group Data, 1994-2004." ***Oral presentation* by RL Ahmed**

2. American College of Mohs Surgeons Annual Meeting, April 2010

    Ray TL, **Ahmed RL**, Lee PK: "Retroauricular Chondrocutaneous Interpolation Flap for Reconstruction of Full Thickness Helical Defects." ***Oral presentation* by RL Ahmed**

3. Society of Investigative Dermatology Annual Meeting, May 2010

    **Ahmed RL**, Schmitz KH, Prizment A, Folsom AR: Risk Factors for Lymphedema: the Iowa Women's Health Study. ***Oral and poster presentations* by RL Ahmed**

**Web:**
Goodskinsimple.com – blog about general skin care (now on Lakesderm.com website)     2012 -

7

## TEACHING EXPERIENCE

**Tutor**, The Johns Hopkins University, undergraduate level Biochemistry        09/97-12/97

**Teaching Assistant**, University of Minnesota, Division of Epidemiology,        09/02-12/02
Epidemiology I graduate course, Dr. Jim Pankow

**Teaching Assistant**, University of Minnesota, Division of Epidemiology,        09/03-12/03
Fundamentals of Epidemiology graduate course, Dr. DeAnn Lazovich        09/04-12/04

**Dermatology Resident Lectures (1 hour lectures):**
1. Porphyrias (board review): March 2009
2. Cutaneous Lymphomas: June 2009, 2010 and 2011
3. Pruritus: Neurocutaneous Innervation and Common Conditions: September 2009 and 2010
4. Procedural Dermatology: Surgery, Lasers and Cosmetics (board review): March 2010 and 2011
5. Fillers: Review of Products, Uses and Complications: May 2010
6. NYU Pediatric Dermatology Elective Recap: July 2010
7. OHSU Mohs, Dermatopathology and Pediatric Dermatology Elective Recap: September 2010
8. Topics in Topical Medications in Dermatology, Keratolytics: September 2010
9. Topics in Topical Medications in Dermatology, Antimicrobials: November 2010
10. Kodachromes: January 2011
11. Kodachromes: June 2012

**Invited talks**
1. Lymphedema in Breast Cancer Survivors. Harvard Dept of Dermatology, Dermatoepidemiology research team: January 2011
2. Key-note speaker for Minnesota Women in Medicine annual retreat, fall 2014

## RESEARCH

**Current:**
American Cancer Society Research Scholar Grant (PI R. Vogel)        07/01/19-06/30/22
**Wearable device intervention to improve sun behaviors in melanoma survivors**
Major Goals: The proposed research will test a wearable UVR-sensor enabled technology device and corresponding mobile application designed to reduce sun exposure and promote healthy sun protection habits among melanoma survivors.
Specific Aim: to evaluate the effectiveness of a UVR-sensor wearable device intervention to improve sun protection behaviors and reduce sunburns in a randomized controlled trial in melanoma survivors.
Role: Co-Investigator

**Completed:**
Shaver Foundation (PI: R Ahmed and J Trembley)        1/1/2016-6/2018
**Investigation into Targeting CK2 in Melanoma**
To date we have determined CK2 levels in different melanoma cell lines and we have evaluated anti-CK2 therapy as a novel treatment for melanoma in four melanoma cell lines, with BRAF or NRAS mutations. The current project is to evaluate the efficacy of anti-CK2 nanocapsule with and without BRAF inhibitor combined therapy on primary melanoma tumor growth in a mouse model. This project requires annual application and funding is provided for one year at a time.

Cicatricial Alopecia Research Foundation (PI: M Hordinsky)        3/1/2014-

**Role of Neurogenic Inflammation and Topical 6% Gabapentin Therapy in Symptomatic Scarring Alopecia**
To evaluate the effect of 6% topical gabapentin solution on scalp inflammation and symptoms in patients with scarring alopecia.
Role: Co-Investigator


Women's Dermatologic Society (PI: R Ahmed)                                  7/1/2013-8/30/2015
**Anti-CK2 Therapy as a Novel Treatment for Cutaneous Squamous Cell Carcinoma**
To determine CK2 levels and anti-CK2 therapy as a novel treatment for cutaneous squamous cell
    carcinoma in cell cultures of normal keratinocytes and malignant squamous cells.

