# Harvard Medical School
# Curriculum Vitae

| | |
|---|---|
| **Date Prepared:** | July 30, 2019 |
| **Name:** | Rizwan Haq |
| **Office Address:** | Dana-Farber Cancer Institute<br>Department of Medical Oncology, M417<br>450 Brookline Ave<br>Boston, MA 02215 |
| **Home Address:** | 338 Pond Street<br>Boston, MA 02130 |
| **Work Phone:** | 617-632-6168 |
| **Work Email:** | rizwan_haq@dfci.harvard.edu |
| **Work FAX:** | 617-632-6727 |
| **Place of Birth:** | Ottawa, Ontario, Canada |

## Education

| | | | |
|---|---|---|---|
| 1995 | BSc<br>*High Distinction* | Molecular Biology and Genetics | University of Toronto, Ontario Canada |
| 2003 | MD, PhD | Medicine, and Institute of Medical Science. PhD advisor: Brent Zanke, MD PhD | University of Toronto |

## Postdoctoral Training

| | | | |
|---|---|---|---|
| 07/03-06/04 | Intern | Internal Medicine | Johns Hopkins Hospital, Baltimore, MD |
| 07/04-06/06 | Resident | Internal Medicine | Johns Hopkins Hospital |
| 07/06-06/09 | Fellow | Medical Oncology | Dana-Farber Cancer Institute (DFCI)/Partners Cancer Center, Boston, MA |
| 07/09-06/14 | Post-doctoral fellow | Melanoma biology<br>Supervisor: David E. Fisher | Massachusetts General Hospital (MGH), Boston, MA |

1

## Faculty Academic Appointments

| | | | |
|---|---|---|---|
| 07/09-03/16 | Instructor | Medicine | Harvard Medical School (HMS), Boston, MA |
| 03/16- | Assistant Professor | Medicine | Harvard Medical School (HMS), Boston, MA |

## Appointments at Hospitals/Affiliated Institutions

| | | | |
|---|---|---|---|
| 07/09-06/14 | Assistant Physician | Medicine Division of Medical Oncology | Massachusetts General Hospital |
| 07/14- | Associate Physician | Medical Oncology | Dana-Farber Cancer Institute, Boston, MA |

## Professional Societies

| | | |
|---|---|---|
| 2001 | American Society of Hematology | Associate |
| 2003- | Sigma Xi | Member |
| 2004- | American Society of Clinical Oncology | Associate |
| 2007- | American Association of Cancer Research | Associate |
| 2008-2010 | Society of General Internal Medicine | Member |
| 2008- | Massachusetts Medical Society | Member |

## Editorial Activities

**Ad hoc Reviewer**
*Cancer Discovery*
*Journal of Clinical Investigation*
*Clinical Cancer Research*
*Pigment Cell and Melanoma Research*
*British Journal of Dermatology*
*Molecular and Cellular Biology*
*Cancer Research*
*Nature Medicine*

**Editorial Advisory Board**
*Current Melanoma Research & Therapy (2017-2018)*
*Current Cancer Therapy Reviews* (2018-)

**Grant Reviewer**
Melanoma Research Alliance, 2017
Melanoma Research Foundation 2017-
NIH ZRG1 OBT-D ZRG1 OBT-D (55) R21 ad hoc reviewer, 2018

## Honors and Prizes

| | | | |
|---|---|---|---|
| 1995 | Merck-Frosst-Genetics Centres of Excellence Studentship | Merck-Frosst | Research |
| 1996-2003 | Canadian Institutes of Health Research MD/PhD Studentship | Canadian Institutes of Health | Research |
| 2001 | Vision Science Research Studentship | Vision Science | Research |
| 2001 | Laidlaw Prize | Institute of Medical Science, Toronto, Ontario Canada | Research |
| 2001 | Ivan Smith Memorial Studentship for Adult Oncology | Canadian Cancer Society | Clinical |
| 2001 | American Society of Hematology Award | American Society of Hematology | Research |
| 2008 | Perry Levy Endowed Fellowship | Dana-Farber Cancer Institute | Research |

