# Direct Examination of Dr. Richard Marais

## VIAGRA DAUBERT HEARING

# Why Plaintiffs' Experts Unreliably Interpret Arozarena et al.



## Plaintiffs' experts improperly:

**1** Equate genetic manipulation with inhibition by drugs

**2** Present a single *in vitro* result out of context

**3** Discount our *in vivo* result

**4** Mischaracterize our conclusions

*Source:* JX 85, Arozarena et al., Cancer Cell 19, 45-57, Jan. 18, 2011.

# How Genes and Proteins Interact In Cells





**Genes are blueprints for the cell**



**Proteins are produced**

# How Genes and Proteins Interact In Cells



 **Genes are blueprints for the cell**

 **Proteins are produced**

# How Genes and Proteins Interact In Cells



Cell

Nucleus



**Genes are blueprints for the cell**



**Proteins are produced**

5

# Only 7 of 65 Figures in Arozarena et al. Involve PDE5 Inhibitors



*Source:* JX 85, Arozarena et al., Cancer Cell 19, 45-57, Jan. 18, 2011 (highlights are of Figures 4E, 4G, 5B, 5C, 5E, 6B, 7K).

# 501mel Has Very High PDE5A Expression, Unlike Other Cell Lines





*Source:* JX 85, Arozarena et al., Cancer Cell 19, 45-57, Jan. 18, 2011, at p. 47, Fig. 1C.

# *In Vitro:* Increased Collagen Movement in 501mel (Very High PDE5A Expression)



*Source:* JX 85, Arozarena et al., Cancer Cell 19, 45-57, Jan. 18, 2011, at p. 50, Fig. 4E.

# *In Vitro:* <u>No</u> Increased Collagen Movement in WM266.4 (Low PDE5A Expression)



*Source:* JX 85, Arozarena et al., Cancer Cell 19, 45-57, Jan. 18, 2011, at p. 50, Fig. 4G.

# *In Vivo:* No Increase in Lung Tumor Burden



*Source:* JX 85, Arozarena et al., Cancer Cell 19, 45-57, Jan. 18, 2011, at p. 54, Fig. 7K.

# *In Vivo:* No Increase in Lung Tumor Burden



The lungs were harvested after a further 7 days, and the results show that sildenafil did not increase tumor burden (Figure 7K).

*Source:* JX 85, Arozarena et al., Cancer Cell 19, 45-57, Jan. 18, 2011, at p. 53.

# Discussion: "We Do Not Perceive [PDE5 Inhibitors] To Be A Problem"



However, we do not perceive this to be a problem.

*Source:* JX 85, Arozarena et al., Cancer Cell 19, 45-57, Jan. 18, 2011, at p. 55.

# Discussion: "We Do Not Perceive [PDE5 Inhibitors] To Be A Problem"



1. However, we do not perceive this to be a problem. There are no reports linking these drugs to increased risk of melanoma metastasis, and we found that sildenafil did not increase mouse

2. tasis, and we found that sildenafil did not increase mouse lung colonization by melanoma cells. Furthermore, PDE5A drugs

3. lung colonization by melanoma cells. Furthermore, PDE5A drugs are generally used as needed rather than persistently and are generally cleared rapidly ($T_{1/2}$ ~2 hr) because their effects must be short lived. Moreover, in addition to being able to degrade

4. cGMP, phosphodiesterases appear to possess enzyme-independent functions, as implied by their interaction with many other cellular proteins (Houslay, 2010). Thus, we posit that complete

5. cellular proteins (Houslay, 2010). Thus, we posit that complete loss of PDE5A protein is not akin to its transient and reversible inhibition that is mediated by drugs. Furthermore, as mentioned,

6. because PDE5A is already downregulated in most BRAF mutant melanoma cases, its further inhibition is presumably not possible.

peutic target in cancer. We also found that PDE5A downregulation slowed the growth of some melanoma cells, but the major impact of its downregulation or inhibition was to induce invasion.

More pertinently, because PDE5A is generally downregulated in BRAF mutant melanoma cells, its inhibition would presumably be without impact. Thus, we conclude that PDE5A is not a therapeutic target

in melanoma, and our data even raise the possibility that PDE5A drugs could promote melanoma metastasis. This is important

*Source:* JX 85, Arozarena et al., Cancer Cell 19, 45-57, Jan. 18, 2011, at p. 55.

# Why Plaintiffs' Experts Unreliably Interpret Dhayade et al.



**1** The extremely high doses of sildenafil used by Dhayade have off-target effects

- Plaintiffs' experts rely on cGMP levels in mouse hearts
  - But there is no detectable PDE5 in the heart
  - Other PDEs [e.g., PDE1] <u>are</u> present in the heart

- In the Dhayade study, there were very low (non-functional) levels of PDE5 in melanoma cells, but PDE1 was present at high levels

- Therefore, the effects Dhayade observed must be due to off-target effects of their very high doses

**2** Plaintiffs' experts ignore inconsistent growth results in Dhayade and Zhang

*Source:* JX 87, Dhayade et al., Cell Reports 14, 2599-2610, Mar. 22, 2016.

