# Bastian Daubert Presentation Mock-Up

VIAGRA DAUBERT HEARING

# Boris Bastian, M.D., Ph.D.

## University of California at San Francisco

Prepared: October 3, 2019

**University of California, San Francisco**

**CURRICULUM VITAE**

**Name:** Boris C Bastian, MD, PhD

**Position:** Professor, Step 6
Dermatology
School of Medicine

**Address:** Box 3116
1450 3rd Street, Room HD281
University of California, San Francisco
San Francisco, CA 94158
Voice: 502-0267
Fax: 415-353-7553
Email: boris.bastian@ucsf.edu

**EDUCATION**

| | | | | |
|---|---|---|---|---|
| 1981 - 1982 | University of Cologne | NA | Chemistry | |
| 1982 - 1989 | Ludwig-Maximilian-University of Munich | MD | Medicine | |
| 1985 - 1989 | Munich, Medical Sciences Ludwig-Maximilian-University of Munich | Dr. Med | Magna cum laude | Prof. Dr. med. Guder |
| 1987 - 1987 | Krankenhaus Harlachingen, Munich, Germany | Intern | Surgery | |
| 1987 - 1987 | Dermatologische Klinik, LMU, Munich, Germany | Intern | Dermatology | |
| 1987 - 1988 | Schwabinger Krankenhaus,Munich, Germany | Intern | Medicine | |
| 1988 - 1989 | Ludwig-Maximilian-University | Fellow | Hematology | |
| 1989 - 1994 | University of Würzburg | Resident | Dermatology | |
| 1995 - 1996 | University of California, San Francisco | Visiting Scholar | Dermatopathology | |
| 1997 - 1999 | University of California, San Francisco; Comprehensive Cancer Center | Fellow | Cancer Genetics Program | |

**LICENSES, CERTIFICATION**

| | |
|---|---|
| 1989 | Medical License: Bavarian Medical Board |

1 of 65

- Professor of Dermatology and Pathology
- Distinguished Professor of Cancer Biology, Helen Diller Family Comprehensive Cancer Center
- Principal Investigator, Bastian Research Laboratory
- Leader, Cutaneous Oncology Research and Clinical Program
- Director, Molecular Dermatopathology Clinical Service
- Founder and Executive Director, Clinical Cancer Genomics Lab

# Boris Bastian, M.D., Ph.D.
## Selected Publications on Melanoma Initiation and Progression






# Boris Bastian, M.D., Ph.D.
## Selected Publications on Melanoma Initiation and Progression



The NEW ENGLAND JOURNAL of MEDICINE

**ORIGINAL ARTICLE**

## Distinct Sets of Genetic Alterations in Melanoma

John A. Curtin, Ph.D., Jane Fridlyand, Ph.D., Toshiro Kageshita, M.D., Hetal N. Patel, M.S., Klaus J. Busam, M.D., Heinz Kutzner, M.D., Kwang-Hyun Cho, M.D., Setsuya Aiba, M.D., Ph.D., Eva-Bettina Bröcker, M.D., Philip E. LeBoit, M.D., Dan Pinkel, Ph.D., and Boris C. Bastian, M.D.

4

# Boris Bastian, M.D., Ph.D.
## Selected Publications on Melanoma Initiation and Progression

The NEW ENGLAND JOURNAL of MEDICINE

ORIGINAL ARTICLE

### The Genetic Evolution of Melanoma from Precursor Lesions

A. Hunter Shain, Ph.D., Iwei Yeh, M.D., Ph.D., Ivanka Kovalyshyn, D.O., Aravindhan Sriharan, M.D., Eric Talevich, Ph.D., Alexander Gagnon, B.A., Reinhard Dummer, M.D., Jeffrey North, M.D., Laura Pincus, M.D., Beth Ruben, M.D., William Rickaby, M.B., Ch.B., Corrado D'Arrigo, M.B., Ch.B., Ph.D., Alistair Robson, F.R.C.Path., and Boris C. Bastian, M.D.

Case 3:16-md-02691-RS   Document 1004-18   Filed 11/05/19   Page 6 of 19

# Boris Bastian, M.D., Ph.D.
## Selected Publications on Melanoma Initiation and Progression



6

# Boris Bastian, M.D., Ph.D.

## Selected Publications on Melanoma Initiation and Progression

Article

Cancer Cell

**Genomic and Transcriptomic Analysis Reveals Incremental Disruption of Key Signaling Pathways during Melanoma Evolution**

Graphical Abstract

Authors

A. Hunter Shain, Nancy M. Joseph, Richard Yu, ..., Iwei Yeh, Robert Judson, Boris C. Bastian

Correspondence

alan.shain@ucsf.edu (A.H.S.), boris.bastian@ucsf.edu (B.C.B.)

