**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**(SAN FRANCISCO DIVISION)**

| | |
|---|---|
| IN RE: VIAGRA (SILDENAFIL CITRATE)<br><br>MICHELE COVERT<br><br>Plaintiff,<br><br>v.<br><br>PFIZER, INC.<br><br>Defendant. | Case No.: 3:16-MD-02691-RS<br>MDL No.: 2691<br><br>Case No: 3:17-cv-03521<br><br>**AMENDED SHORT FORM COMPLAINT** |

Plaintiff, Michele Covert, incorporates by reference the Plaintiffs' Master Long Form Complaint filed with the United States District Court for the Northern District of California in the matter of *In re: Viagra (Sildenafil Citrate) Products Liability Litigation*. Plaintiff further shows the court as follows:

1. Plaintiff's Name:
   a. Michele Covert
2. Name of party or deceased who ingested Viagra or Revatio (hereinafter, "Viagra"), and suffered injury, if different than Plaintiff:
   a. Brian Covert
3. Name of additional or other Plaintiff, including loss of consortium plaintiffs (i.e. administrator, executor, guardian, conservator):
   a. Michele Covert
4. Plaintiff's current city and state of residence:
   a. Lisle, New York

5. District Court in which venue would be proper absent direct filing:

    a. Middle District of Pennsylvania

6. City and state of Plaintiff or decedent when they were diagnosed with melanoma:

    a. Great Bend, Pennsylvania

7. Approximate dates that the Plaintiff or decedent ingested Viagra:

    a. Start date: April 24, 2012

    b. Stop date: February 13, 2017

8. Date(s) that Plaintiff was diagnosed with melanoma

    a. July 28, 2015

9. Date of death of decedent, if applicable:

    a. August 6, 2019

10. Defendants against whom Complaint is made:

    a. Pfizer, Inc.: __X__

    b. Other: _N/A______

11. Counts in the Master Complaint brought by Plaintiffs:

    a. Count 1 (Negligence): __X__

    b. Count 2 (Gross Negligence): __X__

    c. Count 3 (Negligence Per Se): __X__

    d. Count 4 (Unfair and Deceptive Trade Practices: Unfairness): __X__

    e. Count 5 (Unfair and Deceptive Trade Practices: Fraud): __X__

    f. Count 6 (Unfair and Deceptive Trade Practices: Unlawfulness): __X__

    g. Count 7 (Strict Liability – Defective Design): __X__

    h. Count 8 (Strict Liability – Failure to Warn): __X__

    i. Count 9 (Failure to Test): __X__

j. Count 10 (Breach of Express Warranty): __X__

k. Count 11 (Breach of Implied Warranty): __X__

l. Count 12 (Fraudulent Misrepresentation and Concealment): __X__

m. Count 13 (Negligent Misrepresentation and Concealment): __X__

n. Count 14 (Fraud and Deceit): __X__

o. Count 15 (Willful, Wanton, and Malicious Conduct): __X__

p. Count 16 (Unjust Enrichment): __X__

q. Count 17 (Loss of Consortium): __N/A__

r. Count 18 (Survival): __X__

s. Count 19 (Wrongful Death): __X__

t. Count 20 (Punitive Damages): __X__

u. Other: _N/A______________________________

12. Jury Demand:

a. Pursuant to Federal Rule of Civil Procedure 38(b), Plaintiff(s) hereby demand a trial by jury as to all claims in this actions: Yes: __X__ No____

Dated: October 23, 2019

Respectfully submitted,

By: */s/ Nicole L. Barber*_______________

Nicole L. Barber
Ventura Law
235 Main Street
Danbury, CT 06810
203-800-8000
nicole@venturalaw.com