1  Ernest Cory *(Admitted Pro Hac Vice)*
   Alabama Bar No.: asb-2279-y83e
2  CORY WATSON, P.C.
   2131 Magnolia Avenue
3  Birmingham, AL 35205
   Telephone: (205) 328-2200
4  Facsimile: (205) 324-7896
   Email: ecory@corywatson.com
5
   *Lead Counsel for Plaintiffs*
6

7

8                   **UNITED STATES DISTRICT COURT**
                    **NORTHERN DISTRICT OF CALIFORNIA**
9                       **(SAN FRANCISCO DIVISION)**

10  | | |
|---|---|
| IN RE: VIAGRA (SILDENAFIL CITRATE) AND CIALIS (TADALAFIL) PRODUCTS LIABILITY LITIGATION | Case No.: 3:16-md-02691-RS |
| | MDL No.: 2691 |
| | **PLAINTIFFS' NOTICE OF APPEAL** |
| This Document Relates to: ALL ACTIONS | |

17                    **PLAINTIFFS' NOTICE OF APPEAL**

18    Notice is hereby given that all Plaintiffs in the above-referenced multidistrict litigation hereby appeal to the United States Court of Appeals for the Ninth Circuit from the court's April 8, 2020 order entering judgment (Doc. 1021), and each of the judgments entered in individual actions pursuant thereto, along with all prior orders of the district court, including, but not limited to, the order entered January 13, 2020 (Doc. 1012).

24  Dated: May 7, 2020.                CORY WATSON, P.C

                                       */s/ Ernest Cory*
                                       Ernest Cory (*Admitted Pro Hac Vice*)
                                       CORY WATSON, P.C.

                                       *Lead Counsel for Plaintiffs*

---

## **CERTIFICATE OF SERVICE**

I, Rachel Abrams, hereby certify that on this 7th day of May 2020, I electronically filed the foregoing with the Court using the CM/ECF system and thereby delivered by electronic means to all registered participants as identified on the Notice of Electronic Filing.

<u>/s/ Rachel Abrams</u>
Rachel Abrams