Masonic Cancer Center Translational Work Group Pilot Grant, Univ. Minnesota (PI: D Lazovich)
**Skin Health Study Repository for Translational Research**                    12/1/2014-
To obtain updated health data and tumor specimens from participants from the Skin Health Study to be used to further understand associations between indoor tanning and melanoma risk.
Role: Co-Investigator

Clinical and Translational Science Institute, University of Minnesota (PI: M Hordinsky)7/1/2013-
**A Phase 4 Randomized, Placebo Controlled trial of 3 Doses of Intralesional Triamcinolone (Kenalog$^R$) in the Treatment of Mild to Moderate Patch Type Alopecia Areata**
A randomized controlled trial to evaluate 3 doses of intralesional triamcinolone vs. placebo in the treatment of alopecia areata.
Role: Co-Investigator

Clinical and Translational Science Institute, University of Minnesota (PI: M Erickson)     12/1/2013-
**Undetected Bartonella spp. Infection Puts Liver Transplant Patients at Great Risk**
To evaluate tissue samples from liver transplant patients for bartonella species infection.
Role: Co-Investigator

Hapten Pharmaceuticals, LLC (PI: M Hordinsky)                                  5/1/2014-
**An open-label study employing the topical immunomodulator diphenylcyclopropenone (DPCP) in a stabilized gel to treat hair loss in subjects with extensive Alopecia Areata**
To evaluate DPCP as a treatment for alopecia areata.
Role: Co-Investigator

American Academy of Dermatology Transplant Skin Cancer Network (Site PI: S Schram) 5/1/2014-
**Skin Cancer Incidence in Solid Organ Transplant Recipients**
To develop a national dataset of solid organ transplant recipients and monitor for skin cancer incidence and outcomes.
Role: Co-Investigator

Cancer Outcomes and Survivorship (PI: D Lazovich)                        1/1/2012-12/31/2014
Masonic Cancer Center, University of Minnesota
**Developing a Questionnaire for Melanoma Survivors**
To develop and validate a Quality of Life survey designed specifically for use in melanoma survivors.
Role: Co-investigator

NIH/NCI 5RO1CA106851, NCT00194363 (PI: K Schmitz)                           2007-2011
**The Physical Activity and Lymphedema (PAL) Trial**
To assess whether weight training is a safe exercise modality for breast cancer survivors with and at risk for lymphedema.  Secondary aims included assessing the effects of weight training on health-related

9

quality of life, body image, and body composition. Several manuscripts have been published from this trial.  We are continuing to prepare manuscripts from the results of this trial.
Role: Research Collaborator

**University of Minnesota, Division of Epidemiology**                              01/06 – 06/11
Advisor: Aaron Folsom, MD
Iowa Women's Health Study: during the 2004 NIH grant renewal cycle I
developed study aims to complete two projects on lymphedema in breast
cancer survivors in a population-based cohort with the following aims:
1) describe lymphedema in the cohort, 2) examine risk factors for lymphedema
in the cohort, and 3) examine effects of lymphedema on health-related quality
of life in breast cancer survivors.
Manage and advise a doctoral research assistant.
Manuscripts were published in 12/08 and 12/11; an oral presentation was given at the Society of Investigative Dermatology 2010 annual meeting.

**University of Minnesota, Department of Dermatology**                         10/09 – 9/10
Advisor: Peter K Lee, MD, PhD
We conducted a survey-based study of academic dermatologists across the country who perform laser surgery to assess current practices in treatment of venous capillary malformation (Port Wine Stain) using laser.  We examined current protocols followed, setting of treatment, and whether or not protocols varied by the model of laser available to and by the specialty of the practitioner (e.g. dermatologic surgeon vs. pediatric dermatologist). Data were presented at the American Society of Dermatologic Surgeons annual meeting, 2010.

**University of Minnesota, Department of Dermatology**                         08/06 – 2/07
Advisor: Erin Warshaw, MD
North American Contact Dermatitis Group Patch Test Dataset: we used
this dataset of over 20,000 participants to describe allergic contact dermatitis
(ACD) of the hand, including the prevalence of positive allergens by patch testing,
associated sources and occupations.  A manuscript from this work was published in 2007.

**Predoctoral Fellow,** University of Minnesota, Division of Epidemiology        07/01 – 05/05
Advisors: Aaron Folsom, MD and Kathryn Schmitz, PhD, MPH
Coursework completed for both behavioral and biological epidemiology tracts

   **Study Coordinator**: Weight Training for Breast Cancer Survivors Study (WTBS)
   Human subjects in research application, participant recruitment
   and retention, development of study measures, data management and
   monitoring, budget management, staff management.  Data analysis and
   manuscript preparation.

   **Study Coordinator**: Physical Activity and Lymphedema Trial Pilot Study:
   Co-authored the grant proposal for this intervention.
   Conducted focus groups with breast cancer survivors to help develop
   and pilot a body image and sexuality survey for breast cancer survivors.
   Additionally: human subjects in research application, participant recruitment
   and retention, budget management, data management and monitoring.

   **Research Assistant**: Atherosclerosis Risk in Communities (ARIC) Study.
   Data abstraction and synthesis from medical records.