# Report of Funded and Unfunded Projects

## Funding Information

**Past**

| | |
|---|---|
| 2009 | Perry Levy Endowed Fellowship<br>Funding Agency: Dana-Farber Cancer Institute<br>Role: Investigator<br>The major goal of this project was to evaluate the role of microphthalmia (MITF) in melanomagenesis and in resistance to existing melanoma therapies. |
| 2010-2011 | Research Scholar Award<br>Funding Agency: American Skin Association<br>Role: Principal Investigator<br>The major goal of this study was to identify small molecule inhibitors of microphthalmia, a melanoma oncogene. |
| 2010-2012 | Identification of small molecule modulators of microphthalmia (MITF)<br>Funding Agency: Office of the Director, National Institutes of Health, 5RO3DA03089<br>Role: Co-Investigator (PI: David E. Fisher)<br>The major goal of this study was to screen for small molecule inhibitors of microphthalmia, a melanoma oncogene. I designed the screen and was the principal |

3

|  |  |
|---|---|
| | scientist in evaluating lead compounds for their mechanism of action. |
| 2012-2014 | Collaborative Research Project<br>Funding Agency: Adelson Medical Research Foundation<br>Role: Research Fellow (PI: David E. Fisher)<br>The major goal of this project was to identify mechanisms of resistance to B-Raf proto-oncogene, serine/threonine kinase (BRAF) (V600E) therapy in melanoma. I directed two projects, identifying two genes that contributed to BRAF inhibitor resistance. My contributions led to two publications where I was the first author. |
| 2013-2014 | Overcoming resistance to B-Raf proto-oncogene, serine/threonine kinase (BRAF) (V600E) targeted therapy in melanoma.<br>Funding Agency: National Cancer Institute, NIH, 5PO1CA163222<br>Role: Research Fellow (PI: David E. Fisher)<br>The major goal of this project was to identify mechanisms of resistance to B-Raf proto-oncogene, serine/threonine kinase (BRAF) (V600E) therapy in melanoma. I directed two projects, identifying two genes that contributed to BRAF inhibitor resistance. My contributions led to two publications where I was the first author. |
| 2017-2018 | Bristol-Myers Squibb Immuno-oncology Network Grant<br>Role: Principal Investigator ($250,000)<br>The major goal of this project is to understand the role of programmed cell removal in resistance to anti-PD1 immunotherapy |

**Present**

|  |  |
|---|---|
| 2016-2019 | Melanoma Research Alliance: Team Science Award<br>Role: Co-Principal Investigator ($900,000)<br>The major goal of this project is to identify the mechanisms by which a novel drug suppresses the activity of MITF, the melanoma oncogene |
| 2017-2020 | Stand up to Cancer (SU2C) Innovative Research Grant<br>Role: Principal Investigator ($750,000)<br>The goals of this project is to evaluate mechanisms of resistance to anti-PD1 immunotherapy using a new mouse model of melanoma |
| 2017-2020 | Melanoma Research Alliance: Young Investigator Award<br>Role: Principal Investigator ($225,000)<br>The major goal of this project is to apply a unique method to predict responses to anti-apoptotic inhibitors in melanoma |
| 2017- | Prospective International Uveal Melanoma Natural History Database<br>Role: Investigator<br>The major goal of this project is characterize the natural history of uveal melanoma patients worldwide |
| 2017-2020 | Melanoma Research Foundation: Career Development Award<br>Targeting genomic mechanisms of resistance to immunotherapy |
| 2018-2021 | DFCI-NIBR Drug Discovery & Translational Research Program Award |

# Report of Local Teaching and Training

## Formal Teaching of Residents, Clinical Fellows and Research Fellows (post-docs)

| | | |
|---|---|---|
| 2009-2014 | Melanoma<br>Massachusetts General Hospital<br>Internal Medicine Residents | Massachusetts General Hospital<br>One-hour lecture |
| 2009-2014 | Melanoma<br>Dana-Farber Cancer Institute/Harvard Cancer Center Hematology-Oncology-Fellows | Massachusetts General Hospital<br>One-hour lecture |
| 2015-present | Melanoma<br>Brigham & Women's Hospital<br>Internal Medicine Residents | Brigham & Women's Hospital<br>One-hour lecture |
| 2015-present | Melanoma<br>Dana-Farber/Harvard Cancer Care Clinical Fellows | Dana-Farber Cancer Institute |
| 2019-present | CB212: Biology of the Cancer Cell<br>Graduate Students, Harvard University | Harvard University<br>One hour lecture and discussant |