# Extremely High Doses of Sildenafil Inhibit PDE1

**Tissue Distribution of Phosphodiesterase Families and the Effects of Sildenafil on Tissue Cyclic Nucleotides, Platelet Function, and the Contractile Responses of Trabeculae Carneae and Aortic Rings In Vitro**

Robert M. Wallis, PhD, Jackie D. Corbin, PhD, Sharron H. Francis, PhD, and Peter Ellis, PhD

**Wallis et al.**

| Family | Geometric Mean $IC_{50}$ (nM) |
|---|---|
| PDE1 | 280 |
| PDE5 | 3.5 |

- **Significantly exceeding the maximum clinical dose will inhibit <u>both</u> PDE1 and PDE5**
- **Dhayade used more than <u>180x</u> the maximum clinical dose – more than enough to inhibit PDE1**

*Source:* DX 132, Wallis et al., Am. J. Cardiology 1999;83:3C-12C, at 4C (Table 1), 6C.

# Dhayade Used Extremely High Doses of Sildenafil

## Human Dose
1.25 mg/kg

(one 100 mg pill per week)



## Arozarena
1.3 mg/kg

(every day for 7 days)





## Dhayade
200 mg/kg

(every day for 14 days)



# Dhayade: Plaintiffs' Experts Rely on cGMP Levels in Hearts of Mice



*Source:* JX 87, Dhayade et al., Cell Reports 14, 2599-2610, Mar. 22, 2016, at p. 2605, Fig. 6E.

# Virtually No PDE5 in the Heart – But PDE1 Is Abundant



**Degen et al.**

Our data clearly demonstrate that we are unable to detect PDE5 in any of the cardiac tissue lysates examined from humans or experimental models of HF, whereas PDE5 is present in the murine and bovine lung samples used as a positive control. These results indicate that if PDE5

**Wallis et al.**

| Family | Tissue | Tissue Localization |
|---|---|---|
| PDE1 | Cardiac ventricle | Brain, heart, kidney, liver, skeletal muscle, vascular and visceral smooth muscle |
| PDE5 | Corpus cavernosum | Corpus cavernosum, platelets, skeletal muscle, vascular and visceral smooth muscle |

**The change in cGMP levels observed in Dhayade in the heart <u>cannot</u> be explained by inhibition of PDE5 – it has to be other PDEs (such as PDE1)**

*Sources:* DX 110, Degen, et al., The Emperor's New Clothes: PDE5 and the Heart, PLoS One. 2015 Mar 6; 10(3):e0118664; DX 132, Wallis et al., Am. J. Cardiology 1999;83:3C-12C, at 4C (Table 1), 6C.

# Haq Slide 57 (10/15/2019)



*Source:* Haq Slide 57 (10/15/2019).

# PDE5 Is Barely Present in Melanomas – But PDE1 Is



*Source:* JX 87, Dhayade et al., Cell Reports 14, 2599-2610, Mar. 22, 2016, at supplement, Fig. S2B.

# PDE5 Is Barely Present in Melanomas – But PDE1 Is



**The effect of sildenafil on melanoma cells <u>cannot</u> be due to inhibition of PDE5 – it has to be due to inhibition of other PDEs, such as PDE1**

*Source:* JX 87, Dhayade et al., Cell Reports 14, 2599-2610, Mar. 22, 2016, at supplement, Fig. S2B.

# Plaintiffs' Experts Ignore Off-Target Effects of High Dose on Other PDEs



**Heart**



**Melanoma**

- **The change in cGMP levels in the <u>heart</u> <u>cannot</u> be explained by inhibition of PDE5 – it has to be other PDEs (such as PDE1)**

- **The effects of sildenafil in <u>melanoma</u> cells <u>cannot</u> be explained by inhibition of PDE5 – it has to be other PDEs (such as PDE1)**

# Dhayade Admits Their Dose May Not Be Reached in Patients

OPEN ACCESS CellPress

tumor type and context. Although it is not clear whether the sildenafil concentration used in our experiments is also reached in patients, the results of the preclinical melanoma models obtained in the present study and elsewhere (Arozarena et al., 2011; Noonan et al., 2012; Zhang et al., 2012) combined with the recent finding of increased melanoma risk in men using sildenafil (Li et al., 2014) suggest that possible skin adverse effects of PDE5 inhibitors should be considered at least in patients with melanoma.

*Source:* JX 87, Dhayade et al., Cell Reports 14, 2599-2610, Mar. 22, 2016, at p. 2607.

# Dhayade Admits Other PDEs Play Role in cGMP Signaling



*Source:* JX 87, Dhayade et al., Cell Reports 14, 2599-2610, Mar. 22, 2016, at p. 2603.

# Zhang: Did Not Replicate Dhayade Growth Results



**Mouse Melanoma Cells:**
**No Significant Change in Growth**

**Human Melanoma Cells:**
**Significant <u>Decrease</u> in Growth**

*Source:* JX 118, Zhang et al., J. Cell. Biochem, Mar.15 2012, at p. 2740, Fig. 1B, supplement, Fig. S1B.

# Totality of Evidence Does Not Establish Biological Plausibility

| Study | Growth with PDE5 Inhibitors? | Invasion with PDE5 Inhibitors? |
|---|---|---|
| Arozarena | **NO** | *In vitro*: 1 cell line<br>*In vivo*: **NO** |
| Dhayade | **YES** | **NO** |
| Zhang | **NO** | **NO** |