In Brief

Shain et al. show sequential MAPK pathway activation, telomerase upregulation, chromatin landscape modulation, G1/S checkpoint override, MAPK signaling ramp-up, p53 pathway disruption, and PI3K pathway activation during the evolution from pre-malignant lesions to melanoma, but no metastasis-specific mutations.

Article

Cancer Cell

**Bi-allelic Loss of *CDKN2A* Initiates Melanoma Invasion via BRN2 Activation**

Graphical Abstract

Authors

Hanlin Zeng, Aparna Jorapur, A. Hunter Shain, ..., Iwei Yeh, Boris C. Bastian, Robert L. Judson

Correspondence

robert.judson@ucsf.edu

In Brief

Zeng et al. find that complete *CDKN2A* loss coincides with the onset of invasiveness in melanocytic tumors at distinct progression stages. p16$^{INK4A}$, encoded by *CDKN2A*, inhibits E2F1-mediated transcriptional activation of BRN2, a transcription factor that has been associated with melanocytic invasive programs.

# A Stepwise Accumulation of Mutations Causes Melanoma Initiation and Progression





BRAF$^{V600K}$ + TERT
or
NRAS$^{Q61}$ + TERT
→ SWI/SNF → CDKN2A → PTEN/P53

Melanoma in situ → Invasive Melanoma





BRAF$^{V600E}$ → TERT → SWI/SNF → CDKN2A → PTEN/P53

Benign → Intermediate → Invasive Melanoma

# "No Causal Link between Phosphodiesterase Type 5 Inhibition and Melanoma"

## No Causal Link between Phosphodies Inhibition and Melanoma

Jenny Z. Wang[1], Stephanie Le[2], Claire Alexanian[3], Sucharita Boddu[2], Al
Alina Marusina[2], Emanual Maverakis[2]
[1]Albert Einstein College of Medicine, Bronx, NY, [2]Department of Dermatology, University of Californi
CA, [3]Georgetown University School of Medicine, Washington, DC, USA

**Purpose:** To examine the association between phosphodiesterase type 5 (PDE5) inhibitor us ing a systematic review of observational studies; and 2) determining if low PDE5A gene exp related with decreased overall survival.
**Materials and Methods:** A systematic search of observational studies examining the associa and melanoma was performed through ClinicalTrials.gov, the Cochrane Library, EMBASE, Pu bases, and seven eligible studies were identified. PDE5A gene expression was analyzed wit human melanoma samples obtained from The Cancer Genome Atlas.
**Results:** Four studies reported a positive association between PDE5 inhibitor use and melan correlation. RNA sequencing data analysis revealed that under-expression of the PDE5A g comes in melanoma.
**Conclusions:** There is currently no evidence to suggest that PDE5 inhibition in patients cau The few observational studies that demonstrated a positive association between PDE5 in failed to account for major confounders. Nonetheless, the substantial evidence implicating l nosine monophosphate (cGMP)-mediated melanoma pathway warrants further investigation

**Keywords:** Melanoma; Phosphodiesterase 5 inhibitors; Sildenafil citrate; Tadalafil; Vardenafil dihydrochloride

This is an Open Access article distributed under the terms of the Creative Commons Attribution Non-Commercial License
which permits unrestricted non-commercial use, distribution, and reproduction in any medium, provided the original work is pr

### INTRODUCTION

Ever since the introduction of sildenafil 20 years ago, phosphodiesterase type 5 (PDE5) inhibitors have become the mainstay therapy in the treatment of penile erectile dysfunction (ED), which can be severely limiting in an estimated 5% to 20% of men worldwide [1].

PDE5 inhibitors work by activity that degrades cy (cGMP), a smooth muscl cavernosum of the penis penile smooth muscle rel quent enhancement of th

The link between PDE

**Received:** Jun 13, 2018 **Accepted:** Jun 18, 2018 **Published online** October 10, 2018
**Correspondence to:** Emanual Maverakis https://orcid.org/0000-0002-6294-6294
Department of Dermatology, University of California Davis Medical Center, 3301 C Street, Suite 1300-1400
Tel: +1-916-734-8254, Fax: +1-916-422-5702, E-mail: emaverakis@ucdavis.edu

Copyright © 2018 Korean Society for Sexual Medicine and Andrology

Fig. 1. Kaplan-Meier survival curve for differential expression levels of PDE5A gene in (A) **470 patients** (180 females and 290 males) with a diagnosis of melanoma at any tumor stage (0–IV), ages 14–91 years; and (B) specifically male melanoma patients (n=287) with a diagnosis of melanoma at any tumor stage (0–IV), ages 18–91 years. **Melanoma prognosis unaffected by high or low PDE5A expression in patients, regardless of gender, age, or tumor stage**.