   **Grant writing**:
      1) *Physical Activity and Lymphedema trial*: as a doctoral student, I wrote the first

10

draft of this grant and co-authored the submitted application; the submitted grant was awarded an RO1 to Dr. Kathryn Schmitz in 2004. This trial was completed in the summer of 2008. <u>Preliminary results from this study were included in the NIH annual report to the President in 2008</u>; several manuscripts have been published and are in preparation from these data.
2) *Iowa Women's Health Study* renewal in 2004: lymphedema aims (noted above);
3) Division of Epidemiology project grant to analyze IGFBP-2 levels in stored blood samples from the Weight Gain Prevention Study (WGPS; data forms portion of thesis).

**Thesis work**: Data for this thesis were from two intervention studies, WTBS and WGPS, as well as from a prospective population-based cohort, the ARIC study. Diverse data analytical techniques were employed.

**Junior Scientist**, University of Minnesota, Department of Preventive Medicine  06/98 – 05/99
Neurochemical Laboratory of Patrick Mantyh, PhD
General laboratory assistance in molecular biology techniques, including reverse transcriptase-polymerase chain reaction (RT-PCR), western blot, and microarray. Presentation at weekly lab meetings.

**Laboratory Technical Assistant**, Johns Hopkins Medical School, Dept. of Urology  01/96-05/98
Molecular Biochemistry Laboratory of Evelyn Barrack, PhD
General laboratory assistance in molecular biology techniques, including polymerase chain reaction and single strand conformational polymorphism analysis.

**Laboratory Intern**, Biokemisk Institut, Odense Universitet, Denmark  06/97-07/97
Cellular and Molecular Biochemistry Laboratory of Olaf-Georg Issinger, PhD
General laboratory assistance in cellular and molecular biology techniques, including the yeast-two-hybrid system and DNA sequencing. Presentation at weekly lab meetings.

**Laboratory assistant**, Johns Hopkins Medical School, Dept. of Neurology  08/96-03/97
Neurological Oncology Laboratory of Henry Brem, MD, PhD
General laboratory assistance in molecular biology techniques, including reverse transcriptase-polymerase chain reaction (RT-PCR); gave a brief lecture to the laboratory group about this procedure.

**Laboratory Technical Assistant**, Univ. of Minnesota, Lab. Medicine and Pathology  06/95-08/95
Cell. and Molecular Biochemistry Lab. of Khalil Ahmed, PhD, under Alan Davis
General laboratory assistance in cellular and molecular biology techniques, including maintenance of cell cultures and cellular fractionation techniques.

**BOARD MEMBERSHIP AND COMMITTEE WORK**
**Women's Dermatologic Society**  2015-
Grants committee

**Survivors Training**  2007-2012
Member Board of Directors

Survivors Training is a non-profit organization founded by Dr. Wendy Rahn in 2007. The mission of this organization is to meet the needs of women for more timely and accurate information about, and training in, physical fitness after a cancer diagnosis. Survivorstraining.org

11

**JOURNAL REVIEWER**

| | | |
|---|---|---|
| 1. | Journal of Cancer Epidemiology Biomarkers and Prevention | 2007 - present |
| 2. | Medicine and Science in Sports and Exercise | 2008 - present |
| 3. | Journal of Clinical Oncology | 2008 - present |
| 4. | CMAJ | 2009 - present |
| 5. | European Journal of Cancer | 2009 - present |
| 6. | Journal of Supportive Care in Cancer | 2009 - present |
| 7. | Women's Health | 2010 - present |
| 8. | The Open Biomedical Engineering Journal | 2010 - present |
| 9. | American Journal of Epidemiology | 2011 - present |
| 10. | Expert Review of Pharmacoeconomics & Outcomes Research | 2011 - present |
| 11. | Quality of Life Research | 2011 - present |
| 12. | Breast Cancer Research and Treatment | 2011 - present |
| 13. | Cancer Causes and Control | 2012 - present |
| 14. | Breast Cancer Management | 2013 – present |
| 15. | JAMA Dermatology | 2015 – present |

**GRANT REVIEWER**

| | | |
|---|---|---|
| 1. | Cancer Research UK | 2009 |
| 2. | Willy Gepts Research Foundation, Brussels | 2013, 2014 |
| 3. | Florida Department of Health | 2017-2019 |