## Laboratory and Other Research Supervisory and Training Responsibilities

| | | |
|---|---|---|
| 2009-2014 | Supervision of pre-MD/PhD students<br>Massachusetts General Hospital | Weekly mentorship for 4-24 months |
| 2014-present | Supervision of post-doctoral fellow, Cecile Gstadler | Continuous mentorship |
| 2014-present | Supervision of research assistants | Continuous supervision |
| 2017-present | Megan Inscoe, medical oncology fellow<br>Dana-Farber Cancer Institute | Quarterly mentorship |
| 2017-present | Supervision of post-doctoral fellow, Megha Shettigar | Continuous mentorship |

## Formally Supervised Trainees and Faculty

| | |
|---|---|
| 2011 | Hannah Edelman, MD-PhD candidate, Johns Hopkins Hospital<br>Mentor, Successfully applied to MD-PhD program. Published one manuscript |
| 2012-2014 | Daniel Kim, MD-PhD candidate, Yale University School of Medicine, New Haven, Connecticut<br>Mentor, Successfully applied to MD-PhD program. One manuscript in preparation |

5

| | |
|---|---|
| 2017 | Christie Ciarlo, PhD student.<br>Dissertation defense committee. |

## Local Invited Presentations

No presentations below were sponsored by outside entities.

| | |
|---|---|
| 2011, 2012, 2013, 2014 | Melanoma Update<br>Melanoma Research Discussion Panel Seminar<br>Department of Dermatology, Massachusetts General Hospital |
| 2013 | Adaptive apoptotic signaling limits efficacy of targeted therapy<br>Melanoma Cross-Campus Meeting, Dana-Farber Cancer Institute/Harvard Cancer Center |
| 2014 | Intrinsic and adaptive resistance to BRAF inhibitor therapies in melanoma<br>Massachusetts General Hospital Melanoma Lecture Series<br>Department of Dermatology, Massachusetts General Hospital |
| 2014 | Intrinsic and adaptive resistance to BRAF inhibitor therapies in melanoma<br>Massachusetts General Hospital Program Project Review<br>Department of Dermatology, Massachusetts General Hospital |
| 2017 | Center for Precision Medicine: Immunotherapy<br>Dana-Farber Cancer Institute |
| 2017 | Cancer Genetics and Melanoma Program Symposium Retreat<br>Small molecule targeting of the melanoma oncogene MITF<br>Dana-Farber/Harvard Cancer Center and MD Anderson Cancer Center |
| 2018 | Targeting Adaptive Resistance in Melanoma<br>Dana-Farber Cancer Institute Melanoma Seminar Series |
| 2019 | Targeting adaptive resistance in melanoma<br>Dana-Farber Melanoma Seminar Series |
| 2019 | Targeting adaptation to targeted therapy using BH3 mimetics<br>Harvard Cell Death Seminar, Harvard Medical School |
| 2019 | Identifying and targeting genomic mechanisms of resistance to anti-PD-1 therapy<br>Center for Immuno-Oncology, Dana-Farber Cancer Institute |
| 2018 | Maximizing the durability of targeted therapies<br>Department of Molecular and Cellular Oncology, Dana-Farber Cancer Institute Retreat |
| 2019 | A small molecule that targets cancers with dysregulated *KEAP-NRF2* signaling<br>Broad Institute of Harvard and MIT, Program in Drug Resistance |
| 2019 | A small molecule that targets cancers with dysregulated *KEAP-NRF2* signaling<br>Broad Institute of Harvard and MIT, Center for the Development of Therapeutics |
| 2018 | A small molecule that targets cancers with dysregulated *KEAP-NRF2* |

6

signaling
Dana-Farber/Harvard Cancer Center Melanoma Program Retreat Symposium

# Report of Regional, National and International Invited Teaching and Presentations

## Invited Presentations and Courses

Those presentations below sponsored by outside entities are so noted and the sponsor(s) is (are) identified.

### Regional

### Abstract Oral Presentations

| | |
|---|---|
| 2012 | Overcoming intrinsic resistance to BRAF inhibitors in melanoma by targeting apoptotic pathways. Chabner Colloquium<br>Boston, MA |
| 2013 | Intrinsic and adaptive resistance to BRAF inhibitor therapies in melanoma<br>Melanoma Special Seminar<br>Yale University Cancer Center, New Haven, CT |
| 2013 | New Frontiers in Cancer Drug Development<br>Invited speaker, Massachusetts General Hospital<br>Boston, MA |
| 2014 | ERBB3 as a therapeutic target in melanoma<br>Boston, MA (Novartis) |
| 2017 | Identify and overcoming resistance to immunotherapy<br>Cambridge, MA (Tango Therapeutics) |
| 2019 | A small molecule that targets cancers with dysregulated KEAP-NRF2 signaling<br>Tango Therapeutics, Cambridge, MA |
| 2019 | Drug Resistance Mini-Symposium, Atlanta, GA<br>American Association of Cancer Research Annual Meeting |

### National

### Abstract Oral Presentations

| | |
|---|---|
| 2010 | ERBB3 and ERBB4 as therapeutic targets in melanoma<br>Collegeville, PA (GlaxoSmithKline) |
| 2010 | Role of ERBB3 in melanoma<br>Boston, MA (Wyeth Pharmaceuticals) |
| 2010 | Integration of bioinformatic and functional screens identify novel approaches to target MITF, a melanoma oncogene, Oncology Grand Rounds<br>University of North Carolina-Chapel Hill |
| 2012 | Adaptive Metabolic Reprogramming Confers Resistance to BRAF Inhibitors.<br>Society of Melanoma Research Annual Meeting<br>Los Angeles, California |
| 2012 | ERBB3 and ERBB4 as therapeutic targets in melanoma<br>Cambridge, MA (Aveo Pharmaceuticals) |
| 2013 | Intrinsic and adaptive resistance to BRAF inhibitor therapies in melanoma |

|  | Vanderbilt-Ingram Cancer Center Special Seminar<br>Vanderbilt University, Nashville, TN |
|---|---|
| 2013 | Intrinsic and adaptive resistance to BRAF inhibitor therapies in melanoma<br>Hematology-Oncology Grand Rounds<br>University of North Carolina-Chapel Hill |
| 2013 | Intrinsic and adaptive resistance to BRAF inhibitor therapies in melanoma<br>Hematology-Oncology Seminar Series<br>Stanford University Cancer Institute, Palo Alto, CA |
| 2013 | Intrinsic and adaptive resistance to BRAF inhibitor therapies in melanoma<br>University of Pennsylvania Abramson Cancer Institute Seminar Series<br>University of Pennsylvania, Philadelphia, PA |
| 2014 | Intrinsic and adaptive resistance to BRAF inhibitor therapies in melanoma<br>Hematology-Oncology Grand Rounds<br>University of North Carolina-Chapel Hill |

**International**

| 2013 | Intrinsic and adaptive resistance to BRAF inhibitor therapies in melanoma<br>Hematology-Oncology Grand Rounds<br>Princess Margaret Hospital Cancer Centre, Toronto, Canada |
|---|---|

# Report of Clinical Activities and Innovations

## Current Licensure and Certification

| 2008- | Massachusetts Medical License |
|---|---|

## Practice Activities

| 2009-2014 | Ambulatory Care (Melanoma Center) | Massachusetts General Hospital | One session per week |
|---|---|---|---|
| 2009-2014 | Inpatient Care | Massachusetts General Hospital | 2 weeks per year |
| 2014- | Ambulatory Care (Melanoma Center) | Dana-Farber Cancer Institute | 1 session per week |

# Report of Technological and Other Scientific Innovations

| Cyclin-dependent-kinase 2-related kinase associated with acute leukemia | As a member of the Zanke lab, my colleagues and I identified a gene that was recurrently dysregulated in leukemia. World International Property Organization Patent Application WO/2000/012719, filed 2000 |
|---|---|
| A method for regulating skin pigmentation | As a member of the Fisher lab, my colleagues and I developed an approach to regulate skin pigmentation and isolated several candidate compounds that modulate pigmentation. World International Property |

| | |
|---|---|
| | Organization Patent Application. WO/2013/033520, filed 2013 |
| Approach To Classification And Treatment Of Melanomas Using Inhibitors Of Mitochondrial Metabolism | Assigned U.S. Patent No. 9,937,161, issued on April 10, 2018 |
| Inhibitors of the MITF molecular pathway | Assigned U.S. Patent No 9745261B2, issued 2014-06-2010 |
| Combinatorial compositions and methods for treatment of melanoma | Assigned U.S. Patent No 9937161B2, issued 2014-03-06 and World patent, issued 2014-03-06 |

# Report of Scholarship

**Peer-reviewed publications in print or other media**

Research investigations

1. Waring JD, **Haq R**, Tamai K, Sabourin LA, Ikeda JE, Korneluk RG (1996). Investigation of myotonic dystrophy kinase isoform translocation and membrane association. *J Biol Chem*. 271(25): 15187-93.

2. Midmer M, **Haq R**, Squire JA, Zanke BW (1999). Identification of NKIAMRE, the human homologue to the mitogen-activated protein kinase-/cyclin-dependent kinase-related protein kinase NKIATRE, and its loss in leukemic blasts with chromosome arm 5q deletion. *Cancer Res*. 59(16):4069-74.

3. Jones NL, Islur A, **Haq R**, Mascarenhas M, Karmali MA, Perdue MH, Zanke BW, Sherman PM (2000). Escherichia coli Shiga toxins induce apoptosis in epithelial cells that is regulated by the Bcl-2 family. *Am J Physiol Gastrointest Liver Physiol*. 278(5):G811-9.

4. **Haq R**, Randall S, Midmer M, Yee K, Zanke B (2001). NKIATRE is a novel conserved cdc2-related kinase. *Genomics*. 71(2):131-41.

5. **Haq R**, Halupa A, Beattie BK, Mason JM, Zanke BW, Barber DL (2002). Regulation of Erythropoietin-induced STAT Serine Phosphorylation by Distinct Mitogen-activated Protein Kinases. *J Biol Chem*. 277(19):17359-17366.

6. Ho JM, Nguyen MH, Dierov JK, Badger KM, Beattie BK, Tartaro P, **Haq R**, Zanke BW, Carroll MP, Barber DL (2002). Chromosomal Translocation involving TEL-JAK2 constitutively activate the ERK, SAP kinase and p38 signaling pathway. *Blood* 100(4):1438-1448.

7. **Haq R**, Brenton JD, Finan D, Takahashi M, Rottapel R, Zanke BW (2002). Constitutive p38HOG Mitogen-activated Protein Kinase Activation Induces Permanent Cell Cycle Arrest and Senescence. *Cancer Research*, September 1; 62: 5076-5082.

8. McGill GG, **Haq R**, Nishimura EK, Fisher DE (2006). c-met expression is regulated by MITF in the melanocyte lineage. *Journal of Biological Chemistry*. 281(15):10365-73.

9. Yokoyama S*, Woods SL*, Boyle G*, Aoude LG*, MacGregor S*, Zismann V*, Gartside M, Cust AE, **Haq R**, et al. (2011). A novel recurrent mutation in MITF predisposes to familial and sporadic melanoma. *Nature*, Nov 13;480(7375):99-103.  *co-first authors

10. Li J, Song JS, Bell JA, Tran TT, **Haq R**, Liu H, Love KT, Langer R, Anderson DG, Larue L, Fisher DE (2012). YY1 regulates melanocyte development and function by co-operating with the Waardenburg syndrome gene MITF, *PLOS Genetics*, 8(5):e1002688.