# Arozarena *In Vivo*: No Invasion Effect



# Research Community on B16 Mouse Melanoma

NIH Public Access
Author Manuscript
Pigment Cell Melanoma Res. Author manuscript; available in PMC 2014 July 24.

Published in final edited form as:
Pigment Cell Melanoma Res. 2013 July ; 26(4): E8–E14. doi:10.1111/pcmr.12099.

**The Future of Preclinical Mous**
**Is Now**

Glenn Merlino, Keith Flaherty, Nicolas Acc
Terry Van Dyke, and Meenhard Herlyn

On October 17th, 2012 a rela scientists met at the Wistar I the current status and future on the mouse as a model sys (NCI), Terry Van Dyke (NC development of better precli tell modelers what informati modelers acquaint clinicians scientists included Drs. Keit (Memorial Sloan Kettering), and Nicolas Acquavella Pes researchers included Drs. Ar Sheri Holmen (Huntsman C Keiran Smalley (Moffitt Car (CSO Adelson Medical Rese Foundation Breakthrough C Research Alliance).

An underlying premise of th without a solid rationale deri trials always seem to be one support them. Candidate anti that typically employ the gro subcutaneously xenografted models are overly reliant on culture and have an inadequ system, and so have proven t many drugs move into the cl The melanoma field finds its predictive of clinical respon discussions on the current st models, and how these two c description of new resources and conclusions concerning challenges.

However, current in depth knowledge about the complex molecular basis of human melanoma has revealed that this well-established and widely used cell line [B16] **does not reflect the genetic underpinnings of human melanoma**.

the cognate immune system for any model may be paramount in developing accurate ... response hypotheses.

For more than five decades, the tumor immunology field has greatly benefited from the development of the poorly immunogenic B16 mouse melanoma model. However, current in-depth knowledge about the complex molecular basis of human melanoma has revealed that this well-established and widely used cell line does not reflect the genetic underpinnings of human melanoma. Instead, preclinical animal models used for efficacy testing of novel immunotherapeutic modalities should be founded on relevant human biology. To help achieve this, the mutational landscape of human melanoma should be modeled on mouse hosts with intact immune systems (e.g., C57BL/6 mice), allowing the evaluation of the effects of the immune system and host-tumor interactions. Ideally, a tumor exhibiting intrinsic immunogenicity on an immunocompetent host would result in the intratumoral recruitment of cellular elements comprising both the innate and adaptive arms of the host immune system. This desired attribute could recapitulate the failure of host immunologic barriers to impede effective antitumor responses in humans.

In addition, the presence of tumor infiltrating lymphocytes in immunocompetent mouse models would recapitulate the occurrence of functionally tolerant T-cell repertoires against unknown tumor antigens in patients with melanoma. A point of concern is the insertion of artificial genetic information (e.g. "non-self" proteins) into tumors that may inadvertently increase their immunogenicity. The artificial aspects of this sort of immunity may not

Pigment Cell Melanoma Res. Author manuscript; available in PMC 2014 July 24.

NIH-PA Author Manuscript

# Dhayade *In Vitro*: Does Not Study Sildenafil Alone

Case 3:16-md-02691-RS Document 837-37 Filed 01/11/19 Page 1 of 26

Article

Cell Reports

**Sildenafil Potentiates a cGMP-Dependent Pathway to Promote Melanoma Growth**

Graphical Abstract

Authors

Highlights

- Melanoma cells express a cGMP signaling pathw PDE5
- The cGMP pathway promotes MAPK signaling a melanoma cell growth and migration
- PDE5 degrades cGMP and thus acts as a brake growth-promoting cGMP pathway
- The PDE5 blocker sildenafil releases the PDE5 b to increased tumor growth

Dhayade et al., 2016, Cell Reports 14, 2599–2
March 22, 2016 ©2016 The Authors
http://dx.doi.org/10.1016/j.celrep.2016.02.028

Case 3:16-md

inflamed endothelium

tumor vessel

The role of inflamed tumor vessels as the **source of endogenous CNP** in melanomas needs to be **established in future studies**.