**INTERVIEWS AND PRESS**

1. Kohman L. "Medical Student Association Holds Year-End Banquet," *Minnesota Daily* Newspaper. April 21, 2001. Interview about the Student National Medical Association mentoring program.
2. Campbell A. "Making Connections " *Pictures of Health,* Spring 2002: 8-9. Article about mentoring programs at the University of Minnesota, including the Student National Medical Association mentoring program. http://www.ahc.umn.edu/img/assets/7617/2002_01Spring.pdf.
3. Hudson B. "Health Talk and You Special Focus: Cancer" *Pictures of Health,* Fall 2002:S1-S4. Article featuring cancer research at the University of Minnesota, including the Weight Training for Breast Cancer Survivors Study.  http://www.ahc.umn.edu/img/assets/7617/2002_03Fall.pdf
4. Reuter's Associated Press, March 18, 2006.  Article about the Weight Training for Breast Cancer Survivors study, quality of life results.
5. Berger, S. "Balancing Painful Swelling With a Desire to Exercise," *New York Times*, May 18, 2006.  Article about the Weight Training for Breast Cancer Survivors study, lymphedema results.
6. Watson K. "News & Trends" *Prevention Magazine*, October 2006. Interview about the Weight Training for Breast Cancer Survivors study, lymphedema results.
7. Reuter's Associated Press, December 30, 2008. This press release featured data from the Iowa Women's Health Study, lymphedema and quality of life data: "Hospitals Try to Prevent Arm Swelling After Breast Cancer."
8. Podcast interview regarding the Iowa Women's Health Study lymphedema research for the Academic Health Center at the University of Minnesota, January 2009.
9. Olson J. *Pioneer Press*, "Weightlifting can lessen breast cancer complication, study finds." Interview regarding the Physical Activity and Lymphedema Trial main results.
10. Reuter's Associated Press, August 12, 2009, "Weightlifting good for women with lymphedema." This article featured data from the Physical Activity and Lymphedema Trial

12

11.     Interview by Carmen Peota about research on weight-lifting and lymphedema in breast cancer survivors, featured in Minnesota Medicine, October 2010 issue focused on cancer survivorship. Interview titled: "Lifting and Lymphedema." *Minnesota Medicine*, October, 2010, page 13.
12.     Local CBS evening news, Good Question: January 13, 2012, on dry skin care.
13.     Interview by Katie Dohman about skin cancer prevention "Secrets to Sensational Skin" and "How to Care for the Skin You're In" *Minnesota Monthly*, June 2012
14.     Interview by Dana Oliver about BB creams "BB creams for dark skin: what brown girls should know about this "miracle" product," the Huffington Post Stylist, 06/08/2012 http://www.stylelist.com/2012/06/08/bb-creams-dark-skin-tones_n_1574367.html?ref=tw
15.     Interview by Sheila Eldred regarding sun protection, "63 Ways to Banish Winter, Get your self ready for spring," *Minnesota Monthly*, April 2014

13

**RESIDENCY/GRADUATE LEVEL MEMBERSHIPS AND EXTRACURRICULAR ACTIVITIES**

| | |
|---|---|
| **Resident Coordinator for the Minnesota Dermatology Conference, May 2010** | 2010 |
| **Graduate Medical Education alternate representative for Dermatology** | 2009-2010 |
| **Johns Hopkins University National Alumni Schools Committee** | 1998-present |

Interview local prospective undergraduate applicants for admission to Johns Hopkins University.
Act as representative for Johns Hopkins at local college fairs.

**Adolescent Substance Abuse Prevention**  1999-2001

Member of the executive committee that brought this national program to the U of MN medical school. This program's curriculum was developed at the University of Chicago Pritzker School of Medicine. The aim was to teach 4th-7th grade students how to make informed decisions about drug use by highlighting the relationships between organ physiology (demonstration with cadaver organs), a healthy body system, and harmful substances; workbook and group project activities are a key component of this program.

**Confidential Peer Assistance Program**  1999-2007

Confidential peer counselor for fellow students.

**Student National Medical Association (SNMA):**  1999-2007

Co-chair of the SNMA undergraduate mentoring program.  1999-2002
The mentoring program aims to encourage undergraduate students of color to pursue a career in academic health fields. As co-chair I helped recruit and match mentors with undergraduate students (20-25 pairs), ran the orientation and other social events. We solicited local organizations for program funding. Served as a mentor for two years.
SNMA treasurer  2001-2002

**American Medical Women's Association**  1999-2007

Networking and Community Service co-chair  1999-2001
Attended the Minnesota Women's physicians quarterly meetings
Attended the national AMWA conference (2000)
Helped organize community service projects, including a household goods drive and stress-reduction seminar for a women's shelter and teaching grade-school students in a summer program about healthy organs
Helped organize lunch lectures open to the medical school

**Medical Student Council**: treasurer for the executive council.  2000-2001

Attended monthly student council and executive council meetings
Worked with the Medical School student groups to maintain budget
Coordinated annual budget meeting of the student council
Conducted annual student council audit

**Cancer Epidemiology Work Group, University of Minnesota**  2001-2007

Attend monthly meetings
Presentation of lymphedema research at the December 2004 meeting

**Minnesota Medical Association (MMA):**  2001-2005

Member of the Minority and Cross-Cultural Affairs Committee (appointed)
Attended quarterly meetings
Developed a web-based needs-assessment survey for clinic interpreter/ translator services. The results were published in *Minnesota Medicine* in 2004.

14