11. Shoag J, **Haq R**, Zhang M, Liu L, Rowe GC, Jiang A, Koulisis N, Farrel C, Amos CI, Wei Q, Lee JE, Zhang J, Kupper TS, Qureshi AA, Cui R, Han J, Fisher DE, Arany Z (2013). PGC-1 coactivators regulate MITF and the tanning response. *Molecular Cell*, 49(1):145-57.

12. **Haq R**, Yokoyama S, Hawryluk EB, Jönsson GB, Frederick DT, McHenry K, Porter D, Tran TN, Love KT, Langer R, Anderson DG, Garraway LA, Duncan LM, Morton DL, Hoon DS, Wargo JA, Song JS, Fisher DE (2013). BCL2A1 is a lineage-specific antiapoptotic melanoma oncogene that confers resistance to BRAF inhibition. *Proc Natl Acad Sci U S A*, 110(11):4321-6.

13. **Haq R**, Shoag S, Andreu-Perez P, Yokoyama S, Edelman H, Hurley AD, Nellore A, Wargo JA, Song JS, Fisher DE*, Arany Z*, Widlund HR* (2013). Oncogenic BRAF regulates oxidative metabolism via PGC1α and MITF. *Cancer Cell,* Mar 18;23(3):302-15.

14. Konieczkowski DJ, Johannessen CM, Abudayyeh O, Kim JW, Cooper ZA, Piris A, Frederick DT, Barzily-Rokni M, Straussman R, **Haq R**, **Fisher DE**, Mesirov JP, Hahn WC, Flaherty KT, Wargo JA, Tamayo P, Garraway LA (2014). A melanoma cell state distinction influences sensitivity to MAPK pathway inhibitors. *Cancer Discov*. 2014 Jul;4(7):816-27.

15. Frederick DT, Fragomeni RA, Hoff T, Cooper ZA, **Haq R**, Cho DC, Panka DJ, Cusack JC,  Flaherty KT, Fisher DE, Mier JW, Wargo JA, Sullivan RJ (2014). Overcoming de novo resistance to BRAF inhibition using BH3-mimetics in BRAF mutant melanoma. *PLoS One.* Jul 1;9(7):e101286.

16. Faloon PW, Bennion M, Weiner WS, Smith RA, Wurst J, Weiwer M, Hartland C, Mosher CM, Johnston S, Porubsky P, Neuenswander B, Dandapani S, Munoz B, Schoenen FJ, Metkar S, **Haq R**, Fisher DE, Aubé J, Palmer M, Schreiber SL (2014). A Small Molecule Inhibitor of the MITF Molecular Pathway. *Probe Reports from the NIH Molecular Libraries Program [Internet]. Bethesda (MD)*

17. Lauss M, **Haq R**, Cirenajwis H, Phung B, Harbst K, Staaf J, Rosengren F, Holm K, Aine M, Jirström K, Borg Å, Busch C, Geisler J, Lønning PE, Ringnér M, Howlin J, Fisher DE, Jönsson G (2015). Genome-Wide DNA Methylation Analysis in Melanoma Reveals the Importance of CpG Methylation in MITF Regulation. *J Invest Dermatol*. 2015 Jul;135(7):1820-8.

18. Gee MS, Ghazani AA, **Haq R**, Wargo JA, Sebas M, Sullivan RJ, Lee H, Weissleder R (2017). Point of care assessment of melanoma tumor signaling and metastatic burden from µNMR analysis of tumor fine needle aspirates and peripheral blood. *Nanomedicine*. 2017 Apr;13(3):821-828.

19. Wang DY, Eroglu Z, Ozgun A, Leger PD, Zhao S, Ye F, Luke JJ, Joseph RW, **Haq R**, Ott PA, Hodi FS, Sosman JA, Johnson DB, Buchbinder EI (2017). Clinical Features of Acquired Resistance to Anti-PD-1 Therapy in Advanced Melanoma. *Cancer Immunol Res*. May;5(5):357-362.