**Figure S5 (Related to Figure 7). Model of cGMP Signaling in Melanoma Pathogenesis**

The scheme illustrates how a bidirectional crosstalk of cGMP and MAPK signaling promotes the switch of non-metastatic cells in primary melanomas to invasive/metastatic cells. CNP is released from endothelial cells (dashed circle) of the inflamed tumor vasculature (upper left) and binds to its receptor, GC-B, on melanoma cells. Thereby, CNP triggers an increase of the intracellular cGMP concentration and activation of cGKIα in the melanoma cells. Via phosphorylation of yet unknown substrate proteins, cGKIα promotes MAPK signaling upstream of MEK (indicated by the bracket), resulting in cells with increased potential for growth, migration, and invasiveness to develop. Degradation of cGMP via PDE5 acts as a "break" in this switching process. However, a persistent increase in MAPK signaling, for instance, by sustained activity of the CNP-cGMP-cGKI cascade and/or by somatic gain-of-function mutation of BRAF to V600E-BRAF (Arozarena et al., 2011), results in downregulation of PDE5 at the transcriptional level. This releases the PDE5 "break", thus, establishing a feed-forward, self-reinforcing loop that further enhances the aggressiveness of the melanoma cells. The PDE5 "break" can also be released pharmacologically by the PDE5 inhibitor sildenafil. Note that CNP and sildenafil might act mainly on cells of the primary tumor to increase their metastatic potential, and that "switched" metastatic cells might lose expression of both cGKI and PDE5. Note also that the present study has analyzed the effects of exogenously supplied CNP. The role of inflamed tumor vessels as the source of endogenous CNP in melanomas needs to be established in future studies. U0126 is a MEK inhibitor used in the present study. RTK stands for receptor tyrosine kinase.

# Dhayade *In Vitro*: Does Not Study Sildenafil Alone



# Supratherapeutic Sildenafil Dosing

Case 3:16-md-02691-RS Document 837-37 Filed 01/11/19 Page 1 of 26

Cell Reports

Article

**Sildenafil Potentiates a cGMP-Dependent Pathway to Promote Melanoma Growth**

Graphical Abstract

Authors

Highlights

- Melanoma cells express a cGMP signaling pathw[ay] PDE5
- The cGMP pathway promotes MAPK signaling a[nd] melanoma cell growth and migration
- PDE5 degrades cGMP and thus acts as a brake [on the] growth-promoting cGMP pathway
- The PDE5 blocker sildenafil releases the PDE5 br[ake] to increased tumor growth

Dhayade et al., 2016, Cell Reports 14, 2599–26[..]
March 22, 2016 ©2016 The Authors
http://dx.doi.org/10.1016/j.celrep.2016.02.028

"A subgroup of the experimental animals received sildenafil (**200 mg kg/day**) in their drinking water, while the remaining mice had water without the drug."

". . . it is **not clear** whether the sildenafil concentration used in our experiments is also reached **in patients**. . ."

# Direct Effects: PDE-5 Inhibitors and Melanoma

ARTICLE
Journal of Cellular Biochemistry 113:2738–2743 (2012)

## PDE5 Inhibitor Promotes Melanin Synthesis Through PKG Pathway in B16 Melanoma Cells

Xiaodong Zhang,[1] Guirui Yan,[1] Jun Ji,[1,2] Jingwei Wu,[1] Xiaoyun Sun,[1] Jingshan Shen,[1] Hualiang Jiang,[1] and Heyao Wang[1*]
[1]Shanghai Institute of Materia Medica, Chinese Academy of Sciences, Shanghai 201203, China
[2]School of Pharmacy, Fudan University, Shanghai 200032, China

KEY WORDS: MELANIN SYNTHESIS; PDE5 INHIBITOR; PKG; TYROSINASE

[CANCER RESEARCH 53, 3058–3061, July 1, 1993]

## 3′,5′-Cyclic Nucleotide Phosphodiesterase in Tumor Cells as Potential Target for Tumor Growth Inhibition

Markus Drees, Rainer Zimmermann, and Gerhard Eisenbrand

ANTICANCER RESEARCH 30: 355-358 (2010)

## Expression and Role of Phosphodiesterase 5 in Human Malignant Melanoma Cell Line

TAKU MURATA, KASUMI SHIMIZU, YOSHIHIRO WATANABE, HIROSHI MORITA, MOTOKO SEKIDA and TOSHIRO TAGAWA
*Department of Oral and Maxillofacial Surgery, Division of Reparative and Regenerative Medicine, Institute of Medical Science, Mie University Graduate School of Medicine, Tsu, Mie 514-8507, Japan*