20. Gee MS, Ghazani AA, Haq R, Wargo JA, Sebas M, Sullivan RJ, Lee H, Weissleder R (2017). Point of care assessment of melanoma tumor signaling and metastatic burden from µNMR analysis of tumor fine needle aspirates and peripheral blood. *Nanomedicine*. Apr;13(3):821-828.

21. Lee H, Hodi FS, Giobbie-Hurder A, Ott PA, Buchbinder EI, Haq R, Tolaney SM, Barroso-Sousa R, Zhang K, Donahue H, Davis M, Gargano ME, Kelley KM, Carroll RS, Kaiser UB, Min L (2017). Characterization of Thyroid Disorders in Patients Receiving Immune Checkpoint Inhibition Therapy. *Cancer Immunol Res* 5(12):1133-1140.

22. Miao D, Margolis C, Vokes N, Liu D, Weiner-Taylor A, Wankowicz S, Adeegbe D Keliher D, Schilling B, Tracy A, Manos M, Chau N, Hanna GJ, Polak P, Rodig S, Signoretti S, Sholl LM, Engelman JA, Getz G, Jänne P, Haddad RI, Choueiri T, Barbie D, **Haq R**, Awad MM, Schadendorf D, Hodi FS, Bellmunt J, Wong KK, Hammerman P, Van Allen E (2018). Genomic correlates of response to immune checkpoint blockade in microsatellite-stable solid tumors. *Nature Genetics*, Sep;50(9):1271-1281.

23. Naik GS, Waikar SS, Johnson A, Buchbinder EI, **Haq R**, Hodi FS, Schoenfeld J, Ott PA (2019) Complex Inter-relationship of Body Mass Index, Gender and Serum Creatinine on Survival: Exploring the Obesity Paradox in Melanoma Patients Treated with Immune Checkpoint Inhibition. *Journal for ImmunoTherapy of Cancer*, Mar 29;7(1):89.

24. Jerby-Arnon L, Shah P, Cuoco MS, Rodman C, Su MJ, Melms JC, Leeson R, Kanodia A, Mei S, Lin JR, Wang S, Rabasha B, Liu D, Zhang G, Margolais C, Ashenberg O, Ott PA, Buchbinder EI, Haq R, Hodi FS, Boland GM, Sullivan RJ, Frederick DT, Miao B, Moll T, Flaherty KT, Herlyn M, Jenkins RW, Thummalapalli R, Kowalczyk MS, Cañadas I, Schilling B, Cartwright ANR, Luoma AM, Malu S, Hwu P, Bernatchez C, Forget MA, Barbie DA, Shalek AK, Tirosh I, Sorger PK, Wucherpfennig K, Van Allen EM, Schadendorf D, Johnson BE, Rotem A, Rozenblatt-Rosen O, Garraway LA, Yoon CH, Izar B, Regev A (2018). A Cancer Cell Program Promotes T Cell Exclusion and Resistance to Checkpoint Blockade. *Cell,* Nov 1;175(4):984-997.

25. Montero J, Kim DJ, Sadowicz D, Miles W, Manos M, Secrist PJ, Tron AE, Flaherty K, Hodi FS, Yoon CH, Letai A, Fisher DE, **Haq R** (2019). Destabilization of *NOXA* mRNA as a common resistance mechanism to targeted therapies. *Nature Communications*, in press.

26. Gstalder G, Liu D, Miao D, Pancholi P, Shettigar M, Buchbinder M, Carter S, Manos M, Rojas-Rudilla V, Brennick R, Johnson DJ, Gjini E, Lako A, Rodig R, Yoon C, Freeman GJ, Hodi FS, Van Allen EM, Haq R (2019). Loss-of-function mutations in *FBXW7* lead to acquired resistance to PD-1 blockade, *Nature Medicine*, in revision.

11

27. Persky N, Hernandez D, Do Carmo M , Brenan L, Cohen O , Kitajima S, Nayar U, Walker A, Pantel S, Lee Y, Cordova J, Zhu C, Hayes T, Ram P, Pancholi P, Mikkelsen T, Barbie D, Yang X, **Haq R**, Piccioni F, Root D, Johannessen C (2019). Defining the landscape of ATP-competitive inhibitor resistance residues in protein kinases. *Nature Structural & Molecular Biology*, in revision.