**Abstract.** *Background: Eleven phosphodiesterase (PDE) gene families (PDE1-11) have been identified, and some PDE isoforms are selectively expressed in various cell types. Previously, we reported PDE1, PDE3 and PDE4 expressions in human malignant melanoma cells. However, the expression and role of PDE5 in malignant melanoma cells is not clear. Therefore, we characterized PDE5 in human malignant melanoma MAA cells. Materials and Methods: PDE5 activity and PDE5A mRNA expression were investigated in MAA cells. The full open reading frames for human PDE5A1 were sequenced. Effects of PDE5 inhibitors on cell growth were determined by 3-(4,5-dimethylthiazol-2-yl)-5-(3-carboxymethoxyphenyl)-2-(4-sulfophenyl)-2H-tetrazolium, inner salt (MTS) assays. Results: PDE5 activity and PDE5A1 mRNA expression were detected in MAA cells. The nucleotide sequence of PDE5A1 was identical to that of human PDE5A1, previously published. Two PDE5 inhibitors inhibited the growth of cells. Conclusion: PDE5A1 mRNA is expressed and may play an important role in the growth of human malignant melanoma MAA cells.*

# Dr. Piazza 2000 Patent

**Date of Patent:** *Dec. 5, 2000

Inventors: **Rifat Pamukcu**, Spring House;
**Gary A. Piazza**, Doylestown, both of Pa.

...activity of a test compound. Because the inventors have discovered a relationship between inhibition of cancer and inhibition of phosphodiesterase Type-5 isoenzyme ("PDE5"), this invention includes determining the PDE5...

As used herein, the term "carcinoma" or "cancer" refers to lesions which are cancerous. Examples include malignant melanomas, breast cancer, prostate cancer and colon cancer.

16

# Dr. Piazza 2018 Patent

Case 3:16-md-02691-RS Document 1043-2 Filed 10/10/19 Page 5 of 54

US010039764B2

(12) United States Patent
Piazza

(10) Patent No.: US 10,039,764 B2
(45) Date of Patent: Aug. 7, 2018

(21) Appl. No.: 14/904,632

(22) PCT Filed: Jul. 11, 2014

(57) ABSTRACT

Disclosed are methods for treating cancer and precancerous conditions with PDE10A specific inhibitors and diagnosis of neoplastic diseases based on elevated levels of PDE10A.

8 Claims, 15 Drawing Sheets

Examples of cancers characterized by solid tumors which may be treated include …
melanoma

For instance, in some embodiments, the PDE10A inhibitor is co-administered with a PDE5 inhibitor to improve efficacy or reduce the effective dose range of the PDE10A inhibitory. Representative examples of PDE5 inhibitors that may be useful in the practice of the present invention include sildenafil, tadalafil, vardenafil, udenafil, and avanafil or others such as MY5445 or compounds that increase intracellular cGMP levels (e.g., nitric oxide donors or releasing drugs). Examples of yet other PDE5 inhibitors that may be suitable for

# Ongoing Research

Nivolumab (Anti-PD1), Tadalafil and Oral Vancomycin in People With Refractory Primary Hepatocellular Carcinoma or Live

U.S. National Library of Medicine

ClinicalTrials.gov

Find Studies ▾ About Studies ▾ Submit Studies ▾

Home > Search Results > Study Record Detail

Nivolumab (Anti-PD1), Tadalafil and Oral Vancomycin in People Wit
Hepatocellular Carcinoma or Liver Dominant Metastatic Cancer Fro
Pancreatic Cancers

The safety and scientific validity of this study is the responsibility of the study sponsor and investigators. Listing a study does not mean it has been evaluated by the U.S. Federal Government. Know the risks and potential benefits of clinical studies and talk to your health care provider before participating. Read our disclaimer for details.

ClinicalTrials.gov Ident
NCT03785210

Recruitment Status
First Posted : Dece
Last Update Posted
See Contacts and Lo

Sponsor:
National Cancer Institute (NCI)

Information provided by (Responsible Party):
National Institutes of Health Clinical Center (CC) ( National Cancer Institute (NCI) )

Study Details | Tabular View | No Results Posted | Disclaimer

How to Read a S

Study Description Go to

Brief Summary:

https://clinicaltrials.gov/ct2/show/NCT03785210[9/9/2019 11:31:56 AM]

**Sponsor:** National Cancer Institute (NCI)

**Tadalafil** is a phosphodiesterase type 5 (PDE5) inhibitor . . .

PDE5 inhibitors have been examined in multiple malignancies and cancer cell lines for their **direct anticancer activities**, for their efficacy as **chemo-sensitizers** and for **cancer chemoprevention**.