28. Slyper M, Porter CBM, Ashenberg O, Waldman J, Wakiro I, Smith-Rosario G, Wu J, Drokhlyansky E, Dionne D, Vigneau S, Jané-Valbuena J, Patel A, Karlstrom A, Gritsch S, Waghray A, Gohil SH, Tsankov A, Jerby-Arnon L, Cohen O, Klughammer J, Rosen Y, Gould J, Li B, Wu CJ, Izar B, **Haq R**, Hodi FS, Yoon CH, Hata A, Suvà M, Bueno R, Stover EH, Clay MR, Dyer MA, Collins NB, Wagle N, Rotem A, Johnson BE, Rozenblatt-Rosen O, Regev A (2019). A single-cell and single-nucleus RNA-Seq toolbox for fresh and frozen human tumors, submitted.

29. Kurppa KJ, Liu Y, Zhang T, Fan M, Xie Y, Lim K, Cejas P, Haikala H, Wang H, Ficarro SB, Bahcall M, Shin BH, Thai T, Gao Y, Boettcher S, Wilkens MK, Tillgren ML, Xu M, Choi J, Ebert B, Barbie DA, Gokhale PC, Kirschmeier PT, Marto JA, Camargo FD, **Haq R**, Long HW, Gray NS, Jänne PA (2019). YAP promotes treatment induced tumor dormancy through transcriptional repression of BMF in *EGFR* mutant NSCLC. *Cancer Cell*, submitted.

Other peer-reviewed publications

All publications in this section are peer-reviewed.

1. **Haq R**, Zanke B (1998). Inhibition of apoptotic signaling pathways in cancer cells as a mechanism of chemotherapy resistance. *Cancer Metastasis Rev*. 17(2):233-9.

2. **Haq R** (2003). Aging research: its time has come. *Clin Invest Med*. 26(3):116-20.

3. Pruktin JM, **Haq R** (2006). A dish best served hot. *Am J Medicine* 119(4):307-9.

4. **Haq R** and Fisher DE (2008). Pigmentation pathways and Micropthalmia-Associated Transcription Factor as new targets in melanoma, in Agarwala SS and Sondak VK, editors. Melanoma: Translational Research and Emerging Therapies. New York: CRC Press, 2008, p. 99-110.

5. **Haq R**, Fisher DE (2011). Biology and clinical relevance of the micropthalmia family of transcription factors in human cancer. *Journal of Clinical Oncology*, 29(25):3474-82.

6. **Haq R** and Hodi S (2012). Melanoma. *Hospital Physician.*

7. **Haq R** and Fisher DE (2013). Targeting melanoma by small molecules: Challenges ahead *Pigment Cell and Melanoma Research*, Jul;26(4):464-9.

8. **Haq R** and Fisher DE (2013). Improving apoptotic responses to targeted therapy. *Oncotarget*, Sep;4(9):1331.

9. **Haq R**, Fisher DE, Widlund HR (2014). Molecular pathways: BRAF induces bioenergetic adaptation by attenuating oxidative phosphorylation. *Clin Cancer Res.* 20(9):2257-63.

10. **Haq R**, **Flaherty** K (2014). The melanoma metastasis X-factor. Pigment Cell Melanoma Res. 27(5):698.

12

11. **Haq R** (2018). Trapping Cancers as They Adapt to Survive. *Cancer Discovery* 7(11):1216-1217.

**Abstracts and Conference Proceedings**

1. Naik GS, Buchbinder EI, Haq R, Hodi FS, Ott PA (2018). Association of pre-treatment ALC with survival outcomes among melanoma patients treated with anti-PD-1/CTLA-4 combination and anti-PD-1 monotherapy. European Society of Medical Oncology, Munich, Germany.
2. Buchbinder EI, Weirather J, Manos MP, Brennick RC, Ott PA, Haq R, Izar B, Hodi FS (2019). Characterization of the genetics of mucosal melanoma in patients treated with immunotherapy. American Society of Clinical Oncology Annual Meeting 2019, Atlanta, GA.