# PDE-5 Inhibitors and Immunity: Anti-Melanoma Effects

PNAS

Chronic inflammation promotes myeloid-derived suppressor cell activation blocking antitumor immunity in transgenic mouse melanoma model

Christiane Meyer[a,1], Alexandra Sevko[a,1], Marcel Ramacher[a,1], Alexandr V. Bazhin[a,b], Christine S. Falk[c,d], Wolfram Osen[a], Ivan Borrello[e], Masashi Kato[f], Dirk Schadendorf[g], Michal Baniyash[h], and Viktor Umansky[a,2]

[a]Skin Cancer Unit, German Cancer Research Center and University Hospital Mannheim, 69120 Heidelberg, Germany; [b]Department of Surgery, University

"manipulation of the melanoma microenvironment with … **sildenafil**"

"significantly **increased survival** of tumor-bearing mice."

immunogenicity of melanoma (2–4). However, despite the initial promising observations, the overall results of clinical immunotherapeutic trials are not satisfactory (3, 5). Insufficient antitumor reactivity is thought to result from the formation of a complex immunosuppressive network induced by the chronic inflammation developing in the tumor microenvironment (6–8). Indeed, chronic inflammation has been demonstrated to correlate with tumor onset and progression (6, 7). An inflammatory microenvironment ensues during tumor growth as a result of the secretion of inflammatory mediators (cytokines, chemokines, growth factors, reactive oxygen and nitrogen species, prostaglandins) by the tumor and/or stroma cells (8–10). These mediators were found to support tumor development by stimulating protumor mutations, resistance to apo-

activity, and melanoma progression in *ret* transgenic mice. We found that an accumulation of functionally active MDSC in mel-

Author contributions: C.M., A.S., M.R., and V.U. designed research; C.M., A.S., M.R., A.V.B., and C.S.F. performed research; C.M., A.S., M.R., W.O., I.B., M.K., D.S., M.B., and V.U. analyzed data; and C.M., M.B., and V.U. wrote the paper.

The authors declare no conflict of interest.

This article is a PNAS Direct Submission.

[1]C.M., A.S., and M.R. contributed equally to this work.

[2]To whom correspondence should be addressed. E-mail: v.umansky@dkfz.de.

This article contains supporting information online at www.pnas.org/lookup/suppl/doi:10.1073/pnas.1108121108/-/DCSupplemental.

www.pnas.org/cgi/doi/10.1073/pnas.1108121108

PNAS | October 11, 2011 | vol. 108 | no. 41 | 17111–17116

ONCOIMMUNOLOGY
2017, VOL. 6, NO. 9, e1326440 (10 pages)
https://doi.org/10.1080/2162402X.2017.1326440

Taylor & Francis
Taylor & Francis Group

ORIGINAL RESEARCH

OPEN ACCESS Check for updates

Tadalafil has biologic activity in human melanoma. Results of a pilot trial with Tadalafil in patients with metastatic Melanoma (TaMe)

"**Tadalafil** led to a stabilization of the disease in 3 of 12 pretreated patients in the palliative setting."

"Our study suggests that the PDE-5 inhibitor **tadalafil can improve clinical outcome of advanced melanoma patients**. . ."

CONTACT Jessica C. Hassel, MD jessica.hassel@med.uni-heidelberg.de Department of Dermatology and National Center for Tumor Diseases (NCT), University Hospital Heidelberg, Im Neuenheimer Feld 460, 69120 Heidelberg, Germany.

Supplemental data for this article can be accessed on the publisher's website.

*These authors contributed equally.

© 2017 Jessica C. Hassel, Huanhuan Jiang, Carolin Bender, Julia Winkler, Alexandra Sevko, Ivan Shevchenko, Niels Halama, Antonia Dimitrakopoulou-Strauss, Walter E. Haefeli, Dirk Jäger, Alexander Enk, Jochen Utikal, and Viktor Umansky. Published with license by Taylor & Francis Group, LLC
This is an Open Access article distributed under the terms of the Creative Commons Attribution-NonCommercial License (http://creativecommons.org/licenses/by-nc/4.0/), which permits unrestricted non-commercial use, distribution, and reproduction in any medium, provided the original work is properly